**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**NORTHERN DISTRICT OF ILLINOIS**

Case number (if known): _____    Chapter ___**11**___

☐ Check if this is an amended filing

## Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy                    04/20

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Bowes In-Home Care, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 2  0  –  0  7  7  7  0  9  8 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2230 Point Blvd., Suite 100** <br> Number   Street | Number   Street |
| | P.O. Box |
| **Elgin**        **IL**    **60123** <br> City        State    ZIP Code | City        State    ZIP Code |
| **Kane** <br> County | **Location of principal assets, if different from principal place of business** |
| | Number   Street |
| | City        State    ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | **www.bihc.com** |
| 6. | **Type of debtor** | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☑ Other.  Specify:  **S-Corp** |

Debtor    **Bowes In-Home Care, Inc.**_____    Case number (if known) _____

**7.    Describe debtor's business**

    *A.  Check one:*

- ☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

    *B.  Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

    *C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes*

    ____  ____  ____  ____

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

    *Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11.    *Check all that apply:*

        - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        - ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        - ☐ A plan is being filed with this petition.

        - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

        - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

        - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

- ☐ Chapter 12

Debtor __Bowes In-Home Care, Inc._____   Case number (if known) _____

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District _____ When _____ Case number _____
                                              MM / DD / YYYY

      District _____ When _____ Case number _____
                                              MM / DD / YYYY

      District _____ When _____ Case number _____
                                              MM / DD / YYYY

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes. Debtor _____ Relationship _____

      District _____ When _____
                                   MM / DD / YYYY

      Case number, if known _____

      Debtor _____ Relationship _____

      District _____ When _____
                                   MM / DD / YYYY

      Case number, if known _____

**11.** **Why is the case filed in** *this district?*

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**     *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                            Number    Street

_____
City                State    ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____

      Contact name _____

      Phone _____

Debtor  **Bowes In-Home Care, Inc.** _____          Case number (if known) _____

## Statistical and adminstrative information

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | _Check one:_ |

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **08/20/2020** _____
MM / DD / YYYY

X **/s/ Michael A. Collura** _____
Signature of authorized representative of debtor
**Michael A. Collura** _____
Printed name
**President** _____
Title

Debtor  **Bowes In-Home Care, Inc.**                                  Case number (if known)

**18.  Signature of attorney**          **X** **/s/ Kevin H. Morse**                          Date **08/20/2020**
                                        Signature of attorney for debtor                      MM / DD / YYYY

                                        **Kevin H. Morse**
                                        Printed name

                                        **Clark Hill PLC**
                                        Firm name

                                        **130 E. Randolph St., Suite 3900**
                                        Number        Street


                                        **Chicago**                        **IL**      **60601**
                                        City                               State       ZIP Code


                                        **(312) 985-5556**                 **kmorse@clarkhill.com**
                                        Contact phone                      Email address

                                        **06297244**                       **IL**
                                        Bar number                         State

**Fill in this information to identify the case**

Debtor name **Bowes In-Home Care, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets -- Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future
interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also
include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized.
In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and
Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any
pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the
additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the
pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a
fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset
only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the
terms used in this form.

## Part 1:    Cash and cash equivalents

1.   **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**                    Current value of
                                                                                         debtor's interest

2.   **Cash on hand**

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
   |---|---|---|---|---|
   | 3.1. | **BMO Harris Bank (operating acct.)** | **Checking account** | 7 8 1 2 | $0.00 |
   | 3.2. | **BMO Harris Bank (deposit acct.)** | **Checking account** | 1 9 8 4 | $7,730.39 |
   | 3.3. | **BMO Harris Bank (payroll acct.)** | **Checking account** | 5 3 2 6 | $0.00 |

4.   **Other cash equivalents**    *(Identify all)*

   Name of institution (bank or brokerage firm)

5.   **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    | $7,730.39 |

## Part 2:    Deposits and prepayments

6.   **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

Debtor   **Bowes In-Home Care, Inc.**                                    Case number (if known) _____
         Name

|  |  | Current value of debtor's interest |
|---|---|---|

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1.  **Security deposit on office space vacated in 2018** — **$780.00**

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1.  **Prepaid rent from 7/2020 - 12/2020 for office space in Sauk Valley** — **$5,400.00**

8.2.  **Prepaid rent for office located in Rockford, IL** — **$3,486.60**

8.3.  **2020-2021 Insurance Policies** — **$36,094.00**

8.4.  **Prepayment to 24 Capital LLC on factoring ageement** — **$87,500.00**

**9. Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81. — **$133,260.60**

## Part 3:  Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes.  Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

**11. Accounts receivable**

11a. 90 days old or less:   **$163,987.64**   –   **$0.00**   = ............. →   **$163,987.64**
                            face amount          doubtful or uncollectible accounts

11b. Over 90 days old:   **$422,355.63**   –   **$280,864.00**   = ............. →   **$141,491.63**
                         face amount          doubtful or uncollectible accounts

**12. Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82. — **$305,479.27**

## Part 4:  Investments

**13. Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                     % of ownership:

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17. Total of Part 4**
Add lines 14 through 16.  Copy the total to line 83. — **$0.00**

| Debtor | **Bowes In-Home Care, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 5:  Inventory, excluding agriculture assets

**18.  Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes.  Fill in the information below.

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.  Raw materials** | | | | |
| **20.  Work in progress** | | | | |
| **21.  Finished goods, including goods held for resale** | | | | |
| **22.  Other inventory or supplies** | | | | |
| Clinical supplies for nurses | | Unknown | | $20,000.00 |

**23.  Total of Part 5**
Add lines 19 through 22.  Copy the total to line 84.

$20,000.00

**24.  Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

**27.  Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.  Crops--either planted or harvested** | | | |
| **29.  Farm animals**  *Examples:*  Livestock, poultry, farm-raised fish | | | |
| **30.  Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| **31.  Farm and fishing supplies, chemicals, and feed** | | | |
| **32.  Other farming and fishing-related property not already listed in Part 6** | | | |

**33.  Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

$0.00

**34.  Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
  ☐ No
  ☐ Yes

**35.  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

Debtor    **Bowes In-Home Care, Inc.**                                    Case number (if known) _____
_____
Name

36.  **Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

37.  **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| Office furniture located at 2230 Point Blvd., Suite 100, Elgin, TX 60123 | | | $5,000.00 |
| 40.  **Office fixtures** | | | |
| Office decor | | | $1,000.00 |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Office computers: PCs, tablets and smart devices | | | $25,000.00 |
| 42.  **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.  **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| $31,000.00 |
|---|

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 8:  Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2013 Ford Transit Connect** **VIN NM0LS7DNXDT159499** | $4,700.00 | Carfax | $4,700.00 |

Debtor    **Bowes In-Home Care, Inc.**
_____    Case number (if known) _____
Name

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats
trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

51. **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.                                                    **$4,700.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☒ Yes.  Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **2230 Point Blvd., Suite 100 Elgin, IL 60123** **2230 Point Blvd., Suite 100, Elgin, IL 60123** | **Oral Lease** | **Unknown** | | **$0.00** |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.    **$0.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 10:  Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☒ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60. **Patents, copyrights, trademarks, and trade secrets**

Debtor    **Bowes In-Home Care, Inc.**_____    Case number (if known) _____
_____Name

**61. Internet domain names and websites**

**62. Licenses, franchises, and royalties**

**Home Health Agency License issued by the IL**
**Department of Health**_____    _____    _____    **Unknown**

**63. Customer lists, mailing lists, or other compilations**

**64. Other intangibles, or intellectual property**

**65. Goodwill**

**Goodwill**_____    **$20,000.00**    _____    **$0.00**

**66. Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.    | **$0.00** |

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☑ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 11:  All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes.  Fill in the information below.

Current value of
debtor's interest

**71. Notes receivable**

Description (include name of obligor)

**Note receivable U.S. VA**_____    **$100,855.01** — **$0.00** = ➔    **$100,855.01**
_____    Total face amount    doubtful or uncollectible amount

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**73. Interests in insurance policies or annuities**

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

**Claim against 24 Captial**_____    **Unknown**
Nature of claim    **Unreimbursed overpayment on contract**_____
Amount requested    **$0.00**_____

**Claim against McGraw Funding**_____    **Unknown**
Nature of claim    **Improper lending and business practices**_____
Amount requested    _____

**Claim against former employees**_____    **Unknown**
Nature of claim    **Improper discharge practices**_____
Amount requested    _____

| Debtor | **Bowes In-Home Care, Inc.** | Case number (if known) | |
| | Name | | |

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| Tax abatement penalties | $750,000.00 |
|---|---|

| Nature of claim | **Contingent** |
|---|---|
| Amount requested | |

**76. Trusts, equitable or future interests in property**

**77. Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

| CARES ACT $424,977.69 received 4/17/2020, funds were held in the account of In Home Personal Services at Chase Bank acct. ending 5905 | $0.00 |
|---|---|
| PPP Loan in the amount of $1,582,500 received 4/20/2020. Funds were held in the account of In Home Personal Services at Chase Bank ending in 5905 | $486,000.00 |
| Loan(s) to Shareholder based on accounting entry | $537,125.02 |
| Jan. 2020 Payroll Advance | $40,550.00 |
| EIDL funds received 7/23/2020 in the amount of $149,900. | $0.00 |

**78. Total of Part 11.**
Add lines 71 through 77.  Copy the total to line 90.

| | $1,914,530.03 |
|---|---|

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor    **Bowes In-Home Care, Inc.** _____    Case number (if known) _____
Name

## Part 12:  Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80.  **Cash, cash equivalents, and financial assets.** _Copy line 5, Part 1._ | $7,730.39 | |
| 81.  **Deposits and prepayments.** _Copy line 9, Part 2._ | $133,260.60 | |
| 82.  **Accounts receivable.** _Copy line 12, Part 3._ | $305,479.27 | |
| 83.  **Investments.** _Copy line 17, Part 4._ | $0.00 | |
| 84.  **Inventory.** _Copy line 23, Part 5._ | $20,000.00 | |
| 85.  **Farming and fishing-related assets.** _Copy line 33, Part 6._ | $0.00 | |
| 86.  **Office furniture, fixtures, and equipment; and collectibles.** _Copy line 43, Part 7._ | $31,000.00 | |
| 87.  **Machinery, equipment, and vehicles.** _Copy line 51, Part 8._ | $4,700.00 | |
| 88.  **Real property.** _Copy line 56, Part 9._.................................➜ | | $0.00 |
| 89.  **Intangibles and intellectual property.** _Copy line 66, Part 10._ | $0.00 | |
| 90.  **All other assets.** _Copy line 78, Part 11._ | + $1,914,530.03 | |
| 91.  **Total.**  Add lines 80 through 90 for each column.    91a. | $2,416,700.29 | + 91b.  $0.00 |

92.  **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92.................................................    $2,416,700.29

Official Form 206A/B    **Schedule A/B: Assets -- Real and Personal Property**    page 8

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Bowes In-Home Care, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                     12/15

Be as complete and accurate as possible.

**1.   Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:     List Creditors Who Have Secured Claims

2.   List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|

| **2.1** | Creditor's name **BlueVine/Celtic Bank** | Describe debtor's property that is subject to a lien | $71,128.08 | $0.00 |
|---|---|---|---|---|

Creditor's mailing address
**401 Warren St. #300**

**Accounts Receivable**

**Describe the lien**

**Factoring Agreement**

**Redwood City        CA    94063**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Date debt was incurred

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

 (1) Internal Revenue Service; (2) IL Department of Revenue; (3) IL Department of Employment Security; and (4) All other creditors listed on Schedule D are undersecured and junior to IRS

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.                     $2,798,666.43

| Debtor | Bowes In-Home Care, Inc. | Case number (if known) |
|---|---|---|

## Part 1:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

|  | Column A | Column B |
|---|---|---|
|  | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien | $54,077.50 | $0.00 |
|---|---|---|---|
| **Capital Source** |  |  |  |

Creditor's mailing address
**1 North State, Suite 1578**

Describe debtor's property that is subject to a lien

**Accounts Receivable**

Describe the lien

**Factoring Agreement**

**Chicago          IL    60602**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☑ Disputed

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines

---

**2.3**

| Creditor's name | Describe debtor's property that is subject to a lien | Unknown | $0.00 |
|---|---|---|---|
| **Complete Business Solution Group** |  |  |  |

Creditor's mailing address
**22 N. 3rd Street**

Describe debtor's property that is subject to a lien

**All assets of the Debtor**

Describe the lien

**UCC financing statement**

**Philadelphia        PA    19106**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☑ Disputed

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines

| Debtor | Bowes In-Home Care, Inc. | Case number (if known) _____ |
|---|---|---|

**Part 1:**    **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.4**

| Creditor's name | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |
|---|---|---|---|
| **Corporation Service Company** | **All assets of the Debtor** | | |

Creditor's mailing address
**PO Box 2576**

Describe the lien
**UCC financing statement**

**Springfield**    **IL**    **62708**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known
**uccsprep@cscinfo.com**

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☑ Disputed

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines

**2.5**

| Creditor's name | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |
|---|---|---|---|
| **CT Corporation System** | **All assets of the Debtor** | | |

Creditor's mailing address
**330 N. Brand Blvd., Suite 700**

Describe the lien
**UCC Financing Statement**

**Glendale**    **CA**    **91203**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

_____

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☑ Disputed

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

| Debtor | **Bowes In-Home Care, Inc.** | Case number (if known) | |

---

| **Part 1:** | **Additional Page** | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.6**

**Creditor's name**
**Department of the Treasury**

**Describe debtor's property that is subject to a lien**
**All assets of Debtor**

$1,648,098.07     $163,987.64

**Creditor's mailing address**
**Internal Revenue Service**

**Special Procedures Staff - Insolvency**

**PO Box 7346**

**Philadelphia        PA    19101-7346**

**Describe the lien**
**Statutory Lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account number**     ___ ___ ___ ___

**Is anyone else liable on this claim?**
☐ No
☒ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes.  Have you already specified the relative priority?

☒ No.  Specify each creditor, including this creditor, and its relative priority.

**1) Department of the Treasury; 2) IL Department of Revenue; 3) IL Department of Employment Security.**

☐ Yes.  The relative priority of creditors is specified on lines _____

**2.7**

**Creditor's name**
**EIN Capital**

**Describe debtor's property that is subject to a lien**
**Accounts Receivable**

$108,575.22     $0.00

**Creditor's mailing address**
**160 Pearl St. 5th Floor**

_____

**New York            NY    10005**

**Describe the lien**
**Factoring Agreement**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account number**     ___ ___ ___ ___

**Is anyone else liable on this claim?**
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

---

Debtor    **Bowes In-Home Care, Inc.**                                    Case number (if known) _____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A: **Amount of claim** — Do not deduct the value of collateral.

Column B: **Value of collateral that supports this claim**

### 2.8

Creditor's name
**First Corporate Solutions**

Creditor's mailing address
**914 State Street**

_____

**Sacramento        CA    95811-0000**

Creditor's email address, if known
**sprs@ficoso.com**

Date debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien
**All assets of the Debtor**

Describe the lien
**UCC Financing Statement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Column A: **Unknown**    Column B: **$0.00**

### 2.9

Creditor's name
**IL Department of Employment Security**

Creditor's mailing address
**Revenue Collections Enforcement Unit**

**33 S State Street 10th Floor**

**Chicago        IL    60603-2802**

Creditor's email address, if known

_____

Date debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes. The relative priority of creditors is specified on lines  **2.6**

Describe debtor's property that is subject to a lien
**All assets of the Debtor**

Describe the lien
**Taxes / Statutory Lien**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$48,536.98**    Column B: **$163,987.64**

Debtor    **Bowes In-Home Care, Inc.**                              Case number (if known) _____

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| | | **Column A**<br>Amount of claim<br>Do not deduct the<br>value of collateral. | **Column B**<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|---|

**2.10**  Creditor's name
**IL Department of Revenue**

Creditor's mailing address
**Bankruptcy Unit**

**PO Box 19035**

_____

**Springfield          IL      62794-9035**

Creditor's email address, if known

_____

Date debt was incurred          _____

Last 4 digits of account
number                    ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☐ No

☑ Yes.  Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including this
   creditor, and its relative priority.

   ☑ Yes.  The relative priority of creditors is
   specified on lines  **2.6**

Describe debtor's property that is
subject to a lien
**All assets of Debtor**

Describe the lien
**Taxes / Statutory Lien**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$155,590.48**    Value of collateral: **$163,987.64**

---

**2.11**  Creditor's name
**Lendini/Funding Metrics**

Creditor's mailing address
**884 Town Center Dr.**

_____

**Langhorne          PA    19047-1748**

Creditor's email address, if known

_____

Date debt was incurred          _____

Last 4 digits of account
number                    ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☑ No

☐ Yes.  Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including this
   creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
   specified on lines  _____

Describe debtor's property that is
subject to a lien
**Accounts receivable and other assets of the Debtor**

Describe the lien
**UCC Financing Statement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Amount of claim: **$53,936.37**    Value of collateral: **$0.00**

| Debtor | Bowes In-Home Care, Inc. | Case number (if known) | |

| **Part 1:** | **Additional Page** | | |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|

---

**2.12**

**Creditor's name**
McGraw Funding LLC

**Creditor's mailing address**
68 S. Service Rd., Suite 100

Melville          NY    11747

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**          ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
All assets of the Debtor

**Describe the lien**
UCC financing statement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$93,220.00          $0.00

---

**2.13**

**Creditor's name**
Metrics Evertrust

**Creditor's mailing address**
1 Evertrust Plaza

Jersey City          NJ    07302

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**          ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Accounts Receivable

**Describe the lien**
Factoring Agreement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$53,936.37          $0.00

---

| Debtor | Bowes In-Home Care, Inc. | Case number (if known) |
|---|---|---|

## Part 1:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

### 2.14

**Creditor's name**
PAR Funding

**Creditor's mailing address**
22 N. 3d St.

Philadelphia        PA    19106

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Accounts Receivable**

**Describe the lien**

**Factoring Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Column A: **$90,617.36**   Column B: **$0.00**

### 2.15

**Creditor's name**
Sauk Valley Bank

**Creditor's mailing address**
201 West 3rd Street

Sterling          IL    61081

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**All assets of the Debtor**

**Describe the lien**

**UCC Financing Statement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Column A: **$241,150.00**   Column B: **$0.00**

| Debtor | Bowes In-Home Care, Inc. | Case number (if known) |
|---|---|---|

## Part 1:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.16**

Creditor's name
**Skifi Capital Partners, Inc.**

Creditor's mailing address
**7 W. 36th St. Floor 9**

**New York            NY   10018-7158**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
**Accounts Receivable**

Describe the lien
**Factoring agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

$179,800.00    $0.00

**2.17**

Creditor's name
**Standard Financing**

Creditor's mailing address
**40 Wall Street**

**New York            NY   10005**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
**Accounts Receivable**

Describe the lien
**Factoring Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Unknown**    $0.00

| Debtor | **Bowes In-Home Care, Inc.** | Case number (if known) | |
|---|---|---|---|

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Aetna**<br>**ATTN: Kate Zysk**<br>**151 Farmington Ave.**<br><br>**Hartford          CT     06156-9998** | Line   **2.7** | ___ ___ ___ ___ |
| **Andrew J. Mertzenich**<br>**Prime Law Group, LLC**<br>**747 S. Eastwood Drive**<br><br>**Woodstock          IL     60098** | Line   **2.15** | ___ ___ ___ ___ |
| **Joseph S. Koval**<br>**The Law Offices of Joseph S. Koval**<br>**160 Pearl Street, 5th Floor**<br><br>**New York          NY     10015** | Line   **2.7** | ___ ___ ___ ___ |
| **New York City Marshall**<br>**Stephen W. Biegel**<br>**109 W. 38th St., Suite 200**<br><br>**New York          NY     10018** | Line   **2.7** | ___ ___ ___ ___ |
| **R. Bologna**<br>**Internal Revenue Service**<br>**Small Business/Self Employment Division**<br>**5100 River Road STOP 506**<br>**Schiller Park          IL     60176-1058** | Line   **2.6** | ___ ___ ___ ___ |
| **Steven Zakharyayev**<br>**1430 Broadway, Suite 402**<br><br><br>**New York          NY     10018** | Line   **2.16** | ___ ___ ___ ___ |

Debtor    **Bowes In-Home Care, Inc.**                                    Case number (if known) _____

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1 -- Continuation Page** |
|---|---|

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **UnitedHealthcare** | Line  **2.7** | ___ ___ ___ ___ |
| **ATTN: Kathleen Nemcheck** | | |
| **2 Allegheny Center, Suite 600** | | |
| | | |
| **Pittsburgh**                **PA**      **15212** | | |

**Fill in this information to identify the case:**

Debtor        **Bowes In-Home Care, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with
NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim.
Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G:
Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left.
If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.    **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No.  Go to Part 2.

☐ Yes.  Go to line 2.

2.    **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
      If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1**   **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account
number**      ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured
claim:**   11 U.S.C. § 507(a)( _____ )

| Debtor | Bowes In-Home Care, Inc. | Case number (if known) _____ |

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address

Abidon, Inc.

5301 E. State St., Suite 215

Rockford            IL      61108

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.2** Nonpriority creditor's name and mailing address

Ability Network Inc.

Butler Square

100 North 6th Street, Ste 900A

Minneapolis          MN      55403

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$7,862.24**

**3.3** Nonpriority creditor's name and mailing address

Ability Network, Inc.

17-17 Route 208 N., Suite 340

Fair Lawn            NJ      07410

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.4** Nonpriority creditor's name and mailing address

AT&T

c/o Bankruptcy

4331 Communication Drive Flr 4W

Dallas               TX      75211

Date or dates debt was incurred  _____

Last 4 digits of account number  9 7 6 4

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$39,500.00**

| Debtor | **Bowes In-Home Care, Inc.** | Case number (if known) | |

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $36,337.40 |

**Eaglewood Resort**

**1401 Nordic road**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

| **Itasca** | **IL** | **60143** |

**Trade Debt**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,151.38 |

**FaxLogic, LLC**

**15950 N. Dallas Parkway**

**Suite 400**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

| **Dallas** | **TX** | **75248** |

**Trade Debt**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**Green Capital**

**53 Mason St.**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

| **Greenwich** | **CT** | **06830** |

**Notice Only**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**IL Department of Employment Security**

**Benefit Payment Control Division**

**PO Box 4385**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

| **Chicago** | **IL** | **60680** |

**Notice Only**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

| Debtor | Bowes In-Home Care, Inc. | Case number (if known) | |
|---|---|---|---|

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |
|---|---|---|---|

*Check all that apply.*

**Illinois Department of Public Health**

**122 S. Michgan Ave.**

☐ Contingent
☐ Unliquidated

**7th and 20th Floors**

☐ Disputed

**Basis for the claim:**

| **Chicago** | **IL** | **60603** | **Notice Only** |
|---|---|---|---|

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$18,257.61** |
|---|---|---|---|

*Check all that apply.*

**Leaf**

**PO Box 5066**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

| **Hartford** | **CT** | **06102-5066** | **Lease (Equipment)** |
|---|---|---|---|

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |
|---|---|---|---|

*Check all that apply.*

**Lendini/Funding Metrics**

**3220 Tillman Dr. Ste 200**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Bensalem** | **PA** | **19020** | **Notice Only** |
|---|---|---|---|

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** |
|---|---|---|---|

*Check all that apply.*

**Mary Ann Bowes**

**2000 McDonald Rd. Ste 200**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **South Elgin** | **IL** | **60177-3324** | **Buyout Agreement** |
|---|---|---|---|

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

| Debtor | **Bowes In-Home Care, Inc.** | Case number (if known) | |

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

*Check all that apply.*

**McGraw Funding LLC**

**1001 E Main St. Ste G**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**St. Charles          IL          60174**          **Notice Only**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ — __ __ — __ __ — __ __

☑ No
☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,149.48 |

*Check all that apply.*

**Medline Industries, Inc.**

**Dept. CH 14400**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Palatine          IL          60055-4400**          **Late fees**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ — __ __ — __ __ — __ __

☑ No
☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

*Check all that apply.*

**Mesirow Insurance Services**

**29278 Network Pl**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Chicago          IL          60673**          **Notice Only**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ — __ __ — __ __ — __ __

☑ No
☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

*Check all that apply.*

**Peter Fisk**

**Collection Representative, AMS**

**Windham Professionals, Inc.**

**382 Main St.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Salem          NH          03079**          **Collecting for - Ability Network, Inc.**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ — __ __ — __ __ — __ __

☑ No
☐ Yes

Debtor      **Bowes In-Home Care, Inc.**                                Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                 Amount of claim

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

*Check all that apply.*

**Scott Wolber**

**1108 Avenue A**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Rock Fall**                    IL        **61071**      **Notice Only**

Date or dates debt was incurred _____          Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __          ☑ No
☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,261.57 |

*Check all that apply.*

**Trusted Translations**

**66 West Flagler St.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Miami**                        FL        **33130**      **Trade Debt**

Date or dates debt was incurred _____          Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __          ☑ No
☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,582,500.00 |

*Check all that apply.*

**U.S. Small Business Administration**

**500 W. Madison St., Suite 1150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Chicago**                      IL        **60661**      **Payment Protection Loan**

Date or dates debt was incurred _____          Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __          ☑ No
☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $149,900.00 |

*Check all that apply.*

**U.S. Small Business Administration**

**500 W. Madison St., Suite 1150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Chicago**                      IL        **60661**      **Economic Injury Disaster Loan**

Date or dates debt was incurred  **7/23/2020**          Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __          ☑ No
☐ Yes

| Debtor | **Bowes In-Home Care, Inc.** | Case number (if known) |
|---|---|---|

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**Xerox Financial Services LLC**

**c/o David E. Cohen**

**Fisher Cohen Waldman Shapiro LLP**

**1247 Waukegan Rd., Ste 100**

**Glenview**    IL    **60025**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Basis for the claim:

**Notice Only**

Is the claim subject to offset?

☒ No
☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $140,746.50 |
|---|---|---|---|

**Xerox Financial Services, LLC**

**1247 Waukegan Rd. Ste 100**

**Glenview**    IL    **60025**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Last 4 digits of account number  **4  0  0  1**

Basis for the claim:

**Lease (equipment)**

Is the claim subject to offset?

☒ No
☐ Yes

| Debtor | **Bowes In-Home Care, Inc.** | Case number (if known) | |
|---|---|---|---|

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.**  Examples of entities that may be
    listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages
    are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Allen Maxwell & Silver, Inc.**<br>**Attn: Rosa Diaz**<br>**PO Box 540**<br><br>**Fair Lawn**          **NJ**      **07410** | Line ___3.2___<br><br>☐ Not listed.  Explain: | **9   0   6   2** |

Debtor    **Bowes In-Home Care, Inc.**  _____    Case number (if known)  _____

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

---

5.    Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a.    **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+**    **$1,986,666.18** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.    **$1,986,666.18** |

**Fill in this information to identify the case:**

Debtor name        **Bowes In-Home Care, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known)                                    Chapter    **11**

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                            12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.  **List all contracts and unexpired leases**

    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | **Ability Ease for Home Health** | **Ability Network, Inc.** |
| | | | **100 N. 6th Street** |
| | | | **Suite 900A** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Minneapolis**        **MN**        **55403** |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | **Real Estate Lease (oral) for office space located at 2230 Point Blvd. Ste 100 Elgin, IL 60123** | **Collura Enterprises, Inc.** |
| | | | **2230 Point Blvd. Ste 100** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Elgin**        **IL**        **60123-9202** |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | **Facility Master Services Agreement and Statement of Work** | **DrFirst.com, Inc.** |
| | | | **Attn: Legal** |
| | | | **9420 Key West Ave., Suite 101** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Rockville**        **MD**        **20850** |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | **Xerox printers
Contract is in DEFAULT** | **Leaf Commercial Capital** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Bowes In-Home Care, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>NORTHERN DISTRICT OF ILLINOIS</strong></td></tr>
<tr><td>Case number<br>(if known)</td><td></td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors                                                    12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries
consecutively.  Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**

    ☐  No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

    ☑  Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the**
    **schedules of creditors, *Schedules D-G.***  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is
    owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor
    separately in Column 2.

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1  **In Home Personal Services Inc.** | **2230 Point Blvd. Ste 100**<br>Number     Street<br><br>**Elgin**     **IL**    **60123-9202**<br>City                    State   ZIP Code | **AT&T** | ☐ D<br>☑ E/F<br>☐ G |
| 2.2  **In Home Personal Services, Inc.** | **2230 Point Blvd. Ste 100**<br>Number     Street<br><br>**Elgin**     **IL**    **60123**<br>City                    State   ZIP Code | **Skifi Capital Partners, Inc.** | ☑ D<br>☐ E/F<br>☐ G |
| 2.3  **Michael A. Collura** | **3506 Carlisle Lane**<br>Number     Street<br><br>**Carpentersville**    **IL**    **60110**<br>City                    State   ZIP Code | **CT Corporation System** | ☑ D<br>☐ E/F<br>☐ G |
| 2.4  **Michael A. Collura** | **3506 Carlisle Lane**<br>Number     Street<br><br>**Carpentersville**    **IL**    **60110**<br>City                    State   ZIP Code | **McGraw Funding LLC** | ☑ D<br>☐ E/F<br>☐ G |
| 2.5  **Michael A. Collura** | **3506 Carlisle Lane**<br>Number     Street<br><br>**Carpentersville**    **IL**    **60110**<br>City                    State   ZIP Code | **Department of the Treasury** | ☑ D<br>☐ E/F<br>☐ G |

| Debtor | **Bowes In-Home Care, Inc.** | Case number (if known) | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |

| | Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.6 | Michael A. Collura | **3506 Carlisle Lane** <br> Number    Street <br><br> **Carpentersville    IL    60110** <br> City        State   ZIP Code | **Skifi Capital Partners, Inc.** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.7 | Michael A. Collura | **3506 Carlisle Lane** <br> Number    Street <br><br> **Carpentersville    IL    60110** <br> City        State   ZIP Code | **Mary Ann Bowes** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.8 | Ryan Romanak | **6135 Stansbury Lane** <br> Number    Street <br><br> **Crystal Lake    IL    60014** <br> City        State   ZIP Code | **Sauk Valley Bank** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.9 | Ryan Romanak | **6135 Stansbury Lane** <br> Number    Street <br><br> **Crystal Lake    IL    60014** <br> City        State   ZIP Code | **McGraw Funding LLC** | ☑ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor Name   **Bowes In-Home Care, Inc.**

United States Bankruptcy Court for the:   **NORTHERN DISTRICT OF ILLINOIS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

| **Part 1:** | **Summary of Assets** |
| --- | --- |

1. *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from Schedule A/B.......................................................................

    | $0.00 |
    | --- |

    1b. **Total personal property:**
    Copy line 91A from Schedule A/B.....................................................................

    | $2,416,700.29 |
    | --- |

    1c. **Total of all property**
    Copy line 92 from Schedule A/B........................................................................

    | $2,416,700.29 |
    | --- |

| **Part 2:** | **Summary of Liabilities** |
| --- | --- |

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D......................................

    | $2,798,666.43 |
    | --- |

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F........................................

    | $0.00 |
    | --- |

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F...................................

    | + | $1,986,666.18 |
    | --- | --- |

4. **Total liabilities**
    Lines 2 + 3a + 3b..............................................................................................

    | $4,785,332.61 |
    | --- |

---

**Fill in this information to identify the case:**

Debtor name    **Bowes In-Home Care, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any
additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

**1.    Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue
Check all that apply. | Gross revenue
(before deductions
and exclusions |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2020**
MM / DD / YYYY | to | Filing date | ☑ Operating a business
☐ Other _____ | **($246,844.00)** |
| **For prior year:** | From **01/01/2019**
MM / DD / YYYY | to | **12/31/2019**
MM / DD / YYYY | ☑ Operating a business
☐ Other _____ | **$9,217,000.00** |
| **For the year before that:** | From **01/01/2018**
MM / DD / YYYY | to | **12/31/2018**
MM / DD / YYYY | ☑ Operating a business
☐ Other _____ | **$13,162,000.00** |

**2.    Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from
lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | | Description of sources of revenue | Gross revenue
from each source
(before deductions
and exclusions |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2020**
MM / DD / YYYY | to | Filing date | **CARES Act** | **$424,977.69** |
| **For prior year:** | From **01/01/2019**
MM / DD / YYYY | to | **12/31/2019**
MM / DD / YYYY | **N/A** | **$0.00** |
| **For the year before that:** | From **01/01/2018**
MM / DD / YYYY | to | **12/31/2018**
MM / DD / YYYY | **N/A** | **$0.00** |

| | | | | Description of sources of revenue | Gross revenue
from each source
(before deductions
and exclusions |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2020**
MM / DD / YYYY | to | Filing date | **U.S. SBA PPP Loan** | **$1,582,500.00** |
| **For prior year:** | From **01/01/2019**
MM / DD / YYYY | to | **12/31/2019**
MM / DD / YYYY | **N/A** | **$0.00** |
| **For the year before that:** | From **01/01/2018**
MM / DD / YYYY | to | **12/31/2018**
MM / DD / YYYY | **N/A** | **$0.00** |

| Debtor | **Bowes In-Home Care, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **07/23/2020** MM / DD / YYYY | to Filing date | **Economic Injury Disaster Loan** | **$149,900.00** |
| For prior year: | From **07/23/2019** MM / DD / YYYY | to **07/22/2020** MM / DD / YYYY | | |
| For the year before that: | From **07/23/2018** MM / DD / YYYY | to **07/22/2019** MM / DD / YYYY | | |

## Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825.  (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **See attached.** Creditor's name | | | ☐ Secured debt ☐ Unsecured loan repayments |
| | Street | | | ☐ Suppliers or vendors ☐ Services |
| | City                    State    ZIP Code | | | ☐ Other _____ |

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825.  (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Mimiel Collura** Insider's name **3506 Carlisle Lane** Street | | **$18,052.61** | **Expense reimbursement** |
| | **Carpenterville         IL      60110** City                    State    ZIP Code | | | |
| | Relationship to debtor **Spouse of M. Collura, President of Debto** | | | |

Debtor   **Bowes In-Home Care, Inc.**
Name                                                          Case number (if known)

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.2. **In Home Personal Services** | **Various** | **$1,661,100.00** | |
| Insider's name | | | |
| **2230 Point Blvd., Suite 100** | | | |
| Street | | | |

**Elgin**                    **TX**   **60123**
City                         State    ZIP Code

**Relationship to debtor**

**Affiliate**

5.   **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

6.   **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **24 Capital / Sam Selmer** | **ACH drafts - non-funding completion** | | **$75,000.00** |
| Creditor's name | | | |
| **456 A. Central Ave.** | | | |
| Street | | | |
| **Suite 128** | | | |
| **Cedarhurst**   **NY**   **11516** | Last 4 digits or account number: XXXX- __ __ __ __ | | |
| City   State   ZIP Code | | | |

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **EIN Cap Inc.** | **UnitedHealthcare garnishment re EIN Cap Inc. lien** | **7/29/2020** | **$14,588.00** |
| Creditor's name | | | |
| **160 Pearl Street, 5th Floor** | | | |
| Street | | | |
| **New York**   **NY**   **10015** | Last 4 digits or account number: XXXX- __ __ __ __ | | |
| City   State   ZIP Code | | | |

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **EIN Cap Inc.** | **Aetna garnishment for EIN Cap Inc. lien** | **5/29/2020** | |
| Creditor's name | | | |
| **160 Pearl Street, 5th Floor** | | | |
| Street | | | |
| **New York**   **NY**   **10015** | Last 4 digits or account number: XXXX- __ __ __ __ | | |
| City   State   ZIP Code | | | |

| Debtor | **Bowes In-Home Care, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 3:    Legal Actions or Assignments

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor
was involved in any capacity--within 1 year before filing this case.

☐ None

### 7.1.
**Case title**
**Morgan Carozza v. Bowes In Home Care Inc. and Michael A. Collura**

**Nature of case**
**Wage claim.**

**Court or agency's name and address**
**Illinois Department of Labor**
Name
**160 N. LaSalle St.**
Street
**Floor 13, Suite C-1300**

**Case number**
**20-000312**

**Chicago**    **IL**    **60601**
City    State    ZIP Code

**Status of case**
☐ Pending
☐ On appeal
☑ Concluded

### 7.2.
**Case title**
**Elizabeth Yohman v. Bowes In Home Care Inc. and Michael A. Collura**

**Nature of case**
**Wage claim**

**Court or agency's name and address**
**Illinois Department of Revenue**
Name
**160 N. LaSalle St.**
Street
**Floor 13, Suite C-1300**

**Case number**
**20-000392**

**Chicago**    **IL**    **60601**
City    State    ZIP Code

**Status of case**
☐ Pending
☐ On appeal
☑ Concluded

### 7.3.
**Case title**
**Jennifer Girardi v. Bowes In Home Care and MIchael Collura**

**Nature of case**
**Wage claim**

**Court or agency's name and address**
**Illinois Department of Labor**
Name
**160 N. LaSalle St.**
Street
**Floor 13, Suite C-1300**

**Case number**
**20-00080**

**Chicago**    **IL**    **60601**
City    State    ZIP Code

**Status of case**
☐ Pending
☐ On appeal
☑ Concluded

### 7.4.
**Case title**
**Joy Lawrence v. Bowes In Home Care and MIchael Collura**

**Nature of case**
**Wage claim**

**Court or agency's name and address**
**Illinois Department of Labor**
Name
**160 N. LaSalle St.**
Street
**Floor 13, Suite C-1300**

**Case number**
**20-000396**

**Chicago**    **IL**    **60601**
City    State    ZIP Code

**Status of case**
☐ Pending
☐ On appeal
☑ Concluded

### 7.5.
**Case title**
**Katelyn Ciszon v. Bowes In Home Care and MIchael Collura**

**Nature of case**
**Wage claim**

**Court or agency's name and address**
**Illinois Department of Labor**
Name
**160 N. LaSalle St.**
Street
**Floor 13, Suite C-1300**

**Case number**
**20-000373**

**Chicago**    **IL**    **60601**
City    State    ZIP Code

**Status of case**
☐ Pending
☐ On appeal
☑ Concluded

Debtor   **Bowes In-Home Care, Inc.**                                        Case number (if known)   _____
         Name

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.6. | **Kathryn Huck v. Bowes In Home Care and Michael Collura** | **Wage claim** | **Illinois Department of Labor** <br> Name <br> **160 N. LaSalle St.** <br> Street <br> **Floor 13, Suite C-1300** | ☐ Pending <br> ☐ On appeal <br> ☒ Concluded |
| | Case number <br> **20-000587** | | **Chicago**          **IL**   **60601** <br> City                State   ZIP Code | |
| 7.7. | **Lisa Chiodo v. Bowes In Home Care and Michael Collura** | **Wage claim** | **Illinois Department of Labor** <br> Name <br> **160 N. LaSalle St.** <br> Street <br> **Floor 13, Suite C-1300** | ☐ Pending <br> ☐ On appeal <br> ☒ Concluded |
| | Case number <br> **20-000314** | | **Chicago**          **IL**   **60601** <br> City                State   ZIP Code | |
| 7.8. | **Lisa Wessels v. Bowes In Home Care and Michael Collura** | **Wage claim** | **Illinois Department of Labor** <br> Name <br> **160 N. LaSalle St.** <br> Street <br> **Floor 13, Suite C-1300** | ☐ Pending <br> ☐ On appeal <br> ☒ Concluded |
| | Case number <br> **20-000567** | | **Chicago**          **IL**   **60601** <br> City                State   ZIP Code | |
| 7.9. | **Mary Rozynek v. Bowes In Home Care and Michael Collura** | **Wage claim** | **Illinois Department of Labor** <br> Name <br> **160 N. LaSalle St.** <br> Street <br> **Floor 13, Suite C-1300** | ☐ Pending <br> ☐ On appeal <br> ☒ Concluded |
| | Case number <br> **20-000349** | | **Chicago**          **IL**   **60601** <br> City                State   ZIP Code | |
| 7.10. | **Nancy Murray v. Bowes In Home Care and Michael Collura** | **Wage claim** | **Illinois Department of Labor** <br> Name <br> **160 N. Lasalle St.** <br> Street <br> **Floor 13, Suite C-1300** | ☐ Pending <br> ☐ On appeal <br> ☒ Concluded |
| | Case number <br> **20-000480** | | **Chicago**          **IL**   **60601** <br> City                State   ZIP Code | |
| 7.11. | **Rebecca Fries v. Bowes In Home Care and Michael Collura** | **Wage claim** | **Illinios Department of Labor** <br> Name <br> **160 N. LaSalle St.** <br> Street <br> **Floor 13, Suite C-1300** | ☐ Pending <br> ☐ On appeal <br> ☒ Concluded |
| | Case number <br> **20-000313** | | **Chicago**          **IL**   **60601** <br> City                State   ZIP Code | |

| Debtor | **Bowes In-Home Care, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 7.12. | Case title<br>**Traci Wildey v. Bowes In Home Care and Michael Collura** | Nature of case<br>**Wage claim** | Court or agency's name and address<br>**Illinios Department of Labor**<br>Name<br>**160 N. LaSalle St.**<br>Street<br>**Floor 13, Suite C-1300** | Status of case<br>☐ Pending<br>☐ On appeal<br>☒ Concluded |
|---|---|---|---|---|
| | Case number<br>**20-000435** | | **Chicago          IL      60601**<br>City                State    ZIP Code | |

| 7.13. | Case title<br>**Alejandra Gonzalez v. Bowes In Home Care and Michael Collura** | Nature of case<br>**Wage claim** | Court or agency's name and address<br>**Illinios Department of Labor**<br>Name<br>**160 N. LaSalle St.**<br>Street<br>**Floor 13, Suite C-1300** | Status of case<br>☐ Pending<br>☐ On appeal<br>☒ Concluded |
| | Case number<br>**20-000360** | | **Chicago          IL      60601**<br>City                State    ZIP Code | |

| 7.14. | Case title<br>**Susan Wrzeszcz v. Bowes In Home Care and Michael Collura** | Nature of case<br>**Wage claim** | Court or agency's name and address<br>**Illinios Department of Labor**<br>Name<br>**160 N. LaSalle St.**<br>Street<br>**Floor 13, Suite C-1300** | Status of case<br>☐ Pending<br>☐ On appeal<br>☒ Concluded |
| | Case number<br>**20-000444** | | **Chicago          IL      60601**<br>City                State    ZIP Code | |

| 7.15. | Case title<br>**Ivett Escalante v. Bowes In Home Care and Michael Collura** | Nature of case<br>**Wage claim** | Court or agency's name and address<br>**Illinios Department of Labor**<br>Name<br>**160 N. LaSalle St.**<br>Street<br>**Floor 13, Suite C-1300** | Status of case<br>☐ Pending<br>☐ On appeal<br>☒ Concluded |
| | Case number<br>**20-000344** | | **Chicago          IL      60601**<br>City                State    ZIP Code | |

| 7.16. | Case title<br>**Jennifer Kasselder v. Bowes In Home Care and Michael Collura** | Nature of case<br>**Wage claim** | Court or agency's name and address<br>**Illinios Department of Labor**<br>Name<br>**160 N. LaSalle St.**<br>Street<br>**Floor 13, Suite C-1300** | Status of case<br>☐ Pending<br>☐ On appeal<br>☒ Concluded |
| | Case number<br>**20-000350** | | **Chicago          IL      60601**<br>City                State    ZIP Code | |

| 7.17. | Case title<br>**Kendra Kulans v. Bowes In Home Care and Michael Collura** | Nature of case<br>**Wage claim** | Court or agency's name and address<br>**Illinios Department of Labor**<br>Name<br>**160 N. LaSalle St.**<br>Street<br>**FLoor 13, Suite C-1300** | Status of case<br>☐ Pending<br>☐ On appeal<br>☒ Concluded |
| | Case number<br>**20-000928** | | **Chicago          IL      60601**<br>City                State    ZIP Code | |

Debtor  **Bowes In-Home Care, Inc.**                                    Case number (if known)  _____
        Name

| | | | |
|---|---|---|---|
| **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
| 7.18. **Morgan Carozza v. Bowes In Home Care and Michael Collura** | **Wage claim** | **Illinois Department of Labor**<br>Name<br>**160 N. LaSalle St.**<br>Street<br>**Floor 13, Suite C-1300** | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| **Case number**<br>**20-000312** | | **Chicago          IL    60601**<br>City                State   ZIP Code | |
| **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
| 7.19. **Brittany Gamss v. Bowes In Home Care and Michael Collura** | **Wage claim** | **Illinios Department of Labor**<br>Name<br>**160 N. LaSalle St.**<br>Street<br>**Floor 13, Suite C-1300** | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| **Case number**<br>**20-000486** | | **Chicago          IL    60601**<br>City                State   ZIP Code | |
| **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
| 7.20. **Jon Verdoni v. Bowes In Home Care and Michael Collura** | **Wage claim** | **Illinois Department of Labor**<br>Name<br>**160 N. LaSalle St.**<br>Street<br>**Floor 13, Suite C-1300** | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| **Case number**<br>**20-000461** | | **Chicago          IL    60601**<br>City                State   ZIP Code | |
| **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
| 7.21. **Jennifer Krieger-Bell v. Bowes In Home Care and Michael Collura** | **Wage claim** | **Illinois Department of Labor**<br>Name<br>**160 N. LaSalle St.**<br>Street<br>**Floor 13, Suite C-1300** | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| **Case number**<br>**20-000354** | | **Chicago          IL    60601**<br>City                State   ZIP Code | |
| **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
| 7.22. **Jennifer Poett v. Bowes In Home Care and Michael Collura** | **Wage claim** | **Illinios Department of Labor**<br>Name<br>**160 LaSalle St.**<br>Street<br>**Floor 13, Suite C-1300** | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| **Case number**<br>**20-000442** | | **Chicago          IL    60601**<br>City                State   ZIP Code | |
| **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
| 7.23. **Kimberly Feczko v. Bowes In Home Care and Michael Collura** | **Wage claim** | **Illinois Department of Labor**<br>Name<br>**160 N. LaSalle St.**<br>Street<br>**Floor 13, Suite C-1300** | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| **Case number**<br>**20-000337** | | **Chicago          IL    60601**<br>City                State   ZIP Code | |

Debtor   **Bowes In-Home Care, Inc.**
         Name                                              Case number (if known)

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.24. | **Kristen Leaf v. Bowes In Home Care and Michael Collura** | **Wage claim** | **Illinois Department of Labor** <br> Name <br> **160 N. LaSalle St.** <br> Street <br> **Floor 13, Suite C-1300** | ☐ Pending <br> ☐ On appeal <br> ☒ Concluded |
| | Case number <br> **20-000331** | | **Chicago**　　　**IL**　**60601** <br> City　　　　State　ZIP Code | |
| 7.25. | **Lindsey Kaleel v. Bowes In Home Care and Michael Collura** | **Wage claim** | **Illinois Department of Labor** <br> Name <br> **160 N. LaSalle St.** <br> Street <br> **Floor 13, Suite C-1300** | ☐ Pending <br> ☐ On appeal <br> ☒ Concluded |
| | Case number <br> **20-000338** | | **Chicago**　　　**IL**　**60601** <br> City　　　　State　ZIP Code | |
| 7.26. | **Mary Ann Tyler v. Bowes In Home Care and Michael Collura** | **Wage claim** | **illinois Department of Labor** <br> Name <br> **160 N. LaSalle St.** <br> Street <br> **Floor 13, Suite C-1300** | ☐ Pending <br> ☐ On appeal <br> ☒ Concluded |
| | Case number <br> **20-000365** | | **Chicago**　　　**IL**　**60601** <br> City　　　　State　ZIP Code | |
| 7.27. | **Marlena Young v. Bowes In Home Care and Michael Collura** | **Wage claim** | **Illinois Department of Labor** <br> Name <br> **160 N. LaSalle St.** <br> Street <br> **Floor 13, Suite C-1300** | ☐ Pending <br> ☐ On appeal <br> ☒ Concluded |
| | Case number <br> **20-000586** | | **Chicago**　　　**IL**　**60601** <br> City　　　　State　ZIP Code | |
| 7.28. | **Penny Beelendorf v. Bowes In Home Care, Inc. and Michael Collura** | **Wage claim** | **Illinois Department of Labor** <br> Name <br> **160 N. LaSalle Street** <br> Street <br> **Floor 13, Suite C-1300** | ☐ Pending <br> ☐ On appeal <br> ☒ Concluded |
| | Case number <br> **20-000545** | | **Chicago**　　　**IL**　**60601** <br> City　　　　State　ZIP Code | |
| 7.29. | **Akata Sharma v. Bowes In Home Care Inc. and Michael A. Collura** | **Wage claim** | **Illinois Department of Labor** <br> Name <br> **160 N. LaSalle Street** <br> Street <br> **Floor 13, Suite C-1300** | ☐ Pending <br> ☐ On appeal <br> ☒ Concluded |
| | Case number <br> **20-000368** | | **Chicago**　　　**IL**　**60601** <br> City　　　　State　ZIP Code | |

Debtor    **Bowes In-Home Care, Inc.**
Name

Case number (if known)

| | | | |
|---|---|---|---|
| **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
| 7.30. **Rhiannon Duff v. Bowes In Home Care Inc. and Michael A. Collura** | **Wage claim** | **Illinois Department of Labor** <br> Name <br> **160 N. LaSalle Street** <br> Street <br> **FLoor 13, Suite C-1300** | ☐ Pending <br> ☐ On appeal <br> ☒ Concluded |
| **Case number** <br> **20-000346** | | **Chicago**        **IL**    **60601** <br> City        State    ZIP Code | |

| | | | |
|---|---|---|---|
| **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
| 7.31. **Yvonne Gagliano v. Bowes In Home Care Inc. and Michael A. Collura** | **Wage claim** | **Illinois Department of Labor** <br> Name <br> **160 N. LaSalle Street** <br> Street <br> **Floor 13, Suite C-1300** | ☐ Pending <br> ☐ On appeal <br> ☒ Concluded |
| **Case number** <br> **20-000405** | | **Chicago**        **IL**    **60601** <br> City        State    ZIP Code | |

| | | | |
|---|---|---|---|
| **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
| 7.32. **Amy Selle v. Bowes In Home Care Inc. and Michael A. Collura** | **Wage claim** | **Illinois Department of Labor** <br> Name <br> **160 N. LaSalle Street** <br> Street <br> **Floor 13, Suite C-1300** | ☐ Pending <br> ☐ On appeal <br> ☒ Concluded |
| **Case number** <br> **20-000361** | | **Chicago**        **IL**    **60601** <br> City        State    ZIP Code | |

| | | | |
|---|---|---|---|
| **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
| 7.33. **Nicole Duppler v. Bowes In Home Care Inc. and Michael A. Collura** | **Wage claim** | **Illinois Department of Labor** <br> Name <br> **160 N. LaSalle Street** <br> Street <br> **Floor 13, Suite C-1300** | ☐ Pending <br> ☐ On appeal <br> ☒ Concluded |
| **Case number** <br> **20-000437** | | **Chicago**        **IL**    **60601** <br> City        State    ZIP Code | |

| | | | |
|---|---|---|---|
| **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
| 7.34. **Geoffrey Beck v. Bowes In Home Care Inc. and Michael A. Collura** | **Wage claim** | **Illinois Department of Labor** <br> Name <br> **160 N. LaSalle Street** <br> Street <br> **Floo 13, Suite C-1300** | ☐ Pending <br> ☐ On appeal <br> ☒ Concluded |
| **Case number** <br> **20-000443** | | **Chicago**        **IL**    **60601** <br> City        State    ZIP Code | |

| | | | |
|---|---|---|---|
| **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
| 7.35. **Michelle Carlevato v. Bowes In Home Care Inc. and Michael A. Collura** | **Wage claim** | **Illinois Department of Labor** <br> Name <br> **160 N. LaSalle Street** <br> Street <br> **Floor 13, Suite C-1300** | ☐ Pending <br> ☐ On appeal <br> ☒ Concluded |
| **Case number** <br> **20-000385** | | **Chicago**        **IL**    **60601** <br> City        State    ZIP Code | |

Debtor  **Bowes In-Home Care, Inc.**
_____        Case number (if known)  _____
Name

| | | | |
|---|---|---|---|
| **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
| 7.36.  **Kermalene Ellsworth v. Bowes In Home Care Inc.** | **Wage claim** | **Illinois Department of Labor**<br>Name<br>**160 N. LaSalle Street**<br>Street<br>**Floor 13, Suite C-1300** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| **Case number**<br>**20-000339** | | **Chicago**          **IL**    **60601**<br>City          State   ZIP Code | |
| **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
| 7.37.  **Jennifer Poett v. Michael Collura d/b/a Bowes In Home Care Inc.** | **Wage claim** | **22nd Circuit Court, McHenry County**<br>Name<br>**2200 N. Seminary Avenue**<br>Street | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| **Case number**<br>**20LM000120** | | **Woodstock**          **IL**    **60098**<br>City          State   ZIP Code | |
| **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
| 7.38.  **Skifi Capital Partners, Inc. v. Bowes In Home Care, In Home Personal Care, Inc. and Michael A. Collura** | **Breach of contract** | **Supreme Court of New York - Kings Co**<br>Name<br>**360 Adams Street #4**<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number**<br>**509798/2020** | | **Brooklyn**          **NY**    **11201**<br>City          State   ZIP Code | |
| **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
| 7.39.  **Xerox Financial Services LLC v. In Home Personal Services, Inc.** | **Breach of lease (Note: this Debtor is not a defendant in this case; however, the leased equipment was only used by the Debtor)** | **22nd Circuit Court, McHenry County, I**<br>Name<br>**2200 N Seminary Ave. #136**<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number**<br>**20 LA 000119** | | **Woodstock**          **IL**    **60098**<br>City          State   ZIP Code | |
| **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
| 7.40.  **Vivien Porter v. Michael A. Collura and Bowes In Home Care, Inc.** | **Wage claim** | **22nd Circuit Court of McHenry County**<br>Name<br>**2200 N. Seminary Ave. #136**<br>Street | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| **Case number**<br>**20 SC 000504** | | **Woodstock**          **IL**    **60098**<br>City          State   ZIP Code | |
| **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
| 7.41.  **McGraw Capital Partners LLC v. Bowes In Home Care, Inc., et al.** | **Breach of contract** | **22nd Circuit Court of McHenry County**<br>Name<br>**2200 N Seminary Ave. #136**<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number**<br>**20 LA 000150** | | **Woodstock**          **IL**    **60098**<br>City          State   ZIP Code | |

Debtor    **Bowes In-Home Care, Inc.**
Name                                                    Case number (if known)

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.42. | **KPR US LLC v. Bowes In Home Care, Inc.** | **Forcible entry and detainer, eviction** | **22nd Circuit Court of McHenry County** Name | ☐ Pending |
| | | | **2200 N. Seminary Ave. #136** Street | ☐ On appeal |
| | | | | ☑ Concluded |
| | Case number | | | |
| | **20 LA 000077** | | **Woodstock**       **IL**     **60098** City            State   ZIP Code | |
| 7.43. | Case title **EIN Cap Inc. v. Bowes In-Home Care, Inc.** | Nature of case **Breach of contract** | Court or agency's name and address **Supreme Court of New York** Name | Status of case ☑ Pending |
| | | | **County of Kings** Street | ☐ On appeal |
| | | | **360 Adams St. #4** | ☐ Concluded |
| | Case number | | | |
| | **503668/2020** | | **Brooklyn**       **NY**   **11201** City            State   ZIP Code | |

8.   **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9.   **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

---

**Part 5:    Certain Losses**

10.   **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 206A/B (Schedule A/B: Assets -- Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| **Theft of medical and office supplies** | **$4,981.00** | **02/09/2020** | **$9,981.00** |

| Debtor | **Bowes In-Home Care, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Clark Hill PLC** | | **07/10/2020** | **$60,000.00** |
| | | | **07/13/2020** | |

**Address**

**130 E. Randolph St., Suite 3900**
Street

| **Chicago** | **IL** | **60601** |
|---|---|---|
| City | State | ZIP Code |

**Email or website address**
**www.clarkhill.com**

**Who made the payment, if not debtor?**

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

## Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy | |
|---|---|---|---|
| 14.1. | **813 Tek Drive** | From   **4/1/2017** | To   **2/17/2020** |
| | Street | | |

| **Crystal Lake** | **IL** | **60014** |
|---|---|---|
| City | State | ZIP Code |

| Debtor | **Bowes In-Home Care, Inc.** | Case number (if known) | |
| | Name | | |

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained
**Patient personal information and medical records**

Does the debtor have a privacy policy about that information?
☐ No.
☑ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?
☑ No. Go to Part 10.
☐ Yes. Fill in below:

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **BMO Harris Bank** Name **1105 S. Illinois Route 31** Street  **Crystal Lake** IL **60014** City State ZIP Code | XXXX- **4 9 9 7** | ☑ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other | | $0.76 |

Debtor    **Bowes In-Home Care, Inc.** _____    Case number (if known) _____
Name

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Life Storage** | **Michael Collura** | **Files and furniture stored in three (3) units.** | ☐ No |
| Name | | | ☑ Yes |
| **2253 Randall Road** | **Address** | | |
| Street | **2230 Point Blvd., Suite 100** | | |
| | **Elgin, IL 60123** | | |
| **Carpentersville      IL      60110** | | | |
| City                  State  ZIP Code | | | |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

---

**Part 12:    Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

Debtor    **Bowes In-Home Care, Inc.**                                    Case number (if known)  _____
_____Name_____

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Provide details below.

**24.  Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes.  Provide details below.

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25.  Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☑ None

**26.  Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.  **Weiss Sugar Dvorak & Dusek Ltd.** <br> Name <br> **20 N. Wacker, Suite 2250** <br> Street <br><br> **Chicago**            **IL**      **60606** <br> City                State    ZIP Code | From  **2015**    To  **Present** |
| Name and address | Dates of service |
| 26a.2.  **Marielena O. Kenny** <br> Name <br> **Medicare Cost Reporting Services LLC** <br> Street <br><br> **Chicago**            **IL** <br> City                State    ZIP Code | From _____    To _____ |
| Name and address | Dates of service |
| 26a.3.  **Bill Hartmann** <br> Name <br> **3713 E Lake Shore Drive** <br> Street <br><br> **Wonder Lake**        **IL**      **60097** <br> City                State    ZIP Code | From  **March 2019**    To  **April 2019** |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1.  **Weiss Sugar Dvorak & Dusek Ltd.** <br> Name <br> **303 W. Madison St., Suite 2075** <br> Street <br><br> **Chicago**            **IL**      **60606** <br> City                State    ZIP Code | From  **2015**    To  **Present** |

Debtor    **Bowes In-Home Care, Inc.** _____    Case number (if known) _____
Name

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| **Name and address** | **If any books of account and records are unavailable, explain why** |
|---|---|

26c.1.   **Weiss Sugar Dvorak  Dusek Ltd.**
Name
**20 N. Wacker, Suite 2250**
Street

**Chicago**                     **IL**          **60606**
City                             State        ZIP Code

| **Name and address** | **If any books of account and records are unavailable, explain why** |
|---|---|

26c.2.   **Michael A. Collura**
Name
**3506 Carlisle Lane**
Street

**Carpentersville**             **IL**          **60110**
City                             State        ZIP Code

| **Name and address** | **If any books of account and records are unavailable, explain why** |
|---|---|

26c.3.   **St. Clair, CPA**
Name
**101 W Elm St., Suite 500**
Street

**Conshohocken**                 **PA**          **19428**
City                             State        ZIP Code

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.   **Capital Source**
Name
**1 North State St. Suite 1578**
Street

**Chicago**                     **IL**          **60602**
City                             State        ZIP Code

**Name and address**

26d.2.   **EIN Capital**
Name
**160 Pearl Street, 5th Floor**
Street

**New York**                     **NY**          **10005**
City                             State        ZIP Code

**Name and address**

26d.3.   **Green Capital**
Name
**53 Mason St.**
Street

**Greenwich**                     **CT**          **06830**
City                             State        ZIP Code

Debtor    **Bowes In-Home Care, Inc.**
Name                                                              Case number (if known)

**Name and address**

26d.4.    **Celtic Bank Bluevine**
Name
**401 Warren St.**
Street

| | | |
|---|---|---|
| **Redwood City** | **CA** | **94063** |
| City | State | ZIP Code |

**Name and address**

26d.5.    **Metrics Evertrust**
Name
**1 Evertrust Plaza**
Street

| | | |
|---|---|---|
| **Jersey City** | **NJ** | **07302** |
| City | State | ZIP Code |

**Name and address**

26d.6.    **McGraw Funding**
Name
**1001 E. Main St. Suite G**
Street

| | | |
|---|---|---|
| **St. Charles** | **IL** | **60174** |
| City | State | ZIP Code |

**27.    Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.

☐ Yes. Give the details about the two most recent inventories.

**28.    List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Michael A. Collura** | **3506 Carlisle Lane**<br>**Carpentersville, IL 60110** | **President / Ownership** | **100%** |

**29.    Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Ryan Romanak** | **6135 Stansbury Lane**<br>**Lakewood, IL 60014** | **COO** | From **10/2010** To **2/12/2020** |

| Debtor | **Bowes In-Home Care, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes.  Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Michael A. Collura** Name **3506 Carlisle Lane** Street | **$224,672.91** | **See attached.** | **Compensation** |
| | **Carpentersville    IL    60110** City    State  ZIP Code | | | |
| | Relationship to debtor **Presdient** | | | |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **Mimiel Collura** Name **3506 Carlisle Lane** Street | **$22,846.72** | **See attached.** | **Compensation** |
| | **Carpentersville    IL    60110** City    State  ZIP Code | | | |
| | Relationship to debtor **Employee (wife of Michael Collura)** | | | |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.3. | **Ryan Romanak** Name **6135 Stansbury Lane** Street | **$108,994.54** | **See attached detail.** | **Compensation** |
| | **Crystal Lake    IL    60014** City    State  ZIP Code | | | |
| | Relationship to debtor **Former COO (resigned 2/12/2020)** | | | |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.4. | **Ryan Romanak** Name **6135 Stansbury Lane** Street | **Distribution $20,000.00** | **2019** | **Shareholder distribution** |
| | **Crystal Lake    IL    60014** City    State  ZIP Code | | | |
| | Relationship to debtor **Former COO (resigned 2/12/2020)** | | | |

Debtor   **Bowes In-Home Care, Inc.**
_____   Case number (if known) _____
Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.5.   **Michael Collura**
Name
**3506 Carlisle Lane**
Street

_____
**Carpentersville      IL      60110**
City                  State   ZIP Code

**Relationship to debtor**
**Presdient**

**Distribution**
**$60,000.00**

**2019**

**Shareholder distribution**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.6.   **Michael Collura**
Name
**3506 Carlisle Lane**
Street

_____
**Carpentersville      IL      60110**
City                  State   ZIP Code

**Relationship to debtor**
**President**

**$537,575.00**

**Various**

**Loans**

**31.  Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes.  Identify below.

**32.  Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes.  Identify below.

**Part 14:    Signature and Declaration**

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **08/20/2020**
_____
MM / DD / YYYY

**X /s/ Michael A. Collura**
_____   Printed name   **Michael A. Collura** _____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor **President** _____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☑ No
☐ Yes

2:42 PM

08/20/20

Accrual Basis

# Bowes In Home Care
## Transaction Detail By Account
### May 22 through August 20, 2020

| Type | Date | Num | Name | Amount |
|------|------|-----|------|--------|
| **Telephone Expense** | | | | |
| Check | 08/07/2020 | 47076 | AnSer | 300.00 |
| Check | 05/26/2020 | 47021 | AT&T | 2,274.72 |
| Check | 06/18/2020 | 47035 | AT&T | 19,501.53 |
| Check | 06/22/2020 | 47042 | AT&T | 910.10 |
| Check | 07/02/2020 | 47047 | AT&T | 9,683.00 |
| Check | 07/22/2020 | 47067 | AT&T | 898.40 |
| Check | 08/10/2020 | 47081 | AT&T | 9,683.00 |
| Check | 07/31/2020 | 47084 | AT&T | 19,366.00 |
| Check | 07/07/2020 | 47051 | PerCom | 500.15 |
| Check | 05/26/2020 | 47020 | Verizon | 387.48 |
| Check | 06/18/2020 | 47037 | Verizon | 268.07 |
| Check | 07/28/2020 | 47073 | Verizon | 295.35 |
| Total Telephone Expense | | | | 64,067.80 |
| **TOTAL** | | | | **64,067.80** |

2:43 PM

08/20/20

Accrual Basis

# Bowes In Home Care
## Transaction Detail By Account
### May 22 through August 20, 2020

| Type | Date | Num | Name | Amount |
|------|------|-----|------|--------|
| **Goldberg Law Group, LLC** | | | | |
| Check | 07/10/2020 | 47053 | Goldberg Law Group, ... | 3,675.00 |
| Total Goldberg Law Group, LLC | | | | 3,675.00 |
| **Medicare Cost Reporting Services, LLC** | | | | |
| Check | 07/25/2020 | 47070 | Medicare Cost Reporti... | 2,900.00 |
| Total Medicare Cost Reporting Services, LLC | | | | 2,900.00 |
| **Mullen Coughlin LLC** | | | | |
| Check | 06/17/2020 | 47032 | Mullen Coughlin LLC | 4,760.00 |
| Total Mullen Coughlin LLC | | | | 4,760.00 |
| **O'Hagan Meyer** | | | | |
| Check | 06/17/2020 | 47033 | O'Hagan Meyer | 12,233.50 |
| Total O'Hagan Meyer | | | | 12,233.50 |
| **Roberto Legarda** | | | | |
| Check | 05/22/2020 | 47018 | Roberto Legarda | 2,220.00 |
| Check | 05/29/2020 | 47025 | Roberto Legarda | 1,830.00 |
| Check | 06/11/2020 | 47026 | Roberto Legarda | 2,100.00 |
| Check | 06/18/2020 | 47034 | Roberto Legarda | 2,250.00 |
| Check | 06/26/2020 | 47045 | Roberto Legarda | 2,400.00 |
| Check | 07/03/2020 | 47048 | Roberto Legarda | 2,490.00 |
| Total Roberto Legarda | | | | 13,290.00 |
| **St. Clair CPAs PC** | | | | |
| Check | 07/16/2020 | 47056 | St. Clair CPAs PC | 1,690.00 |
| Check | 07/16/2020 | 47060 | St. Clair CPAs PC | 1,430.00 |
| Check | 08/08/2020 | 47077 | St. Clair CPAs PC | 5,250.00 |
| Check | 08/08/2020 | 47078 | St. Clair CPAs PC | 1,835.00 |
| Total St. Clair CPAs PC | | | | 10,205.00 |
| **TOTAL** | | | | **47,063.50** |

**2:44 PM**

**08/20/20**

**Accrual Basis**

**Bowes In Home Care**

**Transaction Detail By Account**

**May 22 through August 20, 2020**

| Type | Date | Num | Name | Amount |
|------|------|-----|------|--------|
| **United Healthcare Services** | | | | |
| Check | 06/10/2020 | DD | United Healthcare Services | 16,859.93 |
| Check | 07/08/2020 | dd | United Healthcare Services | 16,478.46 |
| Check | 08/05/2020 | dd | United Healthcare Services | 15,156.18 |
| Total United Healthcare Services | | | | 48,494.57 |
| **Unum** | | | | |
| Check | 05/29/2020 | DD | Unum | 1,347.16 |
| Check | 05/29/2020 | DD | Unum | 219.08 |
| Check | 07/07/2020 | DD | Unum | 1,347.16 |
| Check | 07/07/2020 | DD | Unum | 219.08 |
| Total Unum | | | | 3,132.48 |
| **TOTAL** | | | | 51,627.05 |

2:45 PM

08/20/20

**Accrual Basis**

## Bowes In Home Care
## Transaction Detail By Account
### May 22 through August 20, 2020

| Type | Date | Num | Name | Amount |
|------|------|-----|------|--------|
| **Allscripts** | | | | |
| Check | 07/07/2020 | 47052 | Allscripts | 979.86 |
| Total Allscripts | | | | 979.86 |
| **HealthCare First** | | | | |
| Check | 06/17/2020 | 47027 | HealthCare First | 100.00 |
| Check | 07/10/2020 | 47054 | HealthCare First | 100.00 |
| Check | 07/31/2020 | 47083 | HealthCare First | 100.00 |
| Total HealthCare First | | | | 300.00 |
| **Illinois State Police** | | | | |
| Credit Card Charge | 06/23/2020 | dd | Illinois State Police | 11.00 |
| Total Illinois State Police | | | | 11.00 |
| **JHACO** | | | | |
| Check | 07/13/2020 | 47055 | JHACO | 2,525.00 |
| Total JHACO | | | | 2,525.00 |
| **WellSky** | | | | |
| Check | 06/18/2020 | 47036 | WellSky | 27,075.00 |
| Check | 07/02/2020 | 47046 | WellSky | 3,530.00 |
| Check | 07/25/2020 | 47071 | WellSky | 10,723.33 |
| Total WellSky | | | | 41,328.33 |
| **TOTAL** | | | | **45,144.19** |

11:48 AM
07/16/20
Accrual Basis

# Bowes In Home Care
## Employee QuickReport
### July 1, 2019 through July 16, 2020

| Type | Date | Num | Memo | Account | Clr | Amount |
|------|------|-----|------|---------|-----|--------|
| **Collura, Michael** | | | | | | |
| Paycheck | 07/12/2019 | 217832 | | Harris BIHC Payroll | X | 11,455.05 |
| Paycheck | 07/26/2019 | 217986 | | Harris BIHC Payroll | X | 12,565.88 |
| Paycheck | 08/09/2019 | 218149 | VOID: | Harris BIHC Payroll | X | 0.00 |
| Check | 08/20/2019 | dd | | Harris BIHC Payroll | X | 7,000.00 |
| Check | 08/22/2019 | dd | | Harris BIHC Deposit ... | X | 7,000.00 |
| Check | 09/16/2019 | dd | | Harris BIHC Payroll | X | 10,000.00 |
| Check | 09/20/2019 | 46898 | | Harris BIHC Operatio... | X | 28,000.00 |
| Check | 10/18/2019 | 46917 | | Harris BIHC Operatio... | X | 20,000.00 |
| Paycheck | 11/01/2019 | 219243 | | Harris BIHC Payroll | X | 12,565.88 |
| Paycheck | 11/15/2019 | 219391 | | Harris BIHC Payroll | X | 12,565.88 |
| Paycheck | 11/29/2019 | 219553 | | Harris BIHC Payroll | X | 12,430.89 |
| Paycheck | 12/13/2019 | 219725 | | Harris BIHC Payroll | X | 12,404.63 |
| Check | 12/20/2019 | dd | | Harris BIHC Payroll | X | 10,000.00 |
| Paycheck | 12/27/2019 | 219879 | | Harris BIHC Payroll | X | 12,404.64 |
| Paycheck | 01/10/2020 | 220029 | VOID: | Harris BIHC Payroll | X | 0.00 |
| Paycheck | 01/17/2020 | 220204 | | Harris BIHC Payroll | X | 11,487.05 |
| Paycheck | 01/24/2020 | 220343 | VOID: | Harris BIHC Payroll | X | 0.00 |
| Check | 05/01/2020 | 220656 | business expe... | Harris BIHC Payroll | X | 13,438.94 |
| Paycheck | 05/01/2020 | 220658 | | Harris BIHC Payroll | X | 11,487.06 |
| Paycheck | 05/15/2020 | 220679 | | Harris BIHC Payroll | X | 2,559.21 |
| Paycheck | 05/29/2020 | 220707 | | Harris BIHC Payroll | X | 2,559.22 |
| Paycheck | 05/29/2020 | 220725 | | Harris BIHC Payroll | X | 1,916.24 |
| Paycheck | 06/12/2020 | 220743 | | Harris BIHC Payroll | X | 2,559.20 |
| Paycheck | 06/26/2020 | 230005 | VOID: | Harris BIHC Payroll 2... | X | 0.00 |
| Paycheck | 06/26/2020 | 230027 | VOID: | Harris BIHC Payroll 2... | X | 0.00 |
| Paycheck | 06/26/2020 | 230053 | Replacement o... | Harris BIHC Payroll 2... | X | 2,559.21 |
| Paycheck | 06/26/2020 | 230075 | Replacement o... | Harris BIHC Payroll 2... | X | 4,929.31 |
| Paycheck | 07/10/2020 | 230080 | | Harris BIHC Payroll 2... | | 2,784.62 |
| Total Collura, Michael | | | | | | 224,672.91 |
| **TOTAL** | | | | | | **224,672.91** |

11:47 AM

07/16/20

**Accrual Basis**

# Bowes In Home Care
## Employee QuickReport
### January 1 through July 16, 2020

| Type | Date | Num | Memo | Account | Clr | Amount |
|------|------|-----|------|---------|-----|--------|
| **Collura, Mimiel S** | | | | | | |
| Paycheck | 05/01/2020 | 220660 | | Harris BIHC Payroll | X | 2,814.46 |
| Paycheck | 05/15/2020 | 220680 | | Harris BIHC Payroll | X | 3,241.11 |
| Paycheck | 05/29/2020 | 220708 | | Harris BIHC Payroll | X | 2,814.46 |
| Paycheck | 05/29/2020 | 220726 | | Harris BIHC Payroll | X | 4,504.37 |
| Paycheck | 06/12/2020 | 220744 | | Harris BIHC Payroll | X | 2,814.47 |
| Paycheck | 06/26/2020 | 230006 | VOID: | Harris BIHC Payroll 2... | X | 0.00 |
| Paycheck | 06/26/2020 | 230028 | VOID: | Harris BIHC Payroll 2... | X | 0.00 |
| Paycheck | 06/26/2020 | 230054 | Replacement o... | Harris BIHC Payroll 2... | | 2,814.46 |
| Paycheck | 06/26/2020 | 230076 | Replacement o... | Harris BIHC Payroll 2... | | 1,028.93 |
| Paycheck | 07/10/2020 | 230081 | | Harris BIHC Payroll 2... | | 2,814.46 |
| Total Collura, Mimiel S | | | | | | 22,846.72 |
| **TOTAL** | | | | | | **22,846.72** |

11:46 AM

07/16/20

# Bowes In Home Care
## Vendor QuickReport
### All Transactions

| Type | Date | Num | Memo | Account | Clr | Amount |
|------|------|-----|------|---------|-----|--------|
| **Collura, Mimiel** | | | | | | |
| Check | 05/01/2020 | 220657 | business expense | Harris BIHC Payroll | X | -18,082.61 |

11:53 AM

07/16/20

Accrual Basis

## Bowes In Home Care
## Employee QuickReport
### July 1, 2019 through July 16, 2020

| Type | Date | Num | Memo | Account | Clr | Amount |
|------|------|-----|------|---------|-----|--------|
| **Romanak, Ryan** | | | | | | |
| Paycheck | 07/12/2019 | 217906 | | Harris BIHC Payroll | X | 9,049.65 |
| Paycheck | 07/26/2019 | 218062 | | Harris BIHC Payroll | X | 9,049.65 |
| Paycheck | 08/09/2019 | 218221 | | Harris BIHC Payroll | X | 9,049.65 |
| Paycheck | 08/23/2019 | 218369 | | Harris BIHC Payroll | X | 7,519.70 |
| Paycheck | 09/06/2019 | 218543 | | Harris BIHC Payroll | X | 7,486.19 |
| Check | 09/19/2019 | 46897 | payroll 9/20/19 error | Harris BIHC Opera... | X | 7,500.00 |
| Paycheck | 10/04/2019 | 219011 | | Harris BIHC Payroll | X | 5,636.42 |
| Paycheck | 10/18/2019 | 219169 | | Harris BIHC Payroll | X | 5,636.41 |
| Paycheck | 11/01/2019 | 219321 | | Harris BIHC Payroll | X | 5,636.41 |
| Paycheck | 11/15/2019 | 219467 | | Harris BIHC Payroll | X | 5,091.83 |
| Paycheck | 11/29/2019 | 219632 | | Harris BIHC Payroll | X | 5,636.41 |
| Paycheck | 12/13/2019 | 219803 | | Harris BIHC Payroll | X | 5,636.41 |
| Paycheck | 12/27/2019 | 219957 | | Harris BIHC Payroll | X | 5,636.43 |
| Paycheck | 01/10/2020 | 220105 | VOID: | Harris BIHC Payroll | X | 0.00 |
| Paycheck | 01/17/2020 | 220281 | | Harris BIHC Payroll | X | 5,249.46 |
| Paycheck | 01/24/2020 | 5345 | Pd. fr FB 1/30; initially processed in BIHC ck# 220414 ; J... | Harris BIHC Payroll | X | 5,249.47 |
| Paycheck | 02/07/2020 | 220561 | | Harris BIHC Payroll | X | 5,249.47 |
| Paycheck | 02/21/2020 | 220611 | | Harris BIHC Payroll | X | 4,680.98 |
| Paycheck | 03/06/2020 | | VOID: per Iris, pay only till 2.7.20 and not 2.12.20.  Final in... | Harris BIHC Payroll | X | 0.00 |
| Total Romanak, Ryan | | | | | | 108,994.54 |
| **TOTAL** | | | | | | **108,994.54** |

**Fill in this information to identify the case:**

Debtor name  **Bowes In-Home Care, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known)

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | U.S. Small Business Administration 500 W. Madison St., Suite 1150 Chicago, IL 60661 | | Payment Protection Loan | | | | $1,582,500.00 |
| 2 | Department of the Treasury Internal Revenue Service Special Procedures Staff - Insolvency PO Box 7346 | | | | $1,648,098.07 | $163,987.64 | $1,484,110.43 |
| 3 | Sauk Valley Bank 201 West 3rd Street Sterling IL 61081 | | UCC Financing Statement | Disputed | $241,150.00 | $0.00 | $241,150.00 |
| 4 | Skifi Capital Partners, Inc. 7 W. 36th St. Floor 9 New York, NY 10018-7158 | | Factoring agreement | Contingent Unliquidated Disputed | $179,800.00 | $0.00 | $179,800.00 |
| 5 | IL Department of Revenue Bankruptcy Unit PO Box 19035 Springfield, IL 62794-9035 | | Taxes | | $155,590.48 | $0.00 | $155,590.48 |

Debtor    **Bowes In-Home Care, Inc.**
Name

Case number (if known) _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 6   U.S. Small Business Administration 500 W. Madison St., Suite 1150 Chicago, IL 60661 | | Economic Injury Disaster Loan | | | | $149,900.00 |
| 7   Xerox Financial Services, LLC 1247 Waukegan Rd. Ste 100 Glenview, IL 60025 | | Lease (equipment) | Disputed | | | $140,746.50 |
| 8   EIN Capital 160 Pearl St. 5th Floor New York, NY 10005 | | Factoring Agreement | Disputed | $108,575.22 | $0.00 | $108,575.22 |
| 9   McGraw Funding LLC 68 S. Service Rd., Suite 100 Melville, NY 11747 | | UCC financing statement | Disputed | $93,220.00 | $0.00 | $93,220.00 |
| 10   PAR Funding 22 N. 3d St. Philadelphia, PA 19106 | | Factoring Agreement | Disputed | $90,617.36 | $0.00 | $90,617.36 |
| 11   BlueVine/Celtic Bank 401 Warren St. #300 Redwood City, CA 94063 | | Factoring Agreement | Disputed | $71,128.08 | $0.00 | $71,128.08 |
| 12   Capital Source 1 North State, Suite 1578 Chicago, IL 60602 | | Factoring Agreement | Disputed | $54,077.50 | $0.00 | $54,077.50 |
| 13   Metrics Evertrust 1 Evertrust Plaza Jersey City, NJ 07302 | | Factoring Agreement | Disputed | $53,936.37 | $0.00 | $53,936.37 |

Debtor    **Bowes In-Home Care, Inc.**                                Case number (if known) _____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 14  Lendini/Funding Metrics 884 Town Center Dr. Langhorne PA 19047-1748 | | UCC Financing Statement | Disputed | $53,936.37 | $0.00 | $53,936.37 |
| 15  IL Department of Employment Security Revenue Collections Enforcement Unit 33 S State Street 10th Floor | | Taxes | | $48,536.98 | $0.00 | $48,536.98 |
| 16  AT&T c/o Bankruptcy 4331 Communication Drive Flr 4W Dallas, TX 75211 | | Trade Debt | | | | $39,500.00 |
| 17  Eaglewood Resort 1401 Nordic road Itasca, IL 60143 | | Trade Debt | | | | $36,337.40 |
| 18  Leaf PO Box 5066 Hartford, CT 06102-5066 | | Lease (Equipment) | Disputed | | | $18,257.61 |
| 19  Medline Industries, Inc. Dept. CH 14400 Palatine IL 60055-4400 | | Late fees | Disputed | | | $8,149.48 |
| 20  Ability Network Inc. Butler Square 100 North 6th Street, Ste 900A Minneapolis, MN 55403 | | Trade Debt | | | | $7,862.24 |

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

IN RE:    **Bowes In-Home Care, Inc.**                              CASE NO

                                                                                              CHAPTER    **11**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

      The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  8/20/2020 _____          Signature  **/s/ Michael A. Collura** _____

                                                                                        **Michael A. Collura**
                                                                                        **President**

Date _____          Signature _____

Abidon, Inc.
5301 E. State St., Suite 215
Rockford, IL 61108


Ability Network Inc.
Butler Square
100 North 6th Street, Ste 900A
Minneapolis, MN 55403


Ability Network, Inc.
17-17 Route 208 N., Suite 340
Fair Lawn, NJ 07410


Aetna
ATTN: Kate Zysk
151 Farmington Ave.
Hartford, CT 06156-9998


Allen Maxwell & Silver, Inc.
Attn: Rosa Diaz
PO Box 540
Fair Lawn NJ 07410


Andrew J. Mertzenich
Prime Law Group, LLC
747 S. Eastwood Drive
Woodstock, IL 60098


AT&T
c/o Bankruptcy
4331 Communication Drive Flr 4W
Dallas, TX 75211


BlueVine/Celtic Bank
401 Warren St. #300
Redwood City, CA 94063


Capital Source
1 North State, Suite 1578
Chicago, IL 60602

```
Complete Business Solution Group
22 N. 3rd Street
Philadelphia, PA 19106


Corporation Service Company
PO Box 2576
Springfield, IL 62708


CT Corporation System
330 N. Brand Blvd., Suite 700
Glendale, CA 91203


Department of the Treasury
Internal Revenue Service
Special Procedures Staff - Insolvency
PO Box 7346
Philadelphia, PA 19101-7346

Eaglewood Resort
1401 Nordic road
Itasca, IL 60143


EIN Capital
160 Pearl St. 5th Floor
New York, NY 10005


FaxLogic, LLC
15950 N. Dallas Parkway
Suite 400
Dallas, TX 75248


First Corporate Solutions
914 State Street
Sacramento CA 95811-0000


Green Capital
53 Mason St.
Greenwich CT 06830
```

IL Department of Employment Security
Benefit Payment Control Division
PO Box 4385
Chicago, IL 60680


IL Department of Employment Security
Revenue Collections Enforcement Unit
33 S State Street 10th Floor
Chicago IL 60603-2802


IL Department of Revenue
Bankruptcy Unit
PO Box 19035
Springfield, IL 62794-9035


Illinois Department of Public Health
122 S. Michgan Ave.
7th and 20th Floors
Chicago, IL 60603


In Home Personal Services Inc.
2230 Point Blvd. Ste 100
Elgin, IL 60123-9202


In Home Personal Services, Inc.
2230 Point Blvd. Ste 100
Elgin, IL 60123


Joseph S. Koval
The Law Offices of Joseph S. Koval
160 Pearl Street, 5th Floor
New York, NY 10015


Leaf
PO Box 5066
Hartford, CT 06102-5066


Lendini/Funding Metrics
884 Town Center Dr.
Langhorne PA 19047-1748

Lendini/Funding Metrics
3220 Tillman Dr. Ste 200
Bensalem PA 19020


Mary Ann Bowes
2000 McDonald Rd. Ste 200
South Elgin, IL 60177-3324


McGraw Funding LLC
68 S. Service Rd., Suite 100
Melville, NY 11747


McGraw Funding LLC
1001 E Main St. Ste G
St. Charles, IL 60174


Medline Industries, Inc.
Dept. CH 14400
Palatine IL 60055-4400


Mesirow Insurance Services
29278 Network Pl
Chicago IL 60673


Metrics Evertrust
1 Evertrust Plaza
Jersey City, NJ 07302


Michael A. Collura
3506 Carlisle Lane
Carpentersville, IL 60110


New York City Marshall
Stephen W. Biegel
109 W. 38th St., Suite 200
New York, NY 10018

PAR Funding
22 N. 3d St.
Philadelphia, PA 19106


Peter Fisk
Collection Representative, AMS
Windham Professionals, Inc.
382 Main St.
Salem, NH 03079

R. Bologna
Internal Revenue Service
Small Business/Self Employment Division
5100 River Road STOP 506
Schiller Park, IL 60176-1058

Ryan Romanak
6135 Stansbury Lane
Crystal Lake, IL 60014


Sauk Valley Bank
201 West 3rd Street
Sterling IL 61081


Scott Wolber
1108 Avenue A
Rock Fall IL 61071


Skifi Capital Partners, Inc.
7 W. 36th St. Floor 9
New York, NY 10018-7158


Standard Financing
40 Wall Street
New York, NY 10005


Steven Zakharyayev
1430 Broadway, Suite 402
New York, NY 10018

```
Trusted Translations
66 West Flagler St.
Miami, FL 33130



U.S. Small Business Administration
500 W. Madison St., Suite 1150
Chicago, IL 60661



UnitedHealthcare
ATTN: Kathleen Nemcheck
2 Allegheny Center, Suite 600
Pittsburgh PA 15212


Xerox Financial Services LLC
c/o David E. Cohen
Fisher Cohen Waldman Shapiro LLP
1247 Waukegan Rd., Ste 100
Glenview, IL 60025

Xerox Financial Services, LLC
1247 Waukegan Rd. Ste 100
Glenview, IL 60025
```

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:                                                    CHAPTER    **11**

**Bowes In-Home Care, Inc.**


DEBTOR(S)                                              CASE NO


## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest<br>Registered |
|---|---|---|---|
| Michael A. Collura<br>3506 Carlisle Ln.<br>Carpentersville, IL 60110 | Common Stock | 100 | 100% |

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____**President**_____ of the _____**S-Corp**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the
best of my information and belief.


Date: __**8/20/2020**_____        Signature: __**/s/ Michael A. Collura**_____
                                                                            **Michael A. Collura**
                                                                            **President**

| Fill in this information to identify the case and this filing: |
|---|

Debtor Name __Bowes In-Home Care, Inc.__

United States Bankruptcy Court for the: __Northern__    District of __Illinois__
(State)

Case number (If known): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☒ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☒ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☒ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☒ *Schedule H: Codebtors (Official Form 206H)*

☒ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐ *Amended Schedule* ____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __08/20/2020__       ✗ _____
MM / DD / YYYY                      Signature of individual signing on behalf of debtor

Michael Collura
Printed name

President
Position or relationship to debtor

## WRITTEN CONSENT OF DIRECTORS OF
## BOWES IN-HOME CARE, INC.

Pursuant to Illinois law, the undersigned, being the director of Bowes In-Home Care, Inc. (the "***Director***"), an Illinois corporation (the "***Company***") hereby agrees to and adopts the following resolutions by written consent:

WHEREAS, the Director of the Company has reviewed the financial records of the Company, has considered the business and financial condition of the Company, and is aware of the assets, liabilities, potential liabilities and liquidity of the Company; and has had the opportunity to consult with the management and advisors of the Company and fully considered all of the strategic alternatives available to the Company; and

WHEREAS, as a result of the Company's current financial situation, it appears that it may be necessary to file a reorganization of the Company under chapter 11 (the "***Bankruptcy***") of title 11 of the United States Code (the "***Bankruptcy Code***") in the United States Bankruptcy Court for the Northern District of Illinois or such other bankruptcy court in which venue may be proper (the "***Bankruptcy Court***").

IT IS THEREFORE, RESOLVED, that the Director has determined in its judgment that it may be desirable and in the best interests of the Company, its creditors, and other interested parties to commence the Bankruptcy;

RESOLVED, that the Director is hereby authorized and empowered to execute and file on behalf of the Company all petitions, schedules, lists, motions, applications, pleadings and other papers or documents as necessary to commence the Bankruptcy, and to take any and all further acts and deeds that they deem necessary, proper, and desirable in connection with the Bankruptcy, with a view to the successful administration of such case;

RESOLVED, that the Director is authorized and empowered to, in the name and on behalf of the Company, to negotiate, make, execute and deliver, either jointly or severally, any and all debtor-in-possession documents related to the reorganization of the Company and/or the restructuring of its assets and liabilities under Chapter 11 of the Bankruptcy Code, and any and all amendments, supplements, modifications, extensions, replacements, agreements, documents, and instruments relating to the foregoing, subject to the requisite Bankruptcy Court approval;

RESOLVED, that the law firm of Clark Hill PLC, and such other law firms as may be employed by the Company with the written approval of the Director, is hereby engaged as general bankruptcy counsel for the Company under general retainer in the Bankruptcy, subject to any requisite Bankruptcy Court approval;

RESOLVED, that the Company with the written approval of the Director, is hereby authorized to retain and employ a financial advisor and such other professionals as it deems necessary, proper or desirable during the course of the Bankruptcy, subject to any requisite Bankruptcy Court approval;

RESOLVED, that any and all actions taken by the Director, or representatives of the Company, for and on behalf of the Company and in the name of the Company, prior to the adoption of these resolutions, including, but not limited to, the negotiation of any documents related to the Sale, are hereby ratified, confirmed, and approved in all respects for all purposes; and

RESOLVED, that in addition to the specific authorizations herein conferred upon the Director, the Director is authorized and empowered, in the name of, and on behalf of, the Company, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including filing fees, in each case as in the Director's judgment shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the foregoing resolutions, subject to any requisite Bankruptcy Court approval.

IN WITNESS WHEREOF, the undersigned Director of the Company hereby evidences its written consent to the foregoing resolutions effective as of this _14th_ day of August 2020.

**BOWES IN-HOME CARE, INC.**

By: _____

Michael Collura
Chairman of the Company

ST. CLAIR CPAS, P.C.
28 S. CENTRE STREET
MERCHANTVILLE, NJ 08109

BOWES IN HOME CARE, INC.
2230 POINT BOULEVARD, SUITE 100
ELGIN, IL  60123
ATTN: MICHAEL COLLURA

926340
04-01-19

**Caution:** Forms printed from within Adobe Acrobat may not meet IRS or state taxing agency specifications. When using Acrobat, select the "Actual Size" in the Adobe "Print" dialog.

CLIENT'S COPY



101 West Elm Street, Suite 500
Conshohocken, Pennsylvania 19428

28 South Centre Street
Merchantville, New Jersey 08109

AUGUST 3, 2020


BOWES IN HOME CARE, INC.
813 TEK DRIVE
CRYSTAL LAKE, IL  60014
ATTN: MICHAEL COLLURA

DEAR MICHAEL:

ENCLOSED ARE YOUR 2019 S CORPORATION TAX RETURNS, AS
FOLLOWS...

2019 U.S. INCOME TAX RETURN FOR AN S CORPORATION

2019 ILLINOIS S CORPORATION INCOME TAX RETURN

WE SINCERELY APPRECIATE THIS OPPORTUNITY TO SERVE YOU.  IF
YOU HAVE ANY QUESTIONS REGARDING THE RETURNS, PLEASE DO NOT
HESITATE TO CALL.

YOUR COPY SHOULD BE RETAINED FOR YOUR FILES.


VERY TRULY YOURS,



COLLEEN E. LEVIN, CPA

# 2019 TAX RETURN FILING INSTRUCTIONS

U.S. INCOME TAX RETURN FOR AN S CORPORATION

### FOR THE YEAR ENDING
DECEMBER 31, 2019

| | |
|---|---|
| **Prepared for** | BOWES IN HOME CARE, INC.<br>2230 POINT BOULEVARD, SUITE 100<br>ELGIN, IL  60123 |
| **Prepared by** | ST. CLAIR CPAS, P.C.<br>28 S. CENTRE STREET<br>MERCHANTVILLE, NJ 08109 |
| **To be signed and dated by** | THE APPROPRIATE CORPORATE OFFICER(S). |
| **Amount of tax** | Total tax                        $                 0<br>Less: payments and credits        $                 0<br>Plus: other amount                $                 0<br>Plus: interest and penalties      $                 0<br>NO PMT REQUIRED $ |
| **Overpayment** | Credited to your estimated tax   $                 0<br>Other amount                      $                 0<br>Refunded to you                   $                 0 |
| **Make check payable to** | NOT APPLICABLE |
| **Mail tax return and check (if applicable) to** | THIS RETURN HAS BEEN PREPARED FOR ELECTRONIC FILING.  TO HAVE IT TRANSMITTED ELECTRONICALLY TO THE IRS, PLEASE SIGN, DATE, AND RETURN FORM 8879-S TO OUR OFFICE.  WE WILL THEN SUBMIT YOUR ELECTRONIC RETURN. |
| **Return must be mailed on or before** | RETURN FEDERAL FORM 8879-S TO US BY SEPTEMBER 15, 2020. |
| **Special Instructions** | ENCLOSED ARE COPIES OF SCHEDULE K-1 TO BE DISTRIBUTED TO THE SHAREHOLDERS. |

Form **8879-S**

Department of the Treasury
Internal Revenue Service

## IRS e-file Signature Authorization for Form 1120-S

► ERO must obtain and retain completed Form 8879-S.
► Go to www.irs.gov/Form8879S for the latest information.

For calendar year 2019, or tax year beginning _____, 2019, and ending _____, 20____

OMB No. 1545-0123

**2019**

| Name of corporation | Employer identification number |
|---|---|
| BOWES IN HOME CARE, INC. | 20-0777098 |

| Part I | Tax Return Information (Whole dollars only) | | |
|---|---|---|---|
| 1 | Gross receipts or sales less returns and allowances (Form 1120-S, line 1c) | 1 | 11,736,586. |
| 2 | Gross profit (Form 1120-S, line 3) | 2 | 10,233,645. |
| 3 | Ordinary business income (loss) (Form 1120-S, line 21) | 3 | -825,644. |
| 4 | Net rental real estate income (loss) (Form 1120-S, Schedule K, line 2) | 4 | |
| 5 | Income (loss) reconciliation (Form 1120-S, Schedule K, line 18) | 5 | -842,961. |

| Part II | Declaration and Signature Authorization of Officer (Be sure to get a copy of the corporation's return) |
|---|---|

Under penalties of perjury, I declare that I am an officer of the above corporation and that I have examined a copy of the corporation's 2019 electronic income tax return and accompanying schedules and statements and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the corporation's electronic income tax return. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** the reason for any delay in processing the return or refund, and **(c)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537** no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the corporation's electronic income tax return and, if applicable, the corporation's consent to electronic funds withdrawal.

**Officer's PIN: check one box only**

[X] I authorize ST. CLAIR CPAS, P.C. to enter my PIN 08109

ERO firm name        Don't enter all zeros

as my signature on the corporation's 2019 electronically filed income tax return.

[ ] As an officer of the corporation, I will enter my PIN as my signature on the corporation's 2019 electronically filed income tax return.

Officer's signature ►      Date ►      Title ► PRESIDENT

| Part III | Certification and Authentication |
|---|---|

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN.    22679208109

Don't enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the 2019 electronically filed income tax return for the corporation indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub. 3112,** IRS *e-file* Application and Participation, and **Pub. 4163,** Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature ►      Date ► 08/03/20

## ERO Must Retain This Form - See Instructions
## Don't Submit This Form to the IRS Unless Requested To Do So

**For Paperwork Reduction Act Notice, see instructions.**

LHA

Form **8879-S** (2019)

910201 01-14-20

# 8879-SO

## State-Only e-file Signature Authorization

▶ **Do not send to the Taxing Authority. This is not a tax return.**
▶ **Keep this form for your records.**

# 2019

| Taxpayer name | FEIN |
|---|---|
| BOWES IN HOME CARE, INC. | 20 0777098 |

## Part I    Electronically Filed States

ILLINOIS

## Part II    Declaration and Signature Authorization (Be sure you get and keep a copy of your return)

Under penalties of perjury, I declare that I have examined a copy of my electronic income tax return and accompanying schedules and statements for tax year 2019, and to the best of my knowledge and belief, it is true, correct, and complete. I consent to allow my intermediate service provider, transmitter, or electronic return originator (ERO) to send my return to the taxing authority and to receive from the taxing authority **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** the reason for any delay in processing the return or refund, and **(c)** the date of any refund. If applicable, I authorize the taxing authority and its designated Financial Agent to initiate an ACH electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of my state taxes owed on this return and/or a payment of estimated tax, and the financial institution to debit the entry to this account. I further understand that this also authorizes the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I further acknowledge that the personal identification number (PIN) below is my signature for my electronic income tax return and, if applicable, my Electronic Funds Withdrawal Consent.

**Taxpayer's PIN: check one box only**

[X] I authorize ST. CLAIR CPAS, P.C. to enter or generate my PIN 08109
ERO firm name
Enter five numbers, but
do not enter all zeros
as my signature on my tax year 2019 electronically filed income tax return.

[ ] I will enter my PIN as my signature on my tax year 2019 electronically filed income tax return. Check this box **only** if you are entering your own PIN **and** your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Your signature ▶ _____      Date ▶ _____

Title ▶ PRESIDENT

## Part III    Certification and Authentication

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN.   22679208109
do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature for the tax year 2019 electronically filed income tax return for the taxpayer indicated above.

ERO's signature ▶ _____      Date ▶ 08/03/2020

## ERO Must Retain This Form
## Do Not Submit This Form to the Taxing Authority

919875  04-01-19

Form **1120-S**

**U.S. Income Tax Return for an S Corporation**

OMB No. 1545-0123

Department of the Treasury
Internal Revenue Service

▶ Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.
▶ Go to www.irs.gov/Form1120S for instructions and the latest information.

**EXTENSION GRANTED TO 09/15/20**

**2019**

For calendar year 2019 or tax year beginning _____, ending _____

| | | |
|---|---|---|
| **A** S election effective date<br>01/27/2004 | Name<br>**BOWES IN HOME CARE, INC.** | **D** Employer identification number<br>20-0777098 |
| **B** Business activity<br>code number<br>(see instructions)<br>621610 | Number, street, and room or suite no. If a P.O. box, see instructions.<br>**2230 POINT BOULEVARD, SUITE 100** | **E** Date incorporated<br>01/27/2004 |
| **C** Check if Sch. M-3<br>attached ☐ | City or town, state or province, country, and ZIP or foreign postal code<br>**ELGIN, IL  60123** | **F** Total assets (see instructions)<br>$  560,986. |

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No   If "Yes," attach Form 2553 if not already filed

**H** Check if: **(1)** ☐ Final return **(2)** ☐ Name change **(3)** ☒ Address change **(4)** ☐ Amended return **(5)** ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year ▶ **2**

**J** Check if corporation: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| | | | | |
|---|---|---|---|---|
| **Income** | **1 a** Gross receipts or sales | 11,736,586. | **b** Return and allowances | **c** Bal. Subtract line 1b from line 1a |
| | **1c** | | | 11,736,586. |
| | **2** Cost of goods sold (attach Form 1125-A) | | **2** | 1,502,941. |
| | **3** Gross profit. Subtract line 2 from line 1c | | **3** | 10,233,645. |
| | **4** Net gain (loss) from Form 4797, line 17 (attach Form 4797) | | **4** | |
| | **5** Other income (loss) (attach statement) | | **5** | |
| | **6** **Total income (loss).** Add lines 3 through 5 | | **6** | 10,233,645. |
| **Deductions (See instructions for limitations)** | **7** Compensation of officers (see instrs. - attach Form 1125-E) | | **7** | 519,730. |
| | **8** Salaries and wages (less employment credits) | | **8** | 7,342,368. |
| | **9** Repairs and maintenance | | **9** | |
| | **10** Bad debts | | **10** | |
| | **11** Rents | | **11** | 366,076. |
| | **12** Taxes and licenses          STATEMENT 1 | | **12** | 635,569. |
| | **13** Interest (see instructions) | | **13** | 297,441. |
| | **14** Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | | **14** | 6,971. |
| | **15** Depletion (**Do not deduct oil and gas depletion.**) | | **15** | |
| | **16** Advertising | | **16** | 130,554. |
| | **17** Pension, profit-sharing, etc., plans | | **17** | |
| | **18** Employee benefit programs | | **18** | 666,931. |
| | **19** Other deductions (attach statement)     STATEMENT 2 | | **19** | 1,093,649. |
| | **20** **Total deductions.** Add lines 7 through 19 ▶ | | **20** | 11,059,289. |
| | **21** Ordinary business income (loss). Subtract line 20 from line 6 | | **21** | -825,644. |

| | | | | |
|---|---|---|---|---|
| **Tax and Payments** | **22 a** Excess net passive income or LIFO recapture tax (see instructions) | **22a** | | |
| | **b** Tax from Schedule D (Form 1120-S) | **22b** | | |
| | **c** Add lines 22a and 22b | | **22c** | |
| | **23 a** 2019 estimated tax payments and 2018 overpayment credited to 2019 | **23a** | | |
| | **b** Tax deposited with Form 7004 | **23b** | | |
| | **c** Credit for federal tax paid on fuels (attach Form 4136) | **23c** | | |
| | **d** Reserved for future use | **23d** | | |
| | **e** Add lines 23a through 23d | | **23e** | |
| | **24** Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | | **24** | |
| | **25** **Amount owed.** If line 23e is smaller than the total of lines 22c and 24, enter amount owed | | **25** | |
| | **26** **Overpayment.** If line 23e is larger than the total of lines 22c and 24, enter amount overpaid | | **26** | |
| | **27** Enter amount from line 26: Credited to 2020 estimated tax _____ Refunded ▶ | | **27** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer          Date          Title ▶ **PRESIDENT**

May the IRS discuss this return with the preparer shown below? See instr.
☒ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check if self-employed | PTIN |
|---|---|---|---|---|
| COLLEEN E. LEVIN, CPA | COLLEEN E. LEVIN, CPA | 08/03/20 | ☐ | P00998554 |

Firm's name ▶ **ST. CLAIR CPAS, P.C.**     Firm's EIN ▶ 23-2653765

Firm's address ▶ 28 S. CENTRE STREET
MERCHANTVILLE, NJ 08109     Phone no. (856) 482-5600

LHA   **For Paperwork Reduction Act Notice, see separate instructions.**     911701  12-30-19     Form **1120-S** (2019)

Form 1120-S (2019)   **BOWES IN HOME CARE, INC.**   20-0777098   Page **2**

| Schedule B | Other Information (see instructions) | Yes | No |
|---|---|---|---|

**1** Check accounting method: **a** ☒ Cash **b** ☐ Accrual **c** ☐ Other (specify) ▶

**2** See the instructions and enter the:

**a** Business activity ▶ HEALTH SERVICES   **b** Product or service ▶ HOME HEALTH CARE

**3** At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation ......... | | X

**4** At the end of the tax year, did the corporation:

**a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if any) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

**5a** At the end of the tax year, did the corporation have any outstanding shares of restricted stock? ......... | | X

If "Yes," complete lines (i) and (ii) below.

(i) Total shares of restricted stock ▶

(ii) Total shares of non-restricted stock ▶

**b** At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? ......... | | X

If "Yes," complete lines (i) and (ii) below.

(i) Total shares of stock outstanding at the end of the tax year ▶

(ii) Total shares of stock outstanding if all instruments were executed ▶

**6** Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide info. on any reportable transaction? ... | | X

**7** Check this box if the corporation issued publicly offered debt instruments with original issue discount ......... ▶ ☐

If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments.

**8** If the corporation **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years ......... ▶ $

**9** Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | X

**10** Does the corporation satisfy one or more of the following? See instructions | | X

**a** The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense.

**b** The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the corporation has business interest expense.

**c** The corporation is a tax shelter and the corporation has business interest expense.

If "Yes," complete and attach Form 8990.

**11** Does the corporation satisfy **both** of the following conditions? | | X

**a** The corporation's total receipts (see instructions) for the tax year were less than $250,000.

**b** The corporation's total assets at the end of the tax year were less than $250,000.

If "Yes," the corporation is not required to complete Schedules L and M-1.

911711  12-30-19

2

Form **1120-S** (2019)

Form 1120-S (2019)  **BOWES IN HOME CARE, INC.**  20-0777098  Page **3**

| Schedule B | Other Information (see instructions) (continued) | | Yes | No |
|---|---|---|---|---|
| **12** | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | | X |
| | If "Yes," enter the amount of principal reduction ▶ $ | | | |
| **13** | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions | | | X |
| **14a** | Did the corporation make any payments in 2019 that would require it to file Form(s) 1099? | | X | |
| **b** | If "Yes," did the corporation file or will it file required Form(s) 1099? | | X | |
| **15** | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? | | | X |
| | If "Yes," enter the amount from Form 8996, line 14 ▶ $ | | | |

| Schedule K | Shareholders' Pro Rata Share Items | | Total amount |
|---|---|---|---|
| | **1** Ordinary business income (loss) (page 1, line 21) | **1** | -825,644. |
| | **2** Net rental real estate income (loss) (attach Form 8825) | **2** | |
| | **3a** Other gross rental income (loss) | **3a** | |
| | **b** Expenses from other rental activities (attach statement) | **3b** | |
| | **c** Other net rental income (loss). Subtract line 3b from line 3a | **3c** | |
| **Income (Loss)** | **4** Interest income                STATEMENT 3 | **4** | 36. |
| | **5** Dividends: **a** Ordinary dividends | **5a** | |
| | **b** Qualified dividends | **5b** | |
| | **6** Royalties | **6** | |
| | **7** Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) | **7** | |
| | **8a** Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) | **8a** | |
| | **b** Collectibles (28%) gain (loss) | **8b** | |
| | **c** Unrecaptured section 1250 gain (attach statement) | **8c** | |
| | **9** Net section 1231 gain (loss) (attach Form 4797) | **9** | |
| | **10** Other income (loss) (see instructions) … Type ▶ | **10** | |
| **Deductions** | **11** Section 179 deduction (attach Form 4562) | **11** | |
| | **12a** Charitable contributions                STATEMENT 4 | **12a** | 500. |
| | **b** Investment interest expense | **12b** | |
| | **c** Section 59(e)(2) expenditures (1) Type ▶ (2) Amount ▶ | **12c(2)** | |
| | **d** Other deductions (see instructions) Type ▶ SHAREHOLDER'S HEALTH INSURANCE | **12d** | 16,853. |
| **Credits** | **13a** Low-income housing credit (section 42(j)(5)) | **13a** | |
| | **b** Low-income housing credit (other) | **13b** | |
| | **c** Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | **13c** | |
| | **d** Other rental real estate credits (see instructions) Type ▶ | **13d** | |
| | **e** Other rental credits (see instructions) Type ▶ | **13e** | |
| | **f** Biofuel producer credit (attach Form 6478) | **13f** | |
| | **g** Other credits (see instructions) Type ▶ | **13g** | |
| **Foreign Transactions** | **14a** Name of country or U.S. possession ▶ | | |
| | **b** Gross income from all sources | **14b** | |
| | **c** Gross income sourced at shareholder level | **14c** | |
| | Foreign gross income sourced at corporate level | | |
| | **d** Reserved for future use | **14d** | |
| | **e** Foreign branch category | **14e** | |
| | **f** Passive category | **14f** | |
| | **g** General category | **14g** | |
| | **h** Other (attach statement ) | **14h** | |
| | Deductions allocated and apportioned at shareholder level | | |
| | **i** Interest expense | **14i** | |
| | **j** Other | **14j** | |
| | Deductions allocated and apportioned at corporate level to foreign source income | | |
| | **k** Reserved for future use | **14k** | |
| | **l** Foreign branch category | **14l** | |
| | **m** Passive category | **14m** | |
| | **n** General category | **14n** | |
| | **o** Other (attach statement) | **14o** | |
| | Other information | | |
| | **p** Total foreign taxes (check one): ☐ Paid ☐ Accrued ▶ | **14p** | |
| | **q** Reduction in taxes available for credit (attach statement) | **14q** | |
| | **r** Other foreign tax information (attach statement) | | |

911721  12-30-19

Form **1120-S** (2019)

Form 1120S (2019)    **BOWES IN HOME CARE, INC.**    20-0777098    Page **4**

## Schedule K — Shareholders' Pro Rata Share Items *(continued)*

| | | Total amount |
|---|---|---|
| **Alternative Minimum Tax (AMT) Items** | **15a** Post-1986 depreciation adjustment | |
| | **15a** | 7. |
| | **b** Adjusted gain or loss — **15b** | |
| | **c** Depletion (other than oil and gas) — **15c** | |
| | **d** Oil, gas, and geothermal properties - gross income — **15d** | |
| | **e** Oil, gas, and geothermal properties - deductions — **15e** | |
| | **f** Other AMT items (attach statement) — **15f** | |
| **Items Affecting Shareholder Basis** | **16a** Tax-exempt interest income — **16a** | |
| | **b** Other tax-exempt income — **16b** | |
| | **c** Nondeductible expenses    STATEMENT 10 — **16c** | 135. |
| | **d** Distributions (attach statement if required)    STATEMENT 11 — **16d** | 80,000. |
| | **e** Repayment of loans from shareholders — **16e** | |
| **Other Information** | **17a** Investment income — **17a** | 36. |
| | **b** Investment expenses — **17b** | |
| | **c** Dividend distributions paid from accumulated earnings and profits — **17c** | |
| | **d** Other items and amounts (att. stmt.)    STATEMENT 5 | |
| **Reconciliation** | **18 Income (loss) reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14p — **18** | -842,961. |

## Schedule L — Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| **1** Cash | | | | |
| **2 a** Trade notes and accounts receivable | | | | |
| **b** Less allowance for bad debts | ( ) | | ( ) | |
| **3** Inventories | | | | |
| **4** U.S. government obligations | | | | |
| **5** Tax-exempt securities | | | | |
| **6** Other current assets (att. stmt.) | STATEMENT 6 | 1,399,247. | | 0. |
| **7** Loans to shareholders | | 148,477. | | 537,575. |
| **8** Mortgage and real estate loans | | | | |
| **9** Other investments (att. stmt.) | | | | |
| **10 a** Buildings and other depreciable assets | 413,689. | | 413,689. | |
| **b** Less accumulated depreciation | ( 384,087.) | 29,602. | ( 391,058.) | 22,631. |
| **11 a** Depletable assets | | | | |
| **b** Less accumulated depletion | ( ) | | ( ) | |
| **12** Land (net of any amortization) | | | | |
| **13 a** Intangible assets (amortizable only) | 7,015. | | 7,015. | |
| **b** Less accumulated amortization | ( 7,015.) | 0. | ( 7,015.) | 0. |
| **14** Other assets (att. stmt.) | STATEMENT 7 | 780. | | 780. |
| **15** Total assets | | 1,578,106. | | 560,986. |
| **Liabilities and Shareholders' Equity** | | | | |
| **16** Accounts payable | | | | |
| **17** Mortgages, notes, bonds payable in less than 1 year | | | | |
| **18** Other current liabilities (att. stmt.) | STATEMENT 8 | 1,494,081. | | 694,485. |
| **19** Loans from shareholders | | | | |
| **20** Mortgages, notes, bonds payable in 1 year or more | | | | 709,260. |
| **21** Other liabilities (att. stmt.) | | | | |
| **22** Capital stock | | 1,000. | | 1,000. |
| **23** Additional paid-in capital | | | | |
| **24** Retained earnings | STATEMENT 9 | 83,025. | | -843,759. |
| **25** Adjustments to shareholders' equity (att. stmt.) | | | | |
| **26** Less cost of treasury stock | | ( ) | | ( ) |
| **27** Total liabilities and shareholders' equity | | 1,578,106. | | 560,986. |

Form **1120-S** (2019)

911731
12-30-19

Form 1120-S (2019)      BOWES IN HOME CARE, INC.                                    20-0777098      Page **5**

| **Schedule M-1** | **Reconciliation of Income (Loss) per Books With Income (Loss) per Return** |
|---|---|

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| **1** Net income (loss) per books | | -846,784. | **5** Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | | |
| **2** Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | | **a** Tax-exempt interest  $ | | |
| **3** Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 14p (itemize): | | | **6** Deductions included on Schedule K, lines 1 through 12 and 14p, not charged against book income this year (itemize): | | |
| **a** Depreciation  $ | | | **a** Depreciation  $ | | |
| **b** Travel and entertainment $ | 135. | | | | |
| STMT 12 | 3,688. | 3,823. | **7** Add lines 5 and 6 | | |
| **4** Add lines 1 through 3 | | -842,961. | **8** Income (loss) (Schedule K, line 18). Subtract line 7 from line 4 | | -842,961. |

| **Schedule M-2** | **Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account** (see instrs.) |
|---|---|

| | **(a)** Accumulated adjustments account | **(b)** Shareholders' undistributed taxable income previously taxed | **(c)** Accumulated earnings and profits | **(d)** Other adjustments account |
|---|---|---|---|---|
| **1** Balance at beginning of tax year | 83,025. | | | |
| **2** Ordinary income from page 1, line 21 | | | | |
| **3** Other additions       STATEMENT 13 | 36. | | | |
| **4** Loss from page 1, line 21 | ( 825,644. ) | | | |
| **5** Other reductions    STATEMENT 14 | ( 21,176. ) | | | ( ) |
| **6** Combine lines 1 through 5 | -763,759. | | | |
| **7** Distributions | 80,000. | | | |
| **8** Balance at end of tax year. Subtract line 7 from line 6 | -843,759. | | | |

Form **1120-S** (2019)

Form **1125-A**

(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

# Cost of Goods Sold

▶ **Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.**

▶ **Go to www.irs.gov/Form1125A for the latest information.**

OMB No. 1545-0123

| Name | Employer Identification number |
|---|---|
| BOWES IN HOME CARE, INC. | 20-0777098 |

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases | 2 | |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule)                   SEE STATEMENT 15 | 5 | 1,502,941. |
| 6 | **Total.** Add lines 1 through 5 | 6 | 1,502,941. |
| 7 | Inventory at end of year | 7 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | 1,502,941. |

**9 a** Check all methods used for valuing closing inventory:

    (i) ☐ Cost

    (ii) ☐ Lower of cost or market

    (iii) ☐ Other (Specify method used and attach explanation) ▶ _____

  **b** Check if there was a writedown of subnormal goods ............................................................. ▶ ☐

  **c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ............. ▶ ☐

  **d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO | **9d** |

  **e** If property is produced or acquired for resale, do the rules of Section 263A apply to the entity? See instructions ............. ☐ Yes ☒ No

  **f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ............. ☐ Yes ☒ No

If "Yes," attach explanation.

---

For Paperwork Reduction Act Notice, see separate instructions.

Form **1125-A** (Rev. 11-2018)

924441
04-01-19    LHA

Form **1125-E**

(Rev. October 2016)

Department of the Treasury
Internal Revenue Service

# Compensation of Officers

▶ Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.

▶ Information about Form 1125-E and its separate instructions is at www.irs.gov/form1125e.

OMB No. 1545-0123

Name

BOWES IN HOME CARE, INC.

Employer Identification number

20-0777098

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| 1 MICHAEL A. COLLURA | 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 | 100% | | | 250,832. |
| RYAN ROMANAK | 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 | 100% | | | 268,898. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | | |
|---|---|---|---|
| **2** Total compensation of officers .............................................................................. | **2** | | 519,730. |
| **3** Compensation of officers claimed on Form 1125-A or elsewhere on return ................................ | **3** | | |
| **4** Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return .................................................................. | **4** | | 519,730. |

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **1125-E** (Rev. 10-2016)

924451 04-01-19    LHA

Form **4562**

Department of the Treasury
Internal Revenue Service   (99)

# Depreciation and Amortization
## (Including Information on Listed Property)   OTHER

▶ Attach to your tax return.

▶ Go to www.irs.gov/Form4562 for instructions and the latest information.

OMB No. 1545-0172

**2019**

Attachment
Sequence No. **179**

Name(s) shown on return: **BOWES IN HOME CARE, INC.**

Business or activity to which this form relates: **OTHER DEPRECIATION**

Identifying number: **20-0777098**

**Part I** | Election To Expense Certain Property Under Section 179 **Note:** If you have any listed property, complete Part V before you complete Part I.

| | | |
|---|---|---|
| 1 | Maximum amount (see instructions) | **1** | |
| 2 | Total cost of section 179 property placed in service (see instructions) | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation | **3** | |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | **7** | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2018 Form 4562 | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | **12** | |
| 13 | Carryover of disallowed deduction to 2020. Add lines 9 and 10, less line 12 ▶ | **13** | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

**Part II** | Special Depreciation Allowance and Other Depreciation (Don't include listed property.)

| | | |
|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year | **14** | |
| 15 | Property subject to section 168(f)(1) election | **15** | |
| 16 | Other depreciation (including ACRS) | **16** | |

**Part III** | MACRS Depreciation (Don't include listed property. See instructions.)

### Section A

| | | |
|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2019 | **17** | 3,021. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | | |

### Section B - Assets Placed in Service During 2019 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a   3-year property | | | | | | |
| b   5-year property | | | | | | |
| c   7-year property | | | | | | |
| d   10-year property | | | | | | |
| e   15-year property | | | | | | |
| f   20-year property | | | | | | |
| g   25-year property | | | 25 yrs. | | S/L | |
| h   Residential rental property | / | | 27.5 yrs. | MM | S/L | |
| | / | | 27.5 yrs. | MM | S/L | |
| i   Nonresidential real property | / | | 39 yrs. | MM | S/L | |
| | / | | | MM | S/L | |

### Section C - Assets Placed in Service During 2019 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a   Class life | | | | | S/L | |
| b   12-year | | | 12 yrs. | | S/L | |
| c   30-year | / | | 30 yrs. | MM | S/L | |
| d   40-year | / | | 40 yrs. | MM | S/L | |

**Part IV** | Summary (See instructions.)

| | | |
|---|---|---|
| 21 | Listed property. Enter amount from line 28 | **21** | 3,950. |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. | **22** | 6,971. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** | |

916251  12-12-19   LHA   **For Paperwork Reduction Act Notice, see separate instructions.**

Form **4562** (2019)

Form 4562 (2019)   BOWES IN HOME CARE, INC.                    20-0777098  Page **2**

**Part V** | Listed Property (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A - Depreciation and Other Information (Caution:** See the instructions for limits for passenger automobiles.)

24a Do you have evidence to support the business/investment use claimed?  [X] Yes [ ] No  24b If "Yes," is the evidence written? [X] Yes [ ] No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use | | | | | 25 | | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| SEE STATEMENT 16 | | % | | | | | 3,950. | |
| | : : | % | | | | | | |
| | : : | % | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | : : | % | | | | S/L - | | |
| | : : | % | | | | S/L - | | |
| | : : | % | | | | S/L - | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 | | | | | | 28 | 3,950. | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 | | | | | | | 29 | |

**Section B - Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle | | (b) Vehicle | | (c) Vehicle | | (d) Vehicle | | (e) Vehicle | | (f) Vehicle | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**don't** include commuting miles) | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| 34 Was the vehicle available for personal use during off-duty hours? | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons.

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 39 Do you treat all use of vehicles by employees as personal use? | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? | | |
| **Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles. | | |

**Part VI** | Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2019 tax year: | | | | | |
| | : : | | | | |
| | : : | | | | |
| 43 Amortization of costs that began before your 2019 tax year | | | | 43 | |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report | | | | 44 | |

916252  12-12-19                                                              Form **4562** (2019)

**2019 DEPRECIATION AND AMORTIZATION REPORT**

OTHER DEPRECIATION                                                          OTHER

| Asset No. | Description | Date Acquired | Method | Life | C o n v | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | * Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | FURNITURE | 07/01/14 | 200DB | 7.00 | HY | 17 | 7,000. | | | 3,500. | 3,500. | 3,500. | | 0. | 3,500. |
| 1 | FURNITURE | 01/01/12 | 200DB | 7.00 | HY | 17 | 620. | | | | 620. | 575. | | 45. | 620. |
| 3 | FURNITURE | 07/01/15 | 200DB | 7.00 | HY | 17 | 12,233. | | 12,233. | | | | | 0. | |
| 4 | FURNITURE | 01/01/11 | 200DB | 7.00 | HY | 17 | 60,045. | | | 60,045. | | | | 0. | |
| 5 | FURNITURE | 03/01/16 | 200DB | 7.00 | HY | 17 | 3,864. | | | 1,932. | 1,932. | 1,087. | | 241. | 1,328. |
| | * OTHER TOTAL - | | | | | | 83,762. | | 12,233. | 65,477. | 6,052. | 5,162. | | 286. | 5,448. |
| 6 | EQUIPMENT | 01/01/12 | 200DB | 5.00 | HY | 17 | 37,546. | | | 18,773. | 18,773. | 18,773. | | 0. | 18,773. |
| 7 | EQUIPMENT | 01/01/13 | 200DB | 5.00 | HY | 17 | 15,934. | | | 7,967. | 7,967. | 7,967. | | 0. | 7,967. |
| 8 | EQUIPMENT | 07/01/14 | 200DB | 5.00 | HY | 17 | 22,185. | | | 11,093. | 11,092. | 11,092. | | 0. | 11,092. |
| 9 | COMPUTERS | 07/01/14 | 200DB | 5.00 | HY | 17 | 1,790. | | | 895. | 895. | 895. | | 0. | 895. |
| 10 | EQUIPMENT AND COMPUTERS | 01/01/11 | 200DB | 5.00 | HY | 17 | 100,974. | | | 100,974. | | | | 0. | |
| 11 | OFFICE EQUIPMENT | 03/28/16 | 200DB | 5.00 | HY | 17 | 953. | | | 477. | 476. | 339. | | 55. | 394. |
| 12 | OFFICE EQUIPMENT | 07/01/16 | 200DB | 5.00 | HY | 17 | 1,411. | | | 705. | 706. | 502. | | 82. | 584. |
| 13 | MEDICAL AND EXERCISE EQUIPMENT | 07/15/16 | 200DB | 7.00 | HY | 17 | 12,658. | | | 6,329. | 6,329. | 3,561. | | 791. | 4,352. |
| 14 | OFFICE EQUIPMENT AND FURNITURE | 07/01/15 | 200DB | 5.00 | HY | 17 | 12,945. | | 12,945. | | | | | 0. | |
| 15 | OFFICE EQUIPMENT | 07/15/18 | 200DB | 5.00 | HY | 17 | 15,293. | | | 15,293. | | | | 0. | |
| | * OTHER TOTAL - | | | | | | 221,689. | | 12,945. | 162,506. | 46,238. | 43,129. | | 928. | 44,057. |
| 16 | LEASEHOLD IMPROVEMENTS | 01/01/11 | 150DB | 15.00 | HY | 17 | 3,888. | | | 3,888. | | | | 0. | |

928111 04-01-19

(D) - Asset disposed                    * ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

**2019 DEPRECIATION AND AMORTIZATION REPORT**

OTHER DEPRECIATION                                                                OTHER

| Asset No. | Description | Date Acquired | Method | Life | Conv | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | * Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 | LEASEHOLD IMPROVEMENTS | 07/15/16 | 150DB | 15.00 | HY | 17 | 46,967. | | | 23,484. | 23,483. | 5,412. | | 1,807. | 7,219. |
| | * OTHER TOTAL – | | | | | | 50,855. | | | 27,372. | 23,483. | 5,412. | | 1,807. | 7,219. |
| 18 | 2013 FORD CARGO VAN | 08/28/13 | 200DB | 5.00 | HY | 21 | 28,807. | | | 11,360. | 17,447. | 13,584. | | 1,975. | 15,559. |
| 19 | 2013 FORD CARGO VAN | 09/30/13 | 200DB | 5.00 | HY | 21 | 28,577. | | | 11,360. | 17,217. | 13,547. | | 1,975. | 15,522. |
| | * OTHER TOTAL – | | | | | | 57,384. | | | 22,720. | 34,664. | 27,131. | | 3,950. | 31,081. |
| | * GRAND TOTAL OTHER DEPRECIATION | | | | | | 413,690. | | 25,178. | 278,075. | 110,437. | 80,834. | | 6,971. | 87,805. |

928111 04-01-19                                    (D) · Asset disposed                    * ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

9.2

SECTION 1.263(A)-1(F) DE MINIMIS SAFE HARBOR ELECTION

BOWES IN HOME CARE, INC.
2230 POINT BOULEVARD, SUITE 100
ELGIN, IL  60123

EMPLOYER IDENTIFICATION NUMBER:  20-0777098

FOR THE YEAR ENDING DECEMBER 31, 2019

BOWES IN HOME CARE, INC. IS MAKING THE DE MINIMIS SAFE HARBOR
ELECTION UNDER REG. SEC. 1.263(A)-1(F).

| FORM 1120S | TAXES AND LICENSES | STATEMENT | 1 |

| DESCRIPTION | AMOUNT |
|---|---|
| PAYROLL TAXES | 635,569. |
| TOTAL TO FORM 1120S, PAGE 1, LINE 12 | 635,569. |

| FORM 1120S | OTHER DEDUCTIONS | STATEMENT | 2 |

| DESCRIPTION | AMOUNT |
|---|---|
| AUTOMOBILE | 364,991. |
| BANK AND CREDIT CARD CHARGES | 12,144. |
| COMPUTER AND INTERNET | 76,699. |
| DUES AND SUBSCRIPTIONS | 72,952. |
| INSURANCE | 76,736. |
| LICENSES AND PERMITS | 255. |
| MEALS | 136. |
| OFFICE | 107,842. |
| PROFESSIONAL FEES | 240,342. |
| TELEPHONE | 116,537. |
| TRAINING | 8,728. |
| TRAVEL | 1,180. |
| UTILITIES | 15,107. |
| TOTAL TO FORM 1120S, PAGE 1, LINE 19 | 1,093,649. |

| SCHEDULE K | INTEREST INCOME | STATEMENT | 3 |

| DESCRIPTION | AMOUNT |
|---|---|
| INTEREST | 36. |
| TOTAL TO SCHEDULE K, LINE 4 | 36. |

| SCHEDULE K | | CHARITABLE CONTRIBUTIONS | | STATEMENT   4 |
|---|---|---|---|---|
| DESCRIPTION | NO LIMIT | 50%, 60% OR 100% LIMIT | 30% LIMIT | 20% LIMIT |
| CONTRIBUTIONS | | 500. | | |
| TOTALS TO SCHEDULE K, LINE 12A | | 500. | | |

| SCHEDULE K | OTHER ITEMS, LINE 17D | STATEMENT   5 |
|---|---|---|
| DESCRIPTION | | AMOUNT |
| SECTION 199A - ORDINARY INCOME (LOSS) | | -825,644. |
| SECTION 199A - W-2 WAGES | | 7,862,098. |
| SECTION 199A - UNADJUSTED BASIS OF ASSETS | | 413,690. |

| SCHEDULE L | OTHER CURRENT ASSETS | STATEMENT   6 |
|---|---|---|
| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
| DUE FROM RELATED PARTIES | 1,399,247. | 0. |
| TOTAL TO SCHEDULE L, LINE 6 | 1,399,247. | 0. |

| SCHEDULE L | OTHER ASSETS | STATEMENT   7 |
|---|---|---|
| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
| SECURITY DEPOSITS | 780. | 780. |
| TOTAL TO SCHEDULE L, LINE 14 | 780. | 780. |

| SCHEDULE L | OTHER CURRENT LIABILITIES | | STATEMENT 8 |
| --- | --- | --- | --- |
| DESCRIPTION | | BEGINNING OF TAX YEAR | END OF TAX YEAR |
| BANK OVERDRAFT | | 129,260. | 45,330. |
| CREDIT CARDS PAYABLE | | 513. | 1,424. |
| PAYROLL TAXES PAYABLE | | 1,364,308. | 647,731. |
| TOTAL TO SCHEDULE L, LINE 18 | | 1,494,081. | 694,485. |

| SCHEDULE L | ANALYSIS OF TOTAL RETAINED EARNINGS PER BOOKS | STATEMENT 9 |
| --- | --- | --- |
| DESCRIPTION | | AMOUNT |
| BALANCE AT BEGINNING OF YEAR | | 83,025. |
| NET INCOME PER BOOKS | | -846,784. |
| DISTRIBUTIONS | | -80,000. |
| OTHER INCREASES (DECREASES) | | |
| BALANCE AT END OF YEAR - SCHEDULE L, LINE 24, COLUMN (D) | | -843,759. |

| SCHEDULE K | NONDEDUCTIBLE EXPENSES | STATEMENT 10 |
| --- | --- | --- |
| DESCRIPTION | | AMOUNT |
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | | 135. |
| TOTAL TO SCHEDULE K, LINE 16C | | 135. |

| FORM 1120S | | DISTRIBUTIONS | | | STATEMENT 11 |
| --- | --- | --- | --- | --- | --- |
| DESCRIPTION | DATE ACQUIRED | DATE DISTRIBUTED | COST | AMOUNT | |
| DISTRIBUTIONS | 06/30/19 | 06/30/19 | | 80,000. | |
| TOTAL INCLUDED IN FORM 1120S, PAGE 4, LINE 16D | | | | 80,000. | |

SCHEDULE M-1           EXPENSES RECORDED ON BOOKS THIS YEAR           STATEMENT   12
                         NOT INCLUDED ON SCHEDULE K

| DESCRIPTION | AMOUNT |
|---|---|
| OFFCIERS LIFE INSURANCE | 3,688. |
| TOTAL TO SCHEDULE M-1, LINE 3 | 3,688. |

SCHEDULE M-2   ACCUMULATED ADJUSTMENTS ACCOUNT - OTHER ADDITIONS   STATEMENT   13

| DESCRIPTION | AMOUNT |
|---|---|
| PORTFOLIO INTEREST INCOME | 36. |
| TOTAL TO SCHEDULE M-2, LINE 3 - COLUMN (A) | 36. |

SCHEDULE M-2   ACCUMULATED ADJUSTMENTS ACCOUNT- OTHER REDUCTIONS   STATEMENT   14

| DESCRIPTION | AMOUNT |
|---|---|
| CHARITABLE CONTRIBUTIONS | 500. |
| OTHER DEDUCTIONS | 16,853. |
| NONDEDUCTIBLE EXPENSES | 135. |
| OFFICER LIFE INSURANCE | 3,688. |
| TOTAL TO SCHEDULE M-2, LINE 5 - COLUMN (A) | 21,176. |

FORM 1125-A                    OTHER COSTS                    STATEMENT   15

| DESCRIPTION | AMOUNT |
|---|---|
| MEDICAL SUPPLIES | 108,119. |
| SUBCONTRACTORS | 1,394,822. |
| TOTAL TO LINE 5 | 1,502,941. |

FORM 4562, PART V   LISTED PROPERTY INFORMATION-MORE THAN 50%   STATEMENT   16

| (A) DESCRIPTION | (B) DATE | (C) BUS. % | (D) COST | (E) BASIS | (F) LIFE | (G) MTH/CV | (H) DEDUCTION | (I) 179 ELECTED |
|---|---|---|---|---|---|---|---|---|

| (J) AUTO NO | (K) TOTAL MILES | (L) BUSINESS MILES | (M) COMMUTING MILES | (N) PERSONAL MILES | (O) WAS VEH. AVAIL.? Y  N | (P) > 5% OWNER? Y  N | (Q) ANOTHER VEH. AVAILABLE? Y  N |
|---|---|---|---|---|---|---|---|

| Description | Date | Bus. % | Cost | Basis | Life | Mth/CV | Deduction |
|---|---|---|---|---|---|---|---|
| 2013 FORD CARGO VAN | 08/28/13 | 100.00 | 28,807. | 17,447. | 5.00 | 200DB-HY | 1,975. |
| 2013 FORD CARGO VAN | 09/30/13 | 100.00 | 28,577. | 17,217. | 5.00 | 200DB-HY | 1,975. |

TOTAL TO FORM 4562, PART V, LINE 26                     3,950.

**ALTERNATIVE MINIMUM TAX DEPRECIATION REPORT**

| Asset No. | Description | Date Acquired | AMT Method | AMT Life | AMT Cost Or Basis | AMT Accumulated | Regular Depreciation | AMT Depreciation | AMT Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| 1 | FURNITURE | 010112 | 150DB | 7.00 | 620. | 582. | 45. | 38. | 7. |
| 5 | FURNITURE | 030116 | 200DB | 7.00 | 3,864. | 1,087. | 241. | 241. | 0. |
| 11 | OFFICE EQUIPMENT | 032816 | 200DB | 5.00 | 953. | 339. | 55. | 55. | 0. |
| 12 | OFFICE EQUIPMENT | 070116 | 200DB | 5.00 | 1,411. | 502. | 82. | 82. | 0. |
| 13 | MEDICAL AND EXERCISE EQUIPMENT | 071516 | 200DB | 7.00 | 12,658. | 3,561. | 791. | 791. | 0. |
| 17 | LEASEHOLD IMPROVEMENTS | 071516 | 150DB | 15.00 | 46,967. | 5,412. | 1,807. | 1,807. | 0. |
| 18 | 2013 FORD CARGO VAN | 082813 | 200DB | 5.00 | 28,807. | 13,584. | 1,975. | 1,975. | 0. |
| 19 | 2013 FORD CARGO VAN | 093013 | 200DB | 5.00 | 28,577. | 13,547. | 1,975. | 1,975. | 0. |
| | TOTALS | | | | 123,857. | 38,614. | 6,971. | 6,964. | 7. |
| | MACRS AMT ADJUSTMENT | | | | | | | 7. | |

928104
04-01-19

671119

**Schedule K-1**
**(Form 1120-S)**

Department of the Treasury
Internal Revenue Service

**2019**

For calendar year 2019, or tax
year beginning _____
ending _____

☐ Final K-1     ☐ Amended K-1     OMB No. 1545-0123

**Shareholder's Share of Income, Deductions, Credits, etc.**  ▶ See separate instructions.

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

### Part I    Information About the Corporation

**A** Corporation's employer identification number
20-0777098

**B** Corporation's name, address, city, state, and ZIP code

BOWES IN HOME CARE, INC.
2230 POINT BOULEVARD, SUITE 100
ELGIN, IL   60123

**C** IRS Center where corporation filed return
E-FILE

### Part II    Information About the Shareholder

**D** Shareholder's identifying number
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

**E** Shareholder's name, address, city, state and ZIP code

MICHAEL A. COLLURA
3506 CARLISLE LANE
CARPENTERSVILLE, IL 60110

**F** Shareholder's percentage of stock
ownership for tax year ................. 90.000000%

*For IRS Use Only*

| # | Item | Amount | # | Item | Amount |
|---|---|---|---|---|---|
| 1 | Ordinary business income (loss) | -743,080. | 13 | Credits | |
| 2 | Net rental real estate inc (loss) | | | | |
| 3 | Other net rental income (loss) | | | | |
| 4 | Interest income | 32. | | | |
| 5a | Ordinary dividends | | | | |
| 5b | Qualified dividends | | 14 | Foreign transactions | |
| 6 | Royalties | | | | |
| 7 | Net short-term capital gain (loss) | | | | |
| 8a | Net long-term capital gain (loss) | | | | |
| 8b | Collectibles (28%) gain (loss) | | | | |
| 8c | Unrecaptured sec 1250 gain | | | | |
| 9 | Net section 1231 gain (loss) | | | | |
| 10 | Other income (loss) | | 15 | Alternative min tax (AMT) items | |
| | | | A | | 6. |
| 11 | Section 179 deduction | | 16 | Items affecting shareholder basis | |
| | | | C* | | 122. |
| 12 | Other deductions | | D* | | 72,000. |
| A | | 450. | | | |
| S* | | 4,299. | | | |
| | | | 17 | Other information | |
| | | | A | | 32. |
| | | | V  * | | STMT |
| 18 | ☐ More than one activity for at-risk purposes* | | | | |
| 19 | ☐ More than one activity for passive activity purposes* | | | | |

*See attached statement for additional information.

BOWES IN HOME CARE, INC.                                                 20-0777098

---

SCHEDULE K-1                  OTHER DEDUCTIONS, BOX 12, CODE S

| DESCRIPTION | AMOUNT | SHAREHOLDER FILING INSTRUCTIONS |
|---|---|---|
| SHAREHOLDER'S HEALTH INSURANCE | 4,299. | |
| TOTAL | 4,299. | |

---

SCHEDULE K-1            NONDEDUCTIBLE EXPENSES, BOX 16, CODE C

| DESCRIPTION | AMOUNT | SHAREHOLDER FILING INSTRUCTIONS |
|---|---|---|
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | 122. | SEE SHAREHOLDERS INSTRUCTIONS |
| TOTAL | 122. | |

---

SCHEDULE K-1                        DISTRIBUTIONS
                                    BOX 16, CODE D

| DESCRIPTION | DATE | AMOUNT | FILING INSTRUCTIONS |
|---|---|---|---|
| DISTRIBUTIONS | 06/30/19 | 72,000. | |
| TOTAL | | 72,000. | |

SCHEDULE K-1          SECTION 199A ADDITIONAL INFORMATION

THE SECTION 199A AMOUNTS TO BE USED IN THE CALCULATION OF THE QUALIFIED
BUSINESS INCOME DEDUCTION ON YOUR 1040/1041 RETURN ARE REPORTED ON LINE 17,
UNDER CODE V. PLEASE CONSULT YOUR TAX ADVISOR REGARDING THE CALCULATION OF
QUALIFIED BUSINESS INCOME DEDUCTION, INCLUDING THE POSSIBLE AGGREGATIONS
AND LIMITATIONS THAT MAY APPLY AND THE FILING OF THE 1.199A-4(C)(2)(I)
ANNUAL DISCLOSURE STATEMENT.

SCHEDULE K-1                    SECTION 199A ITEMS, BOX 17
                                          CODE V

| DESCRIPTION | AMOUNT |
|---|---|
| TRADE OR BUSINESS | |
| ORDINARY INCOME(LOSS) | -743,080. |
| W-2 WAGES | 7,075,888. |
| UNADJUSTED BASIS | 372,321. |

Page **2**

**This list identifies the codes used on Schedule K-1 for all shareholders and provides summarized reporting information for shareholders who file Form 1040 or 1040-SR. For detailed reporting and filing information, see the separate Shareholder's Instructions for Schedule K-1 and the instructions for your income tax return.**

1. Ordinary business income (loss). Determine whether the income (loss) is passive or nonpassive and enter on your return as follows:

| | Report on |
|---|---|
| Passive loss | See the Shareholder's Instructions |
| Passive income | Schedule E, line 28, column (h) |
| Nonpassive loss | See the Shareholder's Instructions |
| Nonpassive income | Schedule E, line 28, column (k) |

2. Net rental real estate income (loss)    See the Shareholder's Instructions
3. Other net rental income (loss)

| | |
|---|---|
| Net income | Schedule E, line 28, column (h) |
| Net loss | See the Shareholder's Instructions |

4. Interest income    Form 1040 or 1040-SR, line 2b
5a. Ordinary dividends    Form 1040 or 1040-SR, line 3b
5b. Qualified dividends    Form 1040 or 1040-SR, line 3a
6. Royalties    Schedule E, line 4
7. Net short-term capital gain (loss)    Schedule D, line 5
8a. Net long-term capital gain (loss)    Schedule D, line 12
8b. Collectibles (28%) gain (loss)    28% Rate Gain Worksheet, line 4 (Schedule D Instructions)
8c. Unrecaptured section 1250 gain    See the Shareholder's Instructions
9. Net section 1231 gain (loss)    See the Shareholder's Instructions
10. Other income (loss)

| | Code | |
|---|---|---|
| A | Other portfolio income (loss) | See the Shareholder's Instructions |
| B | Involuntary conversions | See the Shareholder's Instructions |
| C | Sec. 1256 contracts & straddles | Form 6781, line 1 |
| D | Mining exploration costs recapture | See Pub. 535 |
| E | Reserved for future use | |
| F | Section 965(a) inclusion | |
| G | Income under subpart F (other than inclusions under sections 951A and 965) | See the Shareholder's Instructions |
| H | Other income (loss) | |

11. Section 179 deduction    See the Shareholder's Instructions
12. Other deductions

| | | |
|---|---|---|
| A | Cash contributions (60%) | |
| B | Cash contributions (30%) | |
| C | Noncash contributions (50%) | |
| D | Noncash contributions (30%) | See the Shareholder's Instructions |
| E | Capital gain property to a 50% organization (30%) | |
| F | Capital gain property (20%) | |
| G | Contributions (100%) | |
| H | Investment interest expense | Form 4952, line 1 |
| I | Deductions - royalty income | Schedule E, line 19 |
| J | Section 59(e)(2) expenditures | See the Shareholder's Instructions |
| K | Deductions 965(c) deduction | See the Shareholder's Instructions |
| L | Deductions – portfolio (other) | Schedule A, line 16 |
| M | Preproductive period expenses | See the Shareholder's Instructions |
| N | Commercial revitalization deduction from rental real estate activities | See Form 8582 Instructions |
| O | Reforestation expense deduction | See the Shareholder's Instructions |
| P through R | | Reserved for future use |
| S | Other deductions | See the Shareholder's Instructions |

13. Credits

| | | |
|---|---|---|
| A | Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | |
| B | Low-income housing credit (other) from pre-2008 buildings | |
| C | Low-income housing credit (section 42(j)(5)) from post-2007 buildings | See the Shareholder's Instructions |
| D | Low-income housing credit (other) from post-2007 buildings | |
| E | Qualified rehabilitation expenditures (rental real estate) | |
| F | Other rental real estate credits | |
| G | Other rental credits | |
| H | Undistributed capital gains credit | Schedule 5 (Form 1040 or 1040-SR), line 13, box a |
| I | Biofuel producer credit | |
| J | Work opportunity credit | |
| K | Disabled access credit | See the Shareholder's Instructions |
| L | Empowerment zone employment credit | |
| M | Credit for increasing research activities | |

| | Code | Report on |
|---|---|---|
| N | Credit for employer social security and Medicare taxes | |
| O | Backup withholding | See the Shareholder's Instructions |
| P | Other credits | |

14. Foreign transactions

| | | |
|---|---|---|
| A | Name of country or U.S. possession | |
| B | Gross income from all sources | Form 1116, Part I |
| C | Gross income sourced at shareholder level | |

Foreign gross income sourced at corporate level

| | | |
|---|---|---|
| D | Reserved for future use | |
| E | Foreign branch category | |
| F | Passive category | Form 1116, Part I |
| G | General category | |
| H | Other | |

Deductions allocated and apportioned at shareholder level

| | | |
|---|---|---|
| I | Interest expense | Form 1116, Part I |
| J | Other | Form 1116, Part I |

Deductions allocated and apportioned at corporate level to foreign source income

| | | |
|---|---|---|
| K | Reserved for future use | |
| L | Foreign branch category | |
| M | Passive category | Form 1116, Part I |
| N | General category | |
| O | Other | |

Other information

| | | |
|---|---|---|
| P | Total foreign taxes paid | Form 1116, Part II |
| Q | Total foreign taxes accrued | Form 1116, Part II |
| R | Reduction in taxes available for credit | Form 1116, line 12 |
| S | Foreign trading gross receipts | Form 8873 |
| T | Extraterritorial income exclusion | Form 8873 |
| U | Section 965 information | See the Shareholder's Instructions |
| V | Other foreign transactions | See the Shareholder's Instructions |

15. Alternative minimum tax (AMT) items

| | | |
|---|---|---|
| A | Post-1986 depreciation adjustment | |
| B | Adjusted gain or loss | |
| C | Depletion (other than oil & gas) | See the Shareholder's Instructions and the Instructions for Form 6251 |
| D | Oil, gas, & geothermal - gross income | |
| E | Oil, gas, & geothermal - deductions | |
| F | Other AMT items | |

16. Items affecting shareholder basis

| | | |
|---|---|---|
| A | Tax-exempt interest income | Form 1040 or 1040-SR, line 2a |
| B | Other tax-exempt income | |
| C | Nondeductible expenses | See the Shareholder's Instructions |
| D | Distributions | |
| E | Repayment of loans from shareholders | |

17. Other information

| | | |
|---|---|---|
| A | Investment income | Form 4952, line 4a |
| B | Investment expenses | Form 4952, line 5 |
| C | Qualified rehabilitation expenditures (other than rental real estate) | See the Shareholder's Instructions |
| D | Basis of energy property | See the Shareholder's Instructions |
| E | Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| F | Recapture of low-income housing credit (other) | Form 8611, line 8 |
| G | Recapture of investment credit | See Form 4255 |
| H | Recapture of other credits | See the Shareholder's Instructions |
| I | Look-back interest - completed long-term contracts | See Form 8697 |
| J | Look-back interest - income forecast method | See Form 8866 |
| K | Dispositions of property with section 179 deductions | |
| L | Recapture of section 179 deduction | See the Shareholder's Instructions |
| M through U | | |
| V | Section 199A information | |
| W through Z | | Reserved for future use |
| AA | Excess taxable income | |
| AB | Excess business interest income | See the Shareholder's Instructions |
| AC | Other information | |

671119

| Schedule K-1<br>(Form 1120-S)<br>**2019**<br>Department of the Treasury<br>Internal Revenue Service | | ☐ Final K-1   ☐ Amended K-1   OMB No. 1545-0123 |
|---|---|---|

For calendar year 2019, or tax
year beginning _____
ending _____

**Shareholder's Share of Income, Deductions,
Credits, etc.** ▶ See separate instructions.

| Part I | Information About the Corporation |
|---|---|

**A** Corporation's employer identification number
20-0777098

**B** Corporation's name, address, city, state, and ZIP code

BOWES IN HOME CARE, INC.
2230 POINT BOULEVARD, SUITE 100
ELGIN, IL   60123

**C** IRS Center where corporation filed return
E-FILE

| Part II | Information About the Shareholder |
|---|---|

**D** Shareholder's identifying number
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

**E** Shareholder's name, address, city, state and ZIP code

RYAN ROMANAK
6135 STANSBURY LANE
LAKEWOOD, IL 60014

**F** Shareholder's percentage of stock
ownership for tax year .................  10.000000%

For IRS Use Only

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items | |
|---|---|---|
| 1 | Ordinary business income (loss) -82,564. | 13 Credits |
| 2 | Net rental real estate inc (loss) | |
| 3 | Other net rental income (loss) | |
| 4 | Interest income 4. | |
| 5a | Ordinary dividends | |
| 5b | Qualified dividends | 14 Foreign transactions |
| 6 | Royalties | |
| 7 | Net short-term capital gain (loss) | |
| 8a | Net long-term capital gain (loss) | |
| 8b | Collectibles (28%) gain (loss) | |
| 8c | Unrecaptured sec 1250 gain | |
| 9 | Net section 1231 gain (loss) | |
| 10 | Other income (loss) | 15 Alternative min tax (AMT) items<br>A  1. |
| 11 | Section 179 deduction | 16 Items affecting shareholder basis<br>C*  13. |
| 12 | Other deductions<br>A  50.<br>S*  12,554. | D*  8,000. |
| | | 17 Other information<br>A  4.<br>V  *  STMT |
| 18 | ☐ More than one activity for at-risk purposes* | |
| 19 | ☐ More than one activity for passive activity purposes* | |
| | *See attached statement for additional information. | |

911271
11-15-19    LHA  **For Paperwork Reduction Act Notice, see Instructions for Form 1120-S.**    www.irs.gov/Form1120S    **Schedule K-1 (Form 1120-S) 2019**

2

SCHEDULE K-1                     OTHER DEDUCTIONS, BOX 12, CODE S

| DESCRIPTION | AMOUNT | SHAREHOLDER FILING INSTRUCTIONS |
|---|---|---|
| SHAREHOLDER'S HEALTH INSURANCE | 12,554. | |
| TOTAL | 12,554. | |

SCHEDULE K-1              NONDEDUCTIBLE EXPENSES, BOX 16, CODE C

| DESCRIPTION | AMOUNT | SHAREHOLDER FILING INSTRUCTIONS |
|---|---|---|
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | 13. | SEE SHAREHOLDERS INSTRUCTIONS |
| TOTAL | 13. | |

SCHEDULE K-1                          DISTRIBUTIONS
                                      BOX 16, CODE D

| DESCRIPTION | DATE | AMOUNT | FILING INSTRUCTIONS |
|---|---|---|---|
| DISTRIBUTIONS | 06/30/19 | 8,000. | |
| TOTAL | | 8,000. | |

**SCHEDULE K-1          SECTION 199A ADDITIONAL INFORMATION**

THE SECTION 199A AMOUNTS TO BE USED IN THE CALCULATION OF THE QUALIFIED
BUSINESS INCOME DEDUCTION ON YOUR 1040/1041 RETURN ARE REPORTED ON LINE 17,
UNDER CODE V. PLEASE CONSULT YOUR TAX ADVISOR REGARDING THE CALCULATION OF
QUALIFIED BUSINESS INCOME DEDUCTION, INCLUDING THE POSSIBLE AGGREGATIONS
AND LIMITATIONS THAT MAY APPLY AND THE FILING OF THE 1.199A-4(C)(2)(I)
ANNUAL DISCLOSURE STATEMENT.

**SCHEDULE K-1                    SECTION 199A ITEMS, BOX 17**
**CODE V**

| DESCRIPTION | AMOUNT |
|---|---|
| TRADE OR BUSINESS | |
| ORDINARY INCOME(LOSS) | -82,564. |
| W-2 WAGES | 786,210. |
| UNADJUSTED BASIS | 41,369. |

**This list identifies the codes used on Schedule K-1 for all shareholders and provides summarized reporting information for shareholders who file Form 1040 or 1040-SR. For detailed reporting and filing information, see the separate Shareholder's Instructions for Schedule K-1 and the instructions for your income tax return.**

1. Ordinary business income (loss). Determine whether the income (loss) is passive or nonpassive and enter on your return as follows:

|  | Report on |
|---|---|
| Passive loss | See the Shareholder's Instructions |
| Passive income | Schedule E, line 28, column (h) |
| Nonpassive loss | See the Shareholder's Instructions |
| Nonpassive income | Schedule E, line 28, column (k) |

2. Net rental real estate income (loss)    See the Shareholder's Instructions
3. Other net rental income (loss)

| Net income | Schedule E, line 28, column (h) |
|---|---|
| Net loss | See the Shareholder's Instructions |

4. Interest income    Form 1040 or 1040-SR, line 2b
5a. Ordinary dividends    Form 1040 or 1040-SR, line 3b
5b. Qualified dividends    Form 1040 or 1040-SR, line 3a
6. Royalties    Schedule E, line 4
7. Net short-term capital gain (loss)    Schedule D, line 5
8a. Net long-term capital gain (loss)    Schedule D, line 12
8b. Collectibles (28%) gain (loss)    28% Rate Gain Worksheet, line 4 (Schedule D Instructions)
8c. Unrecaptured section 1250 gain    See the Shareholder's Instructions
9. Net section 1231 gain (loss)    See the Shareholder's Instructions
10. Other income (loss)

| Code | | |
|---|---|---|
| A | Other portfolio income (loss) | See the Shareholder's Instructions |
| B | Involuntary conversions | See the Shareholder's Instructions |
| C | Sec. 1256 contracts & straddles | Form 6781, line 1 |
| D | Mining exploration costs recapture | See Pub. 535 |
| E | Reserved for future use | |
| F | Section 965(a) inclusion | |
| G | Income under subpart F (other than inclusions under sections 951A and 965) | See the Shareholder's Instructions |
| H | Other income (loss) | |

11. Section 179 deduction    See the Shareholder's Instructions
12. Other deductions

| A | Cash contributions (60%) | |
|---|---|---|
| B | Cash contributions (30%) | |
| C | Noncash contributions (50%) | |
| D | Noncash contributions (30%) | |
| E | Capital gain property to a 50% organization (30%) | See the Shareholder's Instructions |
| F | Capital gain property (20%) | |
| G | Contributions (100%) | |
| H | Investment interest expense | Form 4952, line 1 |
| I | Deductions - royalty income | Schedule E, line 19 |
| J | Section 59(e)(2) expenditures | See the Shareholder's Instructions |
| K | Section 965(c) deduction | See the Shareholder's Instructions |
| L | Deductions – portfolio (other) | Schedule A, line 16 |
| M | Preproductive period expenses | See the Shareholder's Instructions |
| N | Commercial revitalization deduction from rental real estate activities | See Form 8582 Instructions |
| O | Reforestation expense deduction | See the Shareholder's Instructions |
| P | through R | Reserved for future use |
| S | Other deductions | See the Shareholder's Instructions |

13. Credits

| A | Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | |
|---|---|---|
| B | Low-income housing credit (other) from pre-2008 buildings | |
| C | Low-income housing credit (section 42(j)(5)) from post-2007 buildings | See the Shareholder's Instructions |
| D | Low-income housing credit (other) from post-2007 buildings | |
| E | Qualified rehabilitation expenditures (rental real estate) | |
| F | Other rental real estate credits | |
| G | Other rental credits | |
| H | Undistributed capital gains credit | Schedule 5 (Form 1040 or 1040-SR), line 13, box a |
| I | Biofuel producer credit | |
| J | Work opportunity credit | |
| K | Disabled access credit | See the Shareholder's Instructions |
| L | Empowerment zone employment credit | |
| M | Credit for increasing research activities | |

| Code | | Report on |
|---|---|---|
| N | Credit for employer social security and Medicare taxes | |
| O | Backup withholding | See the Shareholder's Instructions |
| P | Other credits | |

14. Foreign transactions

| A | Name of country or U.S. possession | |
|---|---|---|
| B | Gross income from all sources | Form 1116, Part I |
| C | Gross income sourced at shareholder level | |

Foreign gross income sourced at corporate level

| D | Reserved for future use | |
|---|---|---|
| E | Foreign branch category | |
| F | Passive category | Form 1116, Part I |
| G | General category | |
| H | Other | |

Deductions allocated and apportioned at shareholder level

| I | Interest expense | Form 1116, Part I |
|---|---|---|
| J | Other | Form 1116, Part I |

Deductions allocated and apportioned at corporate level to foreign source income

| K | Reserved for future use | |
|---|---|---|
| L | Foreign branch category | |
| M | Passive category | Form 1116, Part I |
| N | General category | |
| O | Other | |

Other information

| P | Total foreign taxes paid | Form 1116, Part II |
|---|---|---|
| Q | Total foreign taxes accrued | Form 1116, Part II |
| R | Reduction in taxes available for credit | Form 1116, line 12 |
| S | Foreign trading gross receipts | Form 8873 |
| T | Extraterritorial income exclusion | Form 8873 |
| U | Section 965 information | See the Shareholder's Instructions |
| V | Other foreign transactions | See the Shareholder's Instructions |

15. Alternative minimum tax (AMT) items

| A | Post-1986 depreciation adjustment | |
|---|---|---|
| B | Adjusted gain or loss | |
| C | Depletion (other than oil & gas) | See the Shareholder's Instructions and the Instructions for Form 6251 |
| D | Oil, gas, & geothermal - gross income | |
| E | Oil, gas, & geothermal - deductions | |
| F | Other AMT items | |

16. Items affecting shareholder basis

| A | Tax-exempt interest income | Form 1040 or 1040-SR, line 2a |
|---|---|---|
| B | Other tax-exempt income | |
| C | Nondeductible expenses | See the Shareholder's Instructions |
| D | Distributions | |
| E | Repayment of loans from shareholders | |

17. Other information

| A | Investment income | Form 4952, line 4a |
|---|---|---|
| B | Investment expenses | Form 4952, line 5 |
| C | Qualified rehabilitation expenditures (other than rental real estate) | See the Shareholder's Instructions |
| D | Basis of energy property | See the Shareholder's Instructions |
| E | Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| F | Recapture of low-income housing credit (other) | Form 8611, line 8 |
| G | Recapture of investment credit | See Form 4255 |
| H | Recapture of other credits | See the Shareholder's Instructions |
| I | Look-back interest - completed long-term contracts | See Form 8697 |
| J | Look-back interest - income forecast method | See Form 8866 |
| K | Dispositions of property with section 179 deductions | |
| L | Recapture of section 179 deduction | See the Shareholder's Instructions |
| M | through U | |
| V | Section 199A information | |
| W | through Z | Reserved for future use |
| AA | Excess taxable income | |
| AB | Excess business interest income | See the Shareholder's Instructions |
| AC | Other information | |

# 2019 TAX RETURN FILING INSTRUCTIONS

ILLINOIS FORM IL-1120-ST

**FOR THE YEAR ENDING**

DECEMBER 31, 2019

| | |
|---|---|
| **Prepared for** | BOWES IN HOME CARE, INC.<br>2230 POINT BOULEVARD, SUITE 100<br>ELGIN, IL  60123 |
| **Prepared by** | ST. CLAIR CPAS, P.C.<br>28 S. CENTRE STREET<br>MERCHANTVILLE, NJ 08109 |
| **To be signed and dated by** | THE APPROPRIATE CORPORATE OFFICER(S). |
| **Amount of tax** | Total tax $ 0.00<br>Less: payments and credits $ 0.00<br>Plus: other amount $ 0.00<br>Plus: interest and penalties $ 0.00<br>NO PMT REQUIRED $ |
| **Overpayment** | Credited to your estimated tax $ 0.00<br>Other amount $ 0.00<br>Refunded to you $ 0.00 |
| **Make check payable to** | NOT APPLICABLE |
| **Mail tax return and check (if applicable) to** | THIS RETURN HAS BEEN PREPARED FOR ELECTRONIC FILING. IF YOU WISH TO HAVE IT TRANSMITTED TO THE IDOR, PLEASE SIGN, DATE AND RETURN FORM 8879-SO TO OUR OFFICE. WE WILL THEN SUBMIT THE RETURN TO THE IDOR. |
| **Return must be mailed on or before** | RETURN FORM 8879-SO TO US BY OCTOBER 15, 2020. |
| **Special Instructions** | ENCLOSED ARE COPIES OF SCHEDULE K-1 TO BE DISTRIBUTED TO THE SHAREHOLDERS. |

900084  04-01-19

**Illinois Department of Revenue**

# 2019 Form IL-1120-ST
**Small Business Corporation Replacement Tax Return**
Due on or before the 15th day of the 3rd month following the close of the tax year.

| | |
|---|---|
| If this return is not for calendar year 2019, enter your fiscal tax year here. | Enter the amount you are paying. |
| Tax year beginning ___ ___ ___ , ending ___ ___ ___<br> month day year   month day year | $ _____ |
| **WARNING** This form is for tax years ending on or after December 31, 2019, and before December 31, 2020.<br>For all other situations, see instructions to determine the correct form to use. | |

## Step 1: Identify your small business corporation

**A** Enter your complete legal business name.

If you have a name change, check this box. ☐

Name: BOWES IN HOME CARE, INC.

**B** Enter your mailing address.

Check this box if either of the following apply:
- this is your **first return**, or ☒
- you have an **address change**.

C/O: _____

Mailing address: 2230 POINT BOULEVARD, SUITE 100
City: ELGIN   State: IL   ZIP: 60123

**C** If this is the first or final return, check the applicable box(es).
- ☐ First return
- ☐ Final return (Enter the date of termination. _____ )

**D** If this is a final return because you sold this business, enter the date sold
(mm dd yyyy) _____ , and the new owner's FEIN.

**E** **Apportionment Formulas.** Check the appropriate box or boxes and see the Apportionment Formula instructions.
- ☐ Financial organizations
- ☐ Transportation companies
- ☐ Federally regulated exchanges
- ☐ Sales companies

**F** Check this box if you attached Form IL-4562. ☒

**G** Check this box if you attached Illinois Schedule M (for businesses). ☐

**H** Check this box if you attached Schedule 80/20. ☐

**I** Check this box if you attached Schedule 1299-A. ☐

**J** Check this box if you attached the Subgroup Schedule. ☐

**K** Check this box if you are a 52/53 week filer. ☐

**L** Enter your federal employer identification number (FEIN).
20-0777098

**M** ☐ Check this box if you are a member of a unitary business group, and enter the FEIN of the member who prepared the Schedule UB, Combined Apportionment for Unitary Business Group. **Attach** Schedule UB to this return.

**N** Enter your North American Industry Classification System (NAICS) Code. See instructions.
621610

**O** Enter your Illinois corporate file (charter) number issued by the Secretary of State.
_____

**P** Enter the city, state, and ZIP code where your accounting records are kept. (Use the two-letter postal abbreviation, *e.g.,* IL, GA, etc.)

ELGIN       IL       60123
City       State   ZIP

**Q** If you are making the business income election to treat all nonbusiness income as business income, check this box and enter zero on Lines 36 and 44. ☐

**R** If you have completed the following, check the box and **attach** the federal form(s) to this return.
- ☐ Federal Form 8886
- ☐ Federal Sch. M-3, Part II, Line 10

**S** If you are making a discharge of indebtedness adjustment on Schedule NLD, or Form IL-1120-ST, Line 48, check this box **and** attach federal Form 982. ☐

**T** Check this box if your business activity is protected under Public Law 86-272. ☐

## Step 2: Figure your ordinary income or loss

(Whole dollars only)

| | | | |
|---|---|---|---|
| **1** | Ordinary income or loss, or equivalent from federal Schedule K. | 1 | −825,644 .00 |
| **2** | Net income or loss from all rental real estate activities. | 2 | .00 |
| **3** | Net income or loss from other rental activities. | 3 | .00 |
| **4** | Portfolio income or loss. | 4 | 36 .00 |
| **5** | Net IRC Section 1231 gain or loss. | 5 | .00 |
| **6** | All other items of income or loss that were not included in the computation of income or loss on Page 1 of U.S. Form 1120-S. See instructions.<br>Identify: _____ | 6 | .00 |
| **7** | Add Lines 1 through 6. This is your ordinary income or loss. | 7 | −825,608 .00 |

## Step 3: Figure your unmodified base income or loss

| | | | |
|---|---|---|---|
| **8** | Charitable contributions. | 8 | 500 .00 |
| **9** | Expense deduction under IRC Section 179. | 9 | .00 |
| **10** | Interest on investment indebtedness. | 10 | .00 |
| **11** | All other items of expense that were not deducted in the computation of ordinary income or loss on Page 1 of U.S. Form 1120-S. See instructions.<br>Identify: SEE STATEMENT 1 | 11 | 16,853 .00 |
| **12** | Add Lines 8 through 11. | 12 | 17,353 .00 |
| ▲ **13** | Subtract Line 12 from Line 7. This amount is your total unmodified base income or loss. | 13 | −842,961 .00 |

*Attach your payment and Form IL-1120-ST-V here.*

IR ___ NS ___ DR _____

This form is authorized as outlined by the Illinois Income Tax Act. Disclosure of this information is REQUIRED. Failure to provide information could result in a penalty.

## Step 4: Figure your income or loss

| | | | |
|---|---|---|---|
| 14 | Enter the amount from Line 13. **Unitary filers,** enter the amount from Schedule UB, Step 2, Col E, Line 30. | 14 | -842,961 .00 |
| 15 | State, municipal, and other interest income excluded from Line 14. | 15 | .00 |
| 16 | Illinois replacement tax and surcharge deducted in arriving at Line 14. | 16 | .00 |
| 17 | Illinois Special Depreciation addition. **Attach** Form IL-4562. | 17 | .00 |
| 18 | Related-Party Expenses addition. **Attach** Schedule 80/20. | 18 | .00 |
| 19 | Distributive share of additions. **Attach** Schedule(s) K-1-P or K-1-T. | 19 | .00 |
| 20 | The amount of loss distributable to a shareholder subject to replacement tax. **Attach** Schedule B. | 20 | .00 |
| 21 | Other additions. **Attach** Illinois Schedule M (for businesses). | 21 | .00 |
| 22 | Add Lines 14 through 21. This amount is your income or loss. | 22 | -842,961 .00 |

## Step 5: Figure your base income or loss

| | | | |
|---|---|---|---|
| 23 | Interest income from U.S. Treasury or other exempt federal obligations. | 23 | .00 |
| 24 | Share of income distributable to a shareholder subject to replacement tax. **Attach** Schedule B. | 24 | .00 |
| 25 | River Edge Redevelopment Zone Dividend subtraction. **Attach** Schedule 1299-A. | 25 | .00 |
| 26 | River Edge Redevelopment Zone Interest subtraction. **Attach** Schedule 1299-A. | 26 | .00 |
| 27 | High Impact Business Dividend subtraction. **Attach** Sch. 1299-A. | 27 | .00 |
| 28 | High Impact Business Interest subtraction. **Attach** Sch. 1299-A. | 28 | .00 |
| 29 | Contribution subtraction. **Attach** Schedule 1299-A. | 29 | .00 |
| 30 | Illinois Special Depreciation subtraction. **Attach** Form IL-4562. | 30 | 4,671 .00 |
| 31 | Related-Party Expenses subtraction. **Attach** Schedule 80/20. | 31 | .00 |
| 32 | Distributive share of subtractions. **Attach** Sch(s) K-1-P or K-1-T. | 32 | .00 |
| 33 | Other subtractions. **Attach** Schedule M (for businesses). | 33 | .00 |
| 34 | Total subtractions. Add Lines 23 through 33. | 34 | 4,671 .00 |
| 35 | **Base income or loss.** Subtract Line 34 from Line 22. | 35 | -847,632 .00 |

| **STOP** | **A** | If the amount on Line 35 is derived inside Illinois only, check this box and enter the amount from Step 5, Line 35 on Step 7, Line 47. You may not complete Step 6. (You must leave Step 6, Lines 36 through 46 blank.) | [X] |
|---|---|---|---|
| | | *Note* → If you are a unitary filer, do not check this box. Check the box on Line B and complete Step 6. | |
| | **B** | If any portion of the amount on Line 35 is derived outside Illinois, or you are a unitary filer, check this box and complete **all lines** of Step 6. (Do not leave Lines 40 through 42 blank.) See instructions. | [ ] |

## Step 6: Figure your income allocable to Illinois (Complete only if you checked the box on Line B, above.)

| | | | |
|---|---|---|---|
| 36 | Nonbusiness income or loss. **Attach** Schedule NB. | 36 | .00 |
| 37 | Business income or loss included in Line 35 from non-unitary partnerships, partnerships included on a Schedule UB, S corporations, trusts, or estates. See instructions. | 37 | .00 |
| 38 | Add Lines 36 and 37. | 38 | .00 |
| 39 | Business income or loss. Subtract Line 38 from Line 35. | 39 | .00 |
| 40 | Total sales everywhere. This amount cannot be negative. | 40 | |
| 41 | Total sales inside Illinois. This amount cannot be negative. | 41 | |
| 42 | Apportionment factor. Divide Line 41 by Line 40. Round to six decimal places. | 42 | |
| 43 | Business income or loss apportionable to Illinois. Multiply Line 39 by Line 42. | 43 | .00 |
| 44 | Nonbusiness income or loss allocable to Illinois. **Attach** Schedule NB. | 44 | .00 |
| 45 | Business income or loss apportionable to Illinois from non-unitary partnerships, partnerships included on a Schedule UB, S corporations, trusts, or estates. See instructions. | 45 | .00 |
| 46 | **Base income or loss allocable to Illinois.** Add Lines 43 through 45. | 46 | .00 |

**ID: 2BX**    IL-1120-ST (R-12/19)



## Step 7: Figure your net income

| | | | |
|---|---|---|---|
| 47 | Base income or net loss from Step 5, Line 35, or Step 6, Line 46. | 47 | -847,632 .00 |
| 48 | Discharge of indebtedness adjustment. **Attach** federal Form 982. See instructions. | 48 | 0 .00 |
| 49 | Adjusted base income or net loss. Add Lines 47 and 48. | 49 | -847,632 .00 |
| 50 | Illinois net loss deduction. **Attach** Schedule NLD. If Line 49 is zero or a negative amount, enter zero. | 50 | 0 .00 |
| 51 | **Net income.** Subtract Line 50 from Line 49. | 51 | -847,632 .00 |

## Step 8: Figure your net replacement tax, surcharge, and pass-through withholding you owe

| | | | |
|---|---|---|---|
| 52 | Replacement tax. Multiply Line 51 by 1.5% (.015). | 52 | .00 |
| 53 | Recapture of investment credits. **Attach** Schedule 4255. | 53 | .00 |
| 54 | Replacement tax before investment credits. Add Lines 52 and 53. | 54 | .00 |
| 55 | Investment credits. **Attach** Form IL-477. | 55 | .00 |
| 56 | **Net replacement tax.** Subtract Line 55 from Line 54. If the amount is negative, enter zero. | 56 | .00 |
| 57 | Compassionate Use of Medical Cannabis Program Act surcharge. See instructions. | 57 | .00 |
| 58 | Sale of assets by gaming licensee surcharge. See instructions. | 58 | .00 |
| 59 | Pass-through withholding you owe on behalf of your members. Enter the amount from Schedule B, Section A, Line 9. See instructions. **Attach** Schedule B. | 59 | 0 .00 |
| 60 | **Total net replacement tax, surcharges, and pass-through withholding you owe.** Add Lines 56, 57, 58, and 59. | 60 | .00 |

## Step 9: Figure your refund or balance due

| | | | |
|---|---|---|---|
| 61 | Payments. See instructions. | | |
| a | Credits from previous overpayments. | 61a | .00 |
| b | Total payments made before the date this return is filed. | 61b | .00 |
| c | Pass-through withholding reported to you on Schedule(s) K-1-P or K-1-T. **Attach** Schedule(s) K-1-P or K-1-T. | 61c | .00 |
| d | Illinois gambling withholding. **Attach** Form(s) W-2G. | 61d | .00 |
| 62 | Total payments. Add Lines 61a through 61d. | 62 | .00 |
| 63 | Overpayment. If Line 62 is greater than Line 60, subtract Line 60 from Line 62. | 63 | .00 |
| 64 | Amount to be **credited forward**. See instructions. | 64 | .00 |
| 65 | **Refund.** Subtract Line 64 from Line 63. This is the amount to be refunded. | 65 | .00 |

| 66 | Complete to direct deposit your refund |
|---|---|
| | Routing Number _____ ☐ Checking or ☐ Savings |
| | Account Number _____ |

| | | | |
|---|---|---|---|
| 67 | **Tax Due.** If Line 60 is greater than Line 62, subtract Line 62 from Line 60. This is the amount you owe. | 67 | 0 .00 |

▶ If you owe tax on Line 67, complete a payment voucher, Form IL-1120-ST-V. Write your FEIN, tax year ending, and "IL-1120-ST-V" on your check or money order and make it payable to "Illinois Department of Revenue." Attach your voucher and payment to the first page of this form.

Special Note ➡ Enter the amount of your payment on the top of Page 1 in the space provided.

## Step 10: Sign below - Under penalties of perjury, I state that I have examined this return and, to the best of my knowledge, it is true, correct, and complete.

| Sign Here | | | PRESIDENT | 847-829-8710 | ☒ Check if the Department may discuss this return with the paid preparer shown in this step. |
|---|---|---|---|---|---|
| | Signature of authorized officer | Date (mm/dd/yyyy) | Title | Phone | |

| Paid Preparer Use Only | COLLEEN E. LEVIN, CPA | COLLEEN E. LEV | 08/03/2020 | ☐ Check if | P00998554 |
|---|---|---|---|---|---|
| | Print/Type paid preparer's name | Paid preparer's signature | Date (mm/dd/yyyy) | self-employed | Paid Preparer's PTIN |
| | Firm's name ▶ ST. CLAIR CPAS, P.C. | | Firm's FEIN ▶ | 23-2653765 | |
| | Firm's address ▶ 28 S. CENTRE STREET MERCHANTVILL | | Firm's phone ▶ | (856) 482-5600 | |

▶ If a payment is **not** enclosed, mail this return to:
**Illinois Department of Revenue**
P.O. Box 19032
Springfield, IL 62794-9032

▶ If a payment is enclosed, mail this return to:
**Illinois Department of Revenue**
P.O. Box 19053
Springfield, IL 62794-9053

Illinois Department of Revenue

# 2019 Schedule B
**Partners' or Shareholders' Information**

Attach to your Form IL-1065 or Form IL-1120-ST.

Year ending

| 12 | 19 |
|----|----|
| Month | Year |

IL Attachment No. 1

BOWES IN HOME CARE, INC.

20-0777098

Enter your name as shown on your Form IL-1065 or Form IL-1120-ST.

Enter your federal employer identification number (FEIN).

**STOP**  **Read this information first**

- You must read the Schedule B instructions and complete Schedule(s) K-1-P and Schedule(s) K-1-P(3) before completing this schedule.
- You must complete Section B of Schedule B and provide all the required information for your partners or shareholders before completing Section A of Schedule B.

*Note* ➡ Failure to follow these instructions may delay the processing of your return or result in you receiving further correspondence from the Department. You may also be required to submit further information to support your filing.

## Section A:  Total members' information (from Schedule(s) K-1-P and Schedule B, Section B)

**STOP**  Before completing this section you must first complete Schedule(s) K-1-P, Schedule(s) K-1-P(3) and Schedule B, Section B. You will use the amounts from those schedules when completing this section.

**Totals for resident and nonresident partners or shareholders (from Schedule(s) K-1-P and Schedule B, Section B)**

1  Enter the total of all nonbusiness income or loss you reported on Schedule(s) K-1-P for your members. See instructions.        1 _____

2  Enter the total of all income and replacement tax credits you reported on Schedule(s) K-1-P for your members. See instructions.        2 _____

3  Add the amounts shown on Schedule B, Section B, Column E for all partners or shareholders on all pages for which you have entered a check mark in Column D. Enter the total here. See instructions.        3 _____

**Totals for nonresident partners or shareholders only (from Schedule B, Section B)**

4  Enter the total pass-through withholding you reported on all pages of your Schedule B, Section B, Column J for your nonresident individual members. See instructions.        4 _____

5  Enter the total pass-through withholding you reported on all pages of your Schedule B, Section B, Column J for your nonresident estate members. See instructions.        5 _____

6  Enter the total pass-through withholding you reported on all pages of your Schedule B, Section B, Column J for your partnership and S corporation members. See instructions.        6 _____

7  Enter the total pass-through withholding you reported on all pages of your Schedule B, Section B, Column J for your nonresident trust members. See instructions.        7 _____

8  Enter the total pass-through withholding you reported on all pages of your Schedule B, Section B, Column J for your C corporation members. See instructions.        8 _____

9  Add Line 4 through Line 8. This is the total pass-through withholding you owe on behalf of all your nonresident partners or shareholders. This amount should match the total amount from Schedule B, Section B, Column J for all nonresident partners or shareholders on all pages. Enter the total here **and** on Form IL-1065 (Form IL-1065-X), Line 60, or Form IL-1120-ST (Form IL-1120-ST-X), Line 59. See instructions.        9 _____

This form is authorized as outlined by the Illinois Income Tax Act. Disclosure of this information is REQUIRED. Failure to provide information could result in a penalty.

▶ **Attach all pages of Schedule B, Section B behind this page.**

Schedule B (R-12/19)  **ID: 2BX**

**Illinois Department of Revenue**
**2019 Schedule B**

BOWES IN HOME CARE, INC.

20-0777098

Enter your name as shown on your Form IL-1065 or Form IL-1120-ST.

Enter your federal employer identification number (FEIN).

## Section B:  Members' information (See instructions before completing.)

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| | Name and Address | Partner or Shareholder type | SSN or FEIN | Subject to Illinois replacement tax or an ESOP | Member's distributable amount of base income or loss | Excluded from pass-through withholding | Share of Illinois income subject to pass-through withholding | Pass-through withholding before credits | Distributable share of credits | Pass-through withholding amount |
| | | | | | | | *(If Column F is blank, complete Column G through Column J. Otherwise, enter zero in Column G through Column J.)* | | | |
| 1 | Name MICHAEL A. COLLURA | | | | | | | | | |
| | C/O | | | | | | | | | |
| | Addr. 1 3506 CARLISLE LANE | | | | | | | | | |
| | Addr. 2 | | | | | | | | | |
| | City CARPENTE IL 60110 | I | 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 | | -762870.00 | R | 0.00 | 0.00 | 0.00 | 0.00 |
| 2 | Name RYAN ROMANAK | | | | | | | | | |
| | C/O | | | | | | | | | |
| | Addr. 1 6135 STANSBURY LANE | | | | | | | | | |
| | Addr. 2 | | | | | | | | | |
| | City LAKEWOOD IL 60014 | I | 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 | | -84,762.00 | R | 0.00 | 0.00 | 0.00 | 0.00 |
| 3 | Name | | | | | | | | | |
| | C/O | | | | | | | | | |
| | Addr. 1 | | | | | | | | | |
| | Addr. 2 | | | | | | | | | |
| | City | | | | | | | | | |
| 4 | Name | | | | | | | | | |
| | C/O | | | | | | | | | |
| | Addr. 1 | | | | | | | | | |
| | Addr. 2 | | | | | | | | | |
| | City | | | | | | | | | |
| 5 | Name | | | | | | | | | |
| | C/O | | | | | | | | | |
| | Addr. 1 | | | | | | | | | |
| | Addr. 2 | | | | | | | | | |
| | City | | | | | | | | | |

949312
01-08-20    Note → If you have more members than space provided, attach additional copies of this page as necessary.

ID: 2BX    Schedule B (R-12/19)

Printed by the authority of the State of Illinois

Page 5 of 5

**Illinois Department of Revenue**

# 2019 IL-4562 Special Depreciation

For tax years ending **on or after** December 31, 2019.
Attach to your Form IL-1120, IL-1120-ST, IL-1065, IL-1041, or IL-1040.

Year ending

| 12 | 2019 |
|---|---|
| Month | Year |

IL Attachment No. 11

## Step 1:   Provide the following information

BOWES IN HOME CARE, INC.

Enter your name as shown on your return.

20-0777098

Enter your Social Security number (SSN) or
federal employer identification number (FEIN).

*Special* *Note* ➡ **You must read the instructions before completing Form IL-4562. Do not use negative figures.**

## Step 2:   Figure your Illinois special depreciation addition

| | | | |
|---|---|---|---|
| 1 | Enter the total amount claimed as a special depreciation allowance on federal Form 4562, Depreciation and Amortization, Line 14 or Line 25, for property acquired after September 10, 2001. | 1 | 0.00 |
| 2 | *Individuals only:* Enter the total amount claimed as a special depreciation allowance from federal Form 2106, Employee Business Expenses. | 2 | |
| 3 | *Last year of regular depreciation:* Enter the total amount of all Illinois depreciation subtractions claimed on prior year IL-4562 forms, Step 3, Line 8, for each property. | 3 | |
| 4 | Add Lines 1 through 3. This is your Illinois special depreciation addition. Enter the total here and **see instructions for the list of Illinois form and line references to report this addition.** | 4 | |

## Step 3:   Figure your Illinois special depreciation subtraction

| | | | |
|---|---|---|---|
| 5 a | Enter the portion of the depreciation allowance claimed on federal Form 4562, Line 17, plus Line 19, Column g, plus Line 26, Column h, for property for which you claimed a special depreciation allowance on federal Form 4562, Line 14 or 25, for this tax year, or any other tax year ending after September 10, 2001, for bonus depreciation **equal to 30 percent** of your basis in the property.                         **STATEMENT** 2 | 5a | 3,950.00 |
| b | *Individuals only:* If you completed a federal Form 2106 for this tax year, enter the portion of any depreciation deductions included in Lines 4 and 38 for this tax year or any prior tax year for bonus depreciation **equal to 30 percent** of your basis in the property. | 5b | |
| c | Add Lines 5a and 5b. | 5c | 3,950.00 |
| 6 | Multiply Line 5c by 42.9% (0.429). | 6 | 1,695.00 |
| 7 a | Enter the portion of the depreciation allowance claimed on federal Form 4562, Line 17, plus Line 19, Column g, plus Line 26, Column h, for property for which you claimed a special depreciation allowance on federal Form 4562, Line 14 or 25, for this tax year, or any other tax year ending after September 10, 2001, for bonus depreciation **equal to 50 percent** of your basis in the property.                         **STMT** 3 | 7a | 2,976.00 |
| b | *Individuals only:* If you completed a federal Form 2106 for this tax year, enter the portion of any depreciation deductions included in Lines 4 and 38 for this tax year or any prior tax year for bonus depreciation **equal to 50 percent** of your basis in the property. | 7b | |
| c | Add Lines 7a and 7b. | 7c | 2,976.00 |
| 8 | Add Lines 6 and 7c. | 8 | 4,671.00 |
| 9 | *Last year of regular depreciation:* Enter the Illinois special depreciation addition reported on any prior year Form IL-4562, Step 2, Line 1 plus Line 2, for each property. See instructions. | 9 | |
| 10 | Add Lines 8 and 9. This is your Illinois depreciation subtraction for this year. Enter the total here and **see instructions for the list of Illinois form and line references to report this subtraction.** | 10 | 4,671.00 |

➤ **Attach this form to your Illinois return.** ◄

This form is authorized as outlined by the Illinois Income Tax Act. Disclosure of this information is REQUIRED. Failure to provide information could result in a penalty.

IL-4562 (R-12/19)  **ID: 2BX**      949211
01-07-20

| IL IL-1120-ST | OTHER ITEMS OF EXPENSE | STATEMENT 1 |

| DESCRIPTION | AMOUNT |
|---|---|
| SHAREHOLDER'S HEALTH INSURANCE | 16,853.00 |
| TOTAL TO FORM IL-1120-ST, LINE 11 | 16,853.00 |

| IL-4562 | 30% BONUS PROPERTY | STATEMENT 2 |

| ASSET # | DESCRIPTION | CURRENT DEPRECIATION |
|---|---|---|
| 18 | 2013 FORD CARGO VAN | 1,975.00 |
| 19 | 2013 FORD CARGO VAN | 1,975.00 |
| | TOTAL TO FORM IL-4562, STEP 3, LINE 5A | 3,950.00 |

| IL-4562 | 50% BONUS PROPERTY | STATEMENT 3 |

| ASSET # | DESCRIPTION | CURRENT DEPRECIATION |
|---|---|---|
| 5 | FURNITURE | 241.00 |
| 11 | OFFICE EQUIPMENT | 55.00 |
| 12 | OFFICE EQUIPMENT | 82.00 |
| 13 | MEDICAL AND EXERCISE EQUIPMENT | 791.00 |
| 17 | LEASEHOLD IMPROVEMENTS | 1,807.00 |
| | TOTAL TO FORM IL-4562, STEP 3, LINE 7A | 2,976.00 |

**Illinois Department of Revenue**

# Schedule K-1-P

**Partner's or Shareholder's Share of Income, Deductions, Credits, and Recapture**

To be completed by partnerships filing Form IL-1065 or S corporations filing Form IL-1120-ST.

**Partners and Shareholders receiving Schedule K-1-P should attach this to their Illinois tax return.**

**Year ending**

| 12 | 19 |
|----|----|
| Month | Year |

IL Attachment No. 12

---

## Step 1:   Identify your partnership or S corporation

1 Check your business type  ☐ partnership   ☒ S corporation

2 BOWES IN HOME CARE, INC.
Enter your name as shown on your Form IL-1065 or Form IL-1120-ST.

3  20-0777098
Enter your federal employer identification number (FEIN).

4 Enter the apportionment factor from Form IL-1065 or Form IL-1120-ST, Line 42. Otherwise, enter "1."   1.000000

---

## Step 2:   Identify your partner or shareholder

5 MICHAEL A. COLLURA
Name

6 3506 CARLISLE LANE
Mailing address

CARPENTERSVILLE, IL 60110
City                   State      ZIP

7 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
Social Security number or FEIN

8 90.000000
Share (%)

9a Check the appropriate box. See instructions.

☒ individual        ☐ corporation        ☐ trust
☐ partnership       ☐ S corporation      ☐ estate

9b To be completed by the recipient on Line 5 only.
I am a: ☐ grantor trust   ☐ disregarded entity
and the amounts on this Schedule will be reported by:
Name:
SSN or FEIN:

---

## Step 3:   Figure your partner's or shareholder's share of your nonbusiness income or loss

|    |    | A Member's share (See instructions.) | B Member's share allocable to Illinois |
|----|----|---|---|
| 10 | Interest | | |
| 11 | Dividends | | |
| 12 | Rental income | | |
| 13 | Patent royalties | | |
| 14 | Copyright royalties | | |
| 15 | Other royalty income | | |
| 16 | Capital gain or loss from real property | | |
| 17 | Capital gain or loss from tangible personal property | | |
| 18 | Capital gain or loss from intangible personal property | | |
| 19 | Other income and expense    Specify | | |

---

## Step 4:   Figure your partner's or shareholder's share of your business income or loss

|    |    | A Member's share from U.S. Schedule K-1, less nonbusiness income | B Member's share apportioned to Illinois |
|----|----|---|---|
| 20 | Ordinary income or loss from trade or business activity | -743,080 | -743,080 |
| 21 | Net income or loss from rental real estate activities | | |
| 22 | Net income or loss from other rental activities | | |
| 23 | Interest | 32 | 32 |
| 24 | Dividends | | |
| 25 | Royalties | | |
| 26 | Net short-term capital gain or loss | | |
| 27 | Net long-term capital gain or loss. Total for year. | | |
| 28 | Unrecaptured Section 1250 gain | | |
| 29 | Guaranteed payments to partner (U.S. Form 1065 only) | | |
| 30 | Net Section 1231 gain or loss (other than casualty or theft). Total for year. | | |
| 31 | Other income and expense   STATEMENT      STATEMENT   Specify | -15,618 | -15,618 |

---

This form is authorized as outlined by the Illinois Income Tax Act. Disclosure of this information is REQUIRED. Failure to provide this information could result in a penalty.

949131  01-08-20

Schedule K-1-P page 1 of 2 (R-12/19)   **ID: 2BX**

SHAREHOLDER NUMBER      1

Enter identification number from Line 7.

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

## Step 5: Figure your partner's or shareholder's share of Illinois additions and subtractions

**K-1-P Recipient:** Before using the information provided in Step 5, you must read
Schedule K-1-P(2) to correctly report the amounts listed in Columns A and B.

|  |  | A<br>Member's share from<br>Form IL-1065 or IL-1120-ST | B<br>Member's share apportioned or<br>allocated to Illinois |
|---|---|---|---|
| **Additions** |  |  |  |
| 32 Federally tax-exempt interest income | 32 | | |
| 33 Illinois replacement tax and surcharge deducted | 33 | | |
| 34 Illinois Special Depreciation addition | 34 | | |
| 35 Related-Party Expenses addition | 35 | | |
| 36 Distributive share of additions | 36 | | |
| 37 Other additions (from Illinois Schedule M for businesses) | 37 | | |
| **Subtractions** |  |  |  |
| 38 a Interest from U.S. Treasury obligations (business income) | 38a | | |
| b Interest from U.S. Treasury obligations (nonbusiness income) | 38b | | |
| 39 River Edge Redevelopment Zone Dividend subtraction | 39 | | |
| 40 High Impact Business Dividend subtraction | 40 | | |
| 41 Contribution subtraction (Form IL-1120-ST filers only) | 41 | | |
| 42 Interest subtraction - River Edge Redevelopment Zone<br>(Form IL-1120-ST financial organizations only) | 42 | | |
| 43 Interest subtraction - High Impact Business within a Foreign<br>Trade Zone (Form IL-1120-ST financial organizations only) | 43 | | |
| 44 Illinois Special Depreciation subtraction | 44 | 4,204 | 4,204 |
| 45 Related-Party Expenses subtraction | 45 | | |
| 46 Distributive share of subtractions | 46 | | |
| 47 Other subtractions (from Illinois Schedule M for businesses) | 47 | | |

## Step 6: Figure your partner's or shareholder's (except a corporate partner or shareholder) share of your Illinois August 1, 1969, appreciation amounts

|  |  | A<br>Member's share<br>from Illinois Schedule F<br>(Form IL-1065 or IL-1120-ST) | B<br>Member's share<br>apportioned or<br>allocated to Illinois |
|---|---|---|---|
| 48 Section 1245 and 1250 gain | 48 | | |
| 49 Section 1231 gain | 49 | | |
| 50 Section 1231 gain less casualty and theft gain. See instructions. | 50 | | |
| 51 Capital gain | 51 | | |

## Step 7: Figure your partner's or shareholder's share of your Illinois credits, recapture, pass-through withholding and federal income subject to surcharge

| 52 Illinois Income Tax Credits | Credit<br>Code |  | Member's share from<br>Illinois tax return |
|---|---|---|---|
| a Film Production Services | 5000 | 52a | |
| b Enterprise Zone Investment | 5080 | 52b | |
| c Affordable Housing Donations | 5260 | 52c | |
| d EDGE | 5300 | 52d | |
| e Research and Development | 5340 | 52e | |
| f Wages paid to Ex-Felons | 5380 | 52f | |
| g Student-Assistance Contribution | 5420 | 52g | |
| h Angel Investment | 5460 | 52h | |
| i New Markets Development | 5500 | 52i | |
| j River Edge Historic Preservation | 5540 | 52j | |
| k Live Theater Production | 5580 | 52k | |
| l Hospital | 5620 | 52l | |
| m Invest in Kids | 5660 | 52m | |
| n Reserved | | 52n | |
| o Data Center Construction Employment | 5820 | 52o | |
| p Apprenticeship Education Expense | 0160 | 52p | |
| q Historic Preservation | 1030 | 52q | |
| r Other credits | | 52r | |

|  |  | Member's share from<br>Illinois tax return |
|---|---|---|
| 52s Replacement Tax Investment Credits<br>See instructions. | 52s | |
| **53 Recapture** |  |  |
| a Enterprise Zone or River<br>Edge Redevelopment Zone<br>Investment Credit recapture | 53a | |
| b Replacement Tax Investment<br>Credit recapture | 53b | |
| c Angel Investment Credit recapture | 53c | |
| 54 Pass-through withholding<br>(See instructions) | 54 | |
| 55 Federal income attributable to<br>transactions subject to the<br>Compassionate Use of Medical<br>Cannabis Program Act surcharge.<br>See instructions. | 55 | |
| 56 Federal income attributable to the<br>sale or exchange of assets by a<br>gaming licensee surcharge.<br>See instructions. | 56 | |

SHAREHOLDER NUMBER

## IL SCHEDULE K-1-P      OTHER BUSINESS INCOME AND EXPENSE

| DESCRIPTION | AMOUNT |
|---|---|
| CHARITABLE CONTRIBUTIONS | -450 |
| OTHER DEDUCTIONS | -15,168 |
| TOTAL TO LINE 31(A) | -15,618 |

## IL SCHEDULE K-1-P      ILLINOIS OTHER INCOME AND EXPENSE

| DESCRIPTION | AMOUNT |
|---|---|
| CHARITABLE CONTRIBUTIONS | -450 |
| OTHER DEDUCTIONS | -15,168 |
| TOTAL TO LINE 31(B) | -15,618 |

SHAREHOLDER 1

## IL SCH K-1-P MEMBER'S SHARE OF DISTRIBUTABLE BASE INCOME OR LOSS

1 ENTER THE SHARE OF INCOME FROM IL-1120-ST LINE 14 FOR
  THIS MEMBER (SCHEDULE K-1-P COLUMN A LINES 10-27 & 30-31)      $      -758,666

2 ENTER THE SHARE OF ADDITIONS DISTRIBUTABLE TO THIS MEMBER
  FROM IL-1120-ST LINES 15-19 AND LINE 21                                     0

3 ADD LINES 1 AND 2                                                    -758,666

4 ENTER THE SHARE OF SUBTRACTIONS DISTRIBUTABLE TO THIS MEMBER
  FROM IL-1120-ST LINES 23 AND 26-33                                     4,204

5 SUBTRACT LINE 4 FROM LINE 3                                  $      -762,870

SHAREHOLDER 1

**Illinois Department of Revenue**

# Schedule K-1-P

**Partner's or Shareholder's Share of Income, Deductions, Credits, and Recapture**

To be completed by partnerships filing Form IL-1065 or S corporations filing Form IL-1120-ST.

**Partners and Shareholders receiving Schedule K-1-P should attach this to their Illinois tax return.**

Year ending
12   19
Month   Year

IL Attachment No. 12

## Step 1: Identify your partnership or S corporation

1 Check your business type  ☐ partnership  ☒ S corporation

2 BOWES IN HOME CARE, INC.
Enter your name as shown on your Form IL-1065 or Form IL-1120-ST.

3 20-0777098
Enter your federal employer identification number (FEIN).

4 Enter the apportionment factor from Form IL-1065 or Form IL-1120-ST, Line 42. Otherwise, enter "1."  1.000000

## Step 2: Identify your partner or shareholder

5 RYAN ROMANAK
Name

6 6135 STANSBURY LANE
Mailing address

LAKEWOOD, IL 60014
City                    State      ZIP

7 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
Social Security number or FEIN

8 10.000000
Share (%)

9a Check the appropriate box. See instructions.
☒ individual  ☐ corporation  ☐ trust
☐ partnership  ☐ S corporation  ☐ estate

9b To be completed by the recipient on Line 5 only.
I am a: ☐ grantor trust  ☐ disregarded entity
and the amounts on this Schedule will be reported by:
Name:
SSN or FEIN:

## Step 3: Figure your partner's or shareholder's share of your nonbusiness income or loss

| | | A Member's share (See instructions.) | B Member's share allocable to Illinois |
|---|---|---|---|
| 10 Interest | 10 | | |
| 11 Dividends | 11 | | |
| 12 Rental income | 12 | | |
| 13 Patent royalties | 13 | | |
| 14 Copyright royalties | 14 | | |
| 15 Other royalty income | 15 | | |
| 16 Capital gain or loss from real property | 16 | | |
| 17 Capital gain or loss from tangible personal property | 17 | | |
| 18 Capital gain or loss from intangible personal property | 18 | | |
| 19 Other income and expense | 19 | | |

Specify

## Step 4: Figure your partner's or shareholder's share of your business income or loss

| | | A Member's share from U.S. Schedule K-1, less nonbusiness income | B Member's share apportioned to Illinois |
|---|---|---|---|
| 20 Ordinary income or loss from trade or business activity | 20 | -82,564 | -82,564 |
| 21 Net income or loss from rental real estate activities | 21 | | |
| 22 Net income or loss from other rental activities | 22 | | |
| 23 Interest | 23 | 4 | 4 |
| 24 Dividends | 24 | | |
| 25 Royalties | 25 | | |
| 26 Net short-term capital gain or loss | 26 | | |
| 27 Net long-term capital gain or loss. Total for year. | 27 | | |
| 28 Unrecaptured Section 1250 gain | 28 | | |
| 29 Guaranteed payments to partner (U.S. Form 1065 only) | 29 | | |
| 30 Net Section 1231 gain or loss (other than casualty or theft). Total for year. | 30 | | |
| 31 Other income and expense   STATEMENT   STATEMENT | 31 | -1,735 | -1,735 |

Specify

This form is authorized as outlined by the Illinois Income Tax Act. Disclosure of this information is REQUIRED. Failure to provide this information could result in a penalty.

949131 01-08-20
Schedule K-1-P page 1 of 2 (R-12/19)  ID: 2BX

SHAREHOLDER NUMBER  2

Enter identification number from Line 7.

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

## Step 5: Figure your partner's or shareholder's share of Illinois additions and subtractions

**K-1-P Recipient:** Before using the information provided in Step 5, you must read Schedule K-1-P(2) to correctly report the amounts listed in Columns A and B.

| | | A<br>Member's share from<br>Form IL-1065 or IL-1120-ST | B<br>Member's share apportioned or<br>allocated to Illinois |
|---|---|---|---|
| **Additions** | | | |
| 32 Federally tax-exempt interest income | 32 | | |
| 33 Illinois replacement tax and surcharge deducted | 33 | | |
| 34 Illinois Special Depreciation addition | 34 | | |
| 35 Related-Party Expenses addition | 35 | | |
| 36 Distributive share of additions | 36 | | |
| 37 Other additions (from Illinois Schedule M for businesses) | 37 | | |
| **Subtractions** | | | |
| 38 a Interest from U.S. Treasury obligations (business income) | 38a | | |
| b Interest from U.S. Treasury obligations (nonbusiness income) | 38b | | |
| 39 River Edge Redevelopment Zone Dividend subtraction | 39 | | |
| 40 High Impact Business Dividend subtraction | 40 | | |
| 41 Contribution subtraction (Form IL-1120-ST filers only) | 41 | | |
| 42 Interest subtraction - River Edge Redevelopment Zone (Form IL-1120-ST financial organizations only) | 42 | | |
| 43 Interest subtraction - High Impact Business within a Foreign Trade Zone (Form IL-1120-ST financial organizations only) | 43 | | |
| 44 Illinois Special Depreciation subtraction | 44 | 467 | 467 |
| 45 Related-Party Expenses subtraction | 45 | | |
| 46 Distributive share of subtractions | 46 | | |
| 47 Other subtractions (from Illinois Schedule M for businesses) | 47 | | |

## Step 6: Figure your partner's or shareholder's (except a corporate partner or shareholder) share of your Illinois August 1, 1969, appreciation amounts

| | | A<br>Member's share<br>from Illinois Schedule F<br>(Form IL-1065 or IL-1120-ST) | B<br>Member's share<br>apportioned or<br>allocated to Illinois |
|---|---|---|---|
| 48 Section 1245 and 1250 gain | 48 | | |
| 49 Section 1231 gain | 49 | | |
| 50 Section 1231 gain less casualty and theft gain. See instructions. | 50 | | |
| 51 Capital gain | 51 | | |

## Step 7: Figure your partner's or shareholder's share of your Illinois credits, recapture, pass-through withholding and federal income subject to surcharge

| 52 Illinois Income Tax Credits | Credit Code | | Member's share from Illinois tax return | | | Member's share from Illinois tax return |
|---|---|---|---|---|---|---|
| a Film Production Services | 5000 | 52a | | 52s Replacement Tax Investment Credits | 52s | |
| b Enterprise Zone Investment | 5080 | 52b | | See instructions. | | |
| c Affordable Housing Donations | 5260 | 52c | | 53 Recapture | | |
| d EDGE | 5300 | 52d | | a Enterprise Zone or River | | |
| e Research and Development | 5340 | 52e | | Edge Redevelopment Zone | | |
| f Wages paid to Ex-Felons | 5380 | 52f | | Investment Credit recapture | 53a | |
| g Student-Assistance Contribution | 5420 | 52g | | b Replacement Tax Investment | | |
| h Angel Investment | 5460 | 52h | | Credit recapture | 53b | |
| i New Markets Development | 5500 | 52i | | c Angel Investment Credit recapture | 53c | |
| j River Edge Historic Preservation | 5540 | 52j | | 54 Pass-through withholding | | |
| k Live Theater Production | 5580 | 52k | | (See instructions) | 54 | |
| l Hospital | 5620 | 52l | | 55 Federal income attributable to | | |
| m Invest in Kids | 5660 | 52m | | transactions subject to the | | |
| n Reserved | | 52n | | Compassionate Use of Medical | | |
| o Data Center Construction Employment | 5820 | 52o | | Cannabis Program Act surcharge. | | |
| p Apprenticeship Education Expense | 0160 | 52p | | See instructions. | 55 | |
| q Historic Preservation | 1030 | 52q | | 56 Federal income attributable to the | | |
| r Other credits | | 52r | | sale or exchange of assets by a | | |
| | | | | gaming licensee surcharge. | | |
| | | | | See instructions. | 56 | |

949132 01-08-20

ID: 2BX   Schedule K-1-P page 2 of 2 (R-12/19)

SHAREHOLDER NUMBER   2

IL SCHEDULE K-1-P      OTHER BUSINESS INCOME AND EXPENSE

| DESCRIPTION | AMOUNT |
|---|---|
| CHARITABLE CONTRIBUTIONS | -50 |
| OTHER DEDUCTIONS | -1,685 |
| TOTAL TO LINE 31(A) | -1,735 |

IL SCHEDULE K-1-P      ILLINOIS OTHER INCOME AND EXPENSE

| DESCRIPTION | AMOUNT |
|---|---|
| CHARITABLE CONTRIBUTIONS | -50 |
| OTHER DEDUCTIONS | -1,685 |
| TOTAL TO LINE 31(B) | -1,735 |

SHAREHOLDER 2

IL SCH K-1-P MEMBER'S SHARE OF DISTRIBUTABLE BASE INCOME OR LOSS

1 ENTER THE SHARE OF INCOME FROM IL-1120-ST LINE 14 FOR
  THIS MEMBER (SCHEDULE K-1-P COLUMN A LINES 10-27 & 30-31)    $    -84,295

2 ENTER THE SHARE OF ADDITIONS DISTRIBUTABLE TO THIS MEMBER
  FROM IL-1120-ST LINES 15-19 AND LINE 21                                0

3 ADD LINES 1 AND 2                                                 -84,295

4 ENTER THE SHARE OF SUBTRACTIONS DISTRIBUTABLE TO THIS MEMBER
  FROM IL-1120-ST LINES 23 AND 26-33                                    467

5 SUBTRACT LINE 4 FROM LINE 3                                 $    -84,762

SHAREHOLDER 2

11:57 AM
08/04/20
Accrual Basis

# Bowes In Home Care
## Balance Sheet
### As of August 4, 2020

|  | Aug 4, 20 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Harris BIHC Payroll 2020 | 44,004.43 |
| Harris BIHC Payroll | 2.00 |
| Harris BIHC Deposit Part B | -4,797.00 |
| Harris BIHC Deposit Part A | 109,976.60 |
| Harris BIHC Operations | -33,776.80 |
| BIHC Harris Payroll Acct CLOSED | 0.76 |
| **Total Checking/Savings** | 115,409.99 |
| **Accounts Receivable** | |
| Loan to Fight Back | 628,458.91 |
| **Total Accounts Receivable** | 628,458.91 |
| **Other Current Assets** | |
| Due to/from IHPS | 0.02 |
| Employee Advances | 40,550.00 |
| Loans to Shareholder | 537,575.00 |
| **Total Other Current Assets** | 578,125.02 |
| **Total Current Assets** | 1,321,993.92 |
| **Fixed Assets** | |
| **Fixed Asset** | |
| Office Equipment & Computers | 222,787.91 |
| Furniture and Fixtures | 83,761.61 |
| Leasehold Improvements | 50,855.01 |
| Vehicles | 57,384.00 |
| **Total Fixed Asset** | 414,788.53 |
| **Net Accumulated Depreciation** | |
| Accum Depreciation-Office Equip | -219,507.96 |
| Accum Depreciation Furniture | -83,157.71 |
| Accum Depreciation Vehicle | -53,801.00 |
| Accum Depreciation Leasehold | -34,591.00 |
| **Total Net Accumulated Depreciation** | -391,057.67 |
| **Total Fixed Assets** | 23,730.86 |
| **Other Assets** | |
| Goodwill | 20,000.00 |
| Other Intangible Assets | 7,015.00 |
| Security Deposit | 780.00 |
| Accumulated Amortization | -7,015.00 |
| **Total Other Assets** | 20,780.00 |
| **TOTAL ASSETS** | **1,366,504.78** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Credit Cards** | |
| CC Bank of America | 709.92 |
| **Total Credit Cards** | 709.92 |

11:57 AM

08/04/20

Accrual Basis

# Bowes In Home Care
## Balance Sheet
### As of August 4, 2020

|  | Aug 4, 20 |
|---|---|
| **Other Current Liabilities** | |
| **AR Factoring** | |
| Capital Source | -56,027.50 |
| EIN Capital | 123,133.22 |
| Green Capital | -4,161.00 |
| Celtic Bank Bluevine | 71,128.08 |
| Funding Metrics Evertrust | 53,936.37 |
| McGraw Funding | 93,220.00 |
| AR Factoring - Other | -30,249.00 |
| **Total AR Factoring** | 250,980.17 |
| **line of credit** | |
| Par Funding | 90,617.36 |
| line of credit - Other | -3,725.02 |
| **Total line of credit** | 86,892.34 |
| Wage Garnishment - W/H | -89.68 |
| Payroll Liabilities - Accrued | -1,063,750.13 |
| Accrued Payroll Taxes | 1,063,840.00 |
| Payroll Liabilities | 890,654.14 |
| **Total Other Current Liabilities** | 1,228,526.84 |
| **Total Current Liabilities** | 1,229,236.76 |
| **Total Liabilities** | 1,229,236.76 |
| **Equity** | |
| **Shareholder Equity-RR** | |
| Earnings-RR | -0.34 |
| Investment-RR | -0.49 |
| Draw-RR | -0.39 |
| **Total Shareholder Equity-RR** | -1.22 |
| **Shareholder Equity-MC** | |
| Earnings-MC | -0.03 |
| Draw-MC | -0.48 |
| **Total Shareholder Equity-MC** | -0.51 |
| Common Stock | 1,000.00 |
| Opening Balance Equity | 100.00 |
| Retained Earnings | -135,299.35 |
| **Shareholder Distributions** | |
| Distributions - MC | -60,000.00 |
| Shareholder Distributions - Other | -20,000.00 |
| **Total Shareholder Distributions** | -80,000.00 |
| Net Income | 351,469.10 |
| **Total Equity** | 137,268.02 |
| **TOTAL LIABILITIES & EQUITY** | 1,366,504.78 |

11:22 AM
08/12/20
Accrual Basis

# Bowes In Home Care
## Profit & Loss
### April 17 through August 12, 2020

|  | Apr 17 - Aug 12, 20 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Refund/Rebates | 211,286.00 |
| Sales-Part A | 253,257.80 |
| Transfer funds | -1,444,650.00 |
| **Total Income** | -980,106.20 |
| **Cost of Goods Sold** | |
| Medical Supplies | 39,298.89 |
| **Subcontracted Services** | |
| Contractor - RN | 6,276.24 |
| Contractor - OT | 1,125.00 |
| Contractor - PT | 9,070.00 |
| Subcontracted Services - Other | 33,888.00 |
| **Total Subcontracted Services** | 50,359.24 |
| **Total COGS** | 89,658.13 |
| **Gross Profit** | -1,069,764.33 |
| **Expense** | |
| Employee Incentives/ Awards Exp | 1,000.00 |
| Training | 595.00 |
| Advertising and Promotion | 17,500.96 |
| Bank Service Charges | 674.63 |
| Child Support | 3,692.32 |
| Computer and Internet Expenses | 9,619.21 |
| Continuing Education | 600.00 |
| Credit Card | 3,677.13 |
| Dues and Subscriptions | 51,727.34 |
| Employee Sceening | 3,122.55 |
| **Insurance Expense** | |
| General Liability Insurance | 5,819.83 |
| Health Insurance | 81,173.57 |
| Life and Disability Insurance | 4,561.05 |
| Worker's Compensation | 5,077.13 |
| **Total Insurance Expense** | 96,631.58 |
| Loan from Shareholder | -243,032.11 |
| Office Supplies | -4,855.11 |
| **Payroll Expenses** | |
| Wages | 3,219.11 |
| Payroll Taxes | 3,665.00 |
| Payroll Expenses - Other | 483,264.35 |
| **Total Payroll Expenses** | 490,148.46 |
| Postage and Delivery | 244.54 |
| Professional Fees | 75,857.50 |
| Rent Expense | 14,642.10 |
| Repairs and Maintenance | 4,101.72 |
| Telephone Expense | 59,790.84 |
| **Utilities** | |
| Waste | 185.85 |
| Utilities - Other | 3,708.78 |
| **Total Utilities** | 3,894.63 |
| **Total Expense** | 589,633.29 |
| **Net Ordinary Income** | -1,659,397.62 |

11:22 AM

08/12/20

Accrual Basis

# Bowes In Home Care
## Profit & Loss
### April 17 through August 12, 2020

|  | Apr 17 - Aug 12, 20 |
|---|---|
| **Other Income/Expense** | |
| **Other Income** | |
| SBA EIDL | 149,900.00 |
| PPP SBA | 1,582,500.00 |
| HHS Stimulus | 424,977.69 |
| Interest Income | 31.75 |
| **Total Other Income** | 2,157,409.44 |
| **Other Expense** | |
| Ask My Accountant | 169,014.87 |
| **Total Other Expense** | 169,014.87 |
| **Net Other Income** | 1,988,394.57 |
| **Net Income** | **328,996.95** |